LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
By: Elizabeth C. Koch (D.C. Bar No. 412828)
    Jeanette Melendez Bead (D.C. Bar No. 480539)
1050 Seventeenth Street, N.W., Suite 800
Washington, D.C. 20036
202-508-1100
202-861-9888 (facsimile)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID LOUIS WHITEHEAD,** | : |
| 9 Fourth Street, N.E., Apt. 1 | : |
| Washington, D.C. 20002 | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **v.** | : |
| | : |
| **TWENTIETH CENTURY FOX FILM** | : |
| **CORP., INC.,** | : |
| | : |
| Serve Corporation Agent United States | : |
| Corporation Co. | : |
| 1090 Vermont Ave., N.W. | : |
| Washington, D.C. 20036 | : |
| | : |
| **Defendant.** | : |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant Twentieth Century Fox Film

Corporation, hereby removes to the United States District Court for the District of Columbia the

above-captioned action, which had been pending in the Superior Court of the District Court of

Columbia (Civil Division), under the caption *David L. Whitehead v. Twentieth Century Fox Film*

*Corp., Inc.*, No. 2005 CA 005034 B (Calendar 8, Judge Russell F. Canan) (the "State Court

Action").  In support of this Notice of Removal, defendant avers as follows:

1.      Plaintiff David L. Whitehead filed a Summons and Complaint in the State Court Action on June 29, 2005 and June 30, 2005, respectively.  Defendant's registered agent for service of process received by hand delivery the Summons and Complaint and an Initial Order (required to be served with original process in all actions in the Superior Court), on July 5, 2005. A copy of the Summons, Complaint and Initial Order are attached as Exhibit A.

2.      Plaintiff asserts in his complaint that defendant used plaintiff's copyrighted play "God versus Satan" as a basis for the internationally distributed motion picture, "The Passion of the Christ."

3.      Plaintiff is a serial litigator, whose pursuit of baseless copyright claims is well documented.  *See, e.g., Whitehead v. Paramount Pictures Corp.*, 145 F. Supp. 2d 3 (D.D.C. 2001), *aff'd*, No. 01-7063, 2001 WL 936260 (D.C. Cir. July 27, 2001).  In the *Paramount* action, Judge Paul L. Friedman of this Court barred him from filing anything further in that case or in any other case dismissed by Judge Friedman unless he first obtained leave to do so, stating that "Mr. Whitehead has no regard for our judicial system or the drain on its resources caused by his actions."  *Id.* at 5.  In another action, this one against Judge Friedman and others, Judge Richard W. Roberts entered an order barring plaintiff from commencing any action in this Court without first obtaining leave to file, concluding that "a broader order is needed to protect this court from plaintiff's frivolous conduct."  Order (Roberts, J.), in *Whitehead v. Friedman, et al.*, No. 02-1630 (D.D.C. Sept. 5, 2003).  Although plaintiff is aware that copyright actions such as this one must be filed in federal court, he commenced this action in the Superior Court, apparently to avoid the requirement that he first seek leave to pursue any action in this Court.

4.      Plaintiff's complaint purports to allege fourteen "counts": (1) copyright infringement in violation of 17 U.S.C. § 101, *et seq.* (2) fraudulent concealment of intellectual

property; (3) intentional disguise and deception of theft of intellectual property; (4) conspiracy to

theft of intellectual property; (5) copyright infringement; (6) invasion of privacy; (7) breach of

trust and confidence; (8) negligence; (9) fraudulent negligence; (10) misappropriation of

intellectual property; (11) violation of the federal Lanham Act "with false designation and

distribution;" (12) fraud; (13) "RICO U.S.C. 1961 as amended based on theft of intellectual

property;" and (14) violation of campaign election laws.

   5.   Copyright actions are within the original and exclusive jurisdiction of the federal

courts. 28 U.S.C. § 1338; *see also NBC, Inc. v. Copyright Royalty Tribunal*, 848 F.2d 1289,

1296 (D.C. Cir. 1988) ("the federal courts . . . have exclusive jurisdiction over" copyright

infringement claims). Lanham Act claims and civil claims arising under the Racketeer

Influenced Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1961, *et seq*., are also within the

original jurisdiction of the federal courts. 15 U.S.C. § 1121(a) (granting to federal district courts

original jurisdiction over all actions arising under the Lanham Act); 18 U.S.C. § 1964(c)

(providing that [a]ny person injured in his business or property by reason of a violation of section

1962 of this chapter may sue therefore in any appropriate United States district court."); 28

U.S.C. § 1331 (stating that district courts have original jurisdiction of all civil actions arising

under the "Constitution, laws, or treaties of the United States").

   6.  Plaintiff's copyright, Lanham Act and RICO claims are therefore properly

removed to this Court, pursuant to 28 U.S.C. §§ 1441(a) and 1441(b).

   7.  Plaintiff's remaining pendent state law claims are also properly removed to this

Court, pursuant to 28 U.S.C. § 1441(c), because those claims were joined with the copyright,

Lanham Act and RICO claims and arise out of the same facts.

8.      This action is properly removed to the United States District Court for the District of Columbia, pursuant to 28 U.S.C. § 1441(a), in that this Court embraces the District of Columbia, where the State Court Action is pending.

9.      Defendant desires to remove the State Court Action to this Court and submits this Notice of Removal, along with other process, pleadings and orders that have been served upon it. *See* Complaint, Summons and Initial Order (Exhibit A), Plaintiff's Motion for Partial Summary Judgment (Exhibit B),[1] and two Praecipes filed by plaintiff (Exhibit C). Defendant has not filed an appearance, answer or other pleading in the State Court Action.

10.     Written notice of the filing of this Notice of Removal will be sent to plaintiff. A copy of this Notice of Removal and supporting papers will be filed with the Superior Court for the District of Columbia, as required by 28 U.S.C. § 1446(d).

11.     This Notice of Removal is filed with the Court within 30 days after July 5, 2005, the first day the defendant received a copy of the initial pleading setting forth the claim for relief upon which this suit is based. Removal is therefore timely under 28 U.S.C. § 1446(b).

12.     By this Notice of Removal, defendant does not waive any objections it may have to service, jurisdiction, or venue, and any other defenses or objections to this action.

---

[1] On July 5, 2005, just days after he commenced the State Court Action, plaintiff filed a partial motion for summary judgment, in violation of Superior Court Rule 56, which prohibits a claimant from moving for summary judgment before the expiration of twenty days after service of a pleading on a party. To the extent that the motion for partial summary judgment is treated as having been filed in this Court, it is also untimely under Fed.R.Civ.P. 56(a), which prohibits the filing of motions for summary judgment within the 20 days after an action is commenced.

WHEREFORE, defendant Twentieth Century Fox Film Corporation prays that the action

pending against it in the Superior Court of the District of Columbia be removed to this Court.

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Dated: July 25, 2005

By: _____

Elizabeth C. Koch (D.C. Bar No. 412828)
Jeanette Melendez Bead (D.C. Bar No. 480539)
1050 Seventeenth Street, N.W., Suite 800
Washington, D.C. 20036
(202) 508-1100
(202) 861-9888 (facsimile)

Attorneys for Defendant
Twentieth Century Fox Film Corporation

Whitehead v. Twentieth
Century Fox Film Corp., Inc.

# EXHIBIT A



## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

DAVID LOUIS WHITEHEAD

    Vs.

C.A. No.    2005 CA 005034 B

TWENTIETH CENTURY FOX FILM CORP, INC.

### INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive reading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge as an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Civil Assignment Office (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge RUSSELL F CANAN

Initial Conference: 9:30 am, Friday, October 07, 2005
Location:  Courtroom 518
     500 Indiana Avenue N.W.
     WASHINGTON, DC 20001

Caio.doc

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

DAVID L. Whitehead

*Plaintiff*

vs.

05—0005034

Civil Action No. _____

Twentieth Century Fox Films
*Defendant*

## SUMMONS

To the above named Defendant:  United States Corp Co. 2 1090 Vermont NW 2005

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

David L. Whitehead

Name of Plaintiff's Attorney    Pro Se

9 Fourth St NE.

Address

Apt 1

Wash DC 20002

Telephone

Clerk of the Court

By _____ Deputy Clerk

Date _____

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

Civil Division

DAVID LOUIS WHITEHEAD,

9 Fourth St. N.E. Apt. 1

Washington, DC 20002

PLAINTIFF,                                  05-0005034

V.                                          CASE No. _____

TWENTIETH CENTURY FOX FILM CORP INC,

Serve Corporation Agent United States Corporation Co.
1090 Vermont Ave., N.W.
Washington, D.C. 20036

DEFENDANTS,

*Complaint for*: Theft of Intellectual Property, Fraudulent Concealment of

Intellectual Property, Intentional Disquise and Deception of theft of Intellectual Property,

Conspiracy to theft of Intellectual Property, Copyright Infringement, Invasion of Privacy,

Injunctive Relief , Breach of Trust and Confidence, Temporary Restraining Order,

Negligence, Fraudalent Negligence, Misappropriation of Intellectual Property, Violation

of Lanham Act with false designation and distribution, Fraud, RICO U.S.C. 1961 as

amended based on theft of Intellectual property,  Breach of Trust and Confidence,  and

Violations of Campaign Elections Laws relating to Fraud, Constructive Fraud,

Retaliation, Unfair Competition (15 U.S.C. 1117, 1125, Fraudulent Concealment by a

Fiduciary, breach of Constructive Trust,  and Theft of Intellectual Property.

The Primary allegation is above named defendant and their agents and principal officers used plaintiff David Louis Whitehead's play entitled *God v. Satan* to create its billion dollar film and book projects entitled The Passion of Christ for national and worldwide distribution. Defendant and their agents Mel Gibson and Icon Productions and others grossed billions and billions of dollars from this intentional theft of Mr. Whitehead's creativity and work *God v. Satan. (See attachment 1. Affidavit of Wang & Associates Certified Public Accountants [CPAs]).*

In short, the above named defendants created an economic empire from the theft of the plaintiff's intellectual property.

### The Parties

Plaintiff David Louis Whitehead is a resident of the District of Columbia, and citizen of the United States. He teaches American Government, World Religion, Creative Writing, Oral Communication, and Comparative Politics. Plaintiff also is a theatrical writer and director and producer. He is a Who's Who Marquis member from 2002-2005.

Defendant Twentieth Century Fox- Film Corporation through their agents Mel Gibson and Icon Production Inc, is a company located in the State of California. Icon Distribution Inc does business in the United States and abroad. The defendant Twentieth Century Fox Film Corporation registered agent does business in the District of Columbia.

Unnamed Defendant Tyndale House Publishers Inc is a company located in the State of Illinois. Unnamed Defendant and ICON Production Inc, it does business in the District of Columbia.

Unnamed Defendant New Market Films Inc is a company located in the State of California and New York. The company does business in the District of Columbia.

Jurisdiction and Venue of this court is founded on D.C. Code Annotated, 1973 edition, as amended Sec. 11-921, based on State Law Claims.

*Factual Allegations and Historical of Events Common To All Causes of Action*

1.  The historical events which lead to the above alleged claims of the plaintiff are as follows:

    a.  On or about 1995, Plaintiff David Louis Whitehead wrote his play entitled *GOD v. SATAN*, a theatrical analysis. The play *God v. Satan* depicts the character Satan throughout the bible. The document/play God v. Satan is large in volume.

    b.  In developing the massive booklet/play, Plaintiff David Louis Whitehead used historical elements of the Holy bible for *God v. Satan*. Plaintiff David Whitehead also used his creative genius to construct the material.

    c.  *On or about May 20, 1996, Plaintiff David Louis Whitehead filed for registration of his intellectual property "The Play God v. Satan" with United States Copyright Office No. Txu-743-018. The year in which the material was created at section 3a. 1995-96. In accordance with title 17, US Code, the work God v. Satan is protected with copyright registration. A true copy of the registration is listed in this complaint. (See attachment 2. Copyright Certificate for The Play God v. Satan)*

3

d.  Plaintiff David Louis Whitehead disseminated his work God v. Satan to

several entities and individual for review.

e.  Plaintiff David Louis Whitehead submitted his work God v. Satan for

review and possible stage production to the following entities, individuals

and universities:

- Department of Theatre at the University of Maryland.

- Mike Malone of the Department of Theatre at Howard

  University. (*Noting that Mr. Malone is the mentor of*

  *Dreamworks Pictures co-producer Debbie Allen. Ms. Allen co-*

  *produced Amistad with Dreamworks. Moreover, Home Box*

  *Office of Time Warner co-produced Dreamwork's Amistad.*

  *Time Warners employee Dick Parson is a board member at*

  *Howard University*, where the material was submitted for

  review).

- ARENA Stage Production Company in the District of Columbia.

  (*See attachment 3, Arena Stage letter dated June 6, 1996*).

- Dorrance Publishing Co. in Pittsburgh, PA.  (*See attachment 4,*

  *letters from Dorrance Publishing Co.*)

- A person named Phil through contact named Melody, who

  starred in the hit play The Big Bad Wolf v. Ms. Little Red Riding

  Hood, The Mike Story Story" *which was reviewed by*

  *Washington Post in the Reliable Source article dated October 1,*

  *1996, on David Whitehead's play The Big Bad Wolf.*

*Previous Litigation of Interest involving <u>David Whitehead v. Dreamworks Pictures</u>,*
*et al., 98cv1917, in the District Court for the District of Columbia before Judge Paul L.*
*Friedman.*

2. Plaintiff David Louis Whitehead sued DreamWorks Pictures in *<u>Whitehead v.</u>*

   *<u>DreamWorks Pictures</u>*, 98cv1917, before Judge Paul L. Friedman, alleging

   infringement of the play God v. Satan. Judge Friedman dismissed the case

   Whitehead v. DreamWorks Pictures, 98cv1917 twice. First in <u>Whitehead v.</u>

   <u>Clinton</u>, et al., 99cv2891 and second in <u>*Whitehead v. DreamWorks Pictures*</u>, et al.,

   98cv1917. Noting that the first case <u>*Whitehead v. Clinton*</u>, et al., 99cv2891, was

   dismissed sua sponte, and the second action <u>*Whitehead v. DreamWorks*</u>, et al.,

   98cv1917, dismissal by the court was moot (*a disquise since the first action

   <u>*Whitehead v. Clinton*</u>, et al, 99cv2891 was dismissed).

3.  President Bill Clinton and the White House co-sponsored the project Amistad for DreamWorks Pictures. Further, a Senate Investigation on Campaign Finance Violations revealed the DreamWorks Principal Parties Steven Spielberg and David Geffen made sleep overs at the White House. Further, Mr. Spielberg and Geffen gave gifts and other financial assistance to the campaigns of Bill and Hillary Clinton.

4.  Judge Friedman was appointed to the bench by President Clinton in 1994. Moreover, Judge Friedman testified during his Senate Confirmation hearing that he would remain a General Partner with White & Case LLP and Partners and former Partners and some spouses in an investment group known as Wallpark LLC, which is located in White & Case Offices in New York. Further, Judge Friedman testified that Wallpark was part to Media Communication II (possibly connected to Hollywood?). He oftened stayed at White & Case Apartments in New York, and he lectured the law firm on matters of interest. In short, Judge Friedman never left the White & Case law firm due to his financial relationship with White & Case Partners and Former Partners and their spouse in Wallpark LLC/Media Communication II.  This relationship impact Judge Friedman's decisions in *Whitehead v. DreamWorks Pictures*, et. al., No. 98cv1917 and *Whitehead v. Bill Clinton*, et. al., No. 99cv2891. DreamWorks Pictures received a billion dollar loan from Chemical Bank in New York. White & Case LLP represents Chemical Bank. Judge Friedman receives an annual pension from White & Case, along with his business interest with the White & Case partners and former partners and their spouses, including Elizabeth Friedman and her

employer Nixon and Peabody LLP. It is unclear whether Nixon and Peabody
represent DreamWorks Pictures and/or Chemical Bank?

5. During the litigation *Whitehead v. DreamWorks Pictures* 98cv1917, and the
Senate investigation, there were several alleged facts of interest which was
revealed:

That the Plaintiff's Poem entitled "In A Box Controlled By House Negroes"
was used for some parts of the creation of the film "*Amistad*": Whereas, dialogue
from the poem is striking similar to the dialogue in the film *Amistad*.

For instance, in the poem, there are questions on the race of the Supreme
Court justice, "A new Supreme Court Justice, is he a brother? He needs Islam,
coming from the slum?" The same dialogue and depiction was used in the film
Amistad. Whereas, the African natives on US Shores asked each other, whether
the black American character was a black man (brother).

Another instance of copying was taken from the poem, is "Give us a message
to set us free," and "...please set me free,". The character Cinque captured the
statement in the film "Amistad" with his identical statement, "Give Us Free",
"Give us Free".

Most importantly, another reference in the poem was "Can't see to get away from the CIA". This was part to the plaintiff's claims to the alleged infringement for the film Conspiracy Theory, starring Mel Gibson and Julia Roberts. Noting that there is documented evidence that Plaintiff David Louis Whitehead met Julia Roberts and Denzel Washington at the Georgetown University Law Center during the filming of "Pelican Brief". Plaintiff had conversations with both Ms. Roberts and Mr. Washington. He submitted his book "*Brains, Sex, & Racism In the CIA And The Escape*" to Mr. Washington for review. Mr. Washington retained the book without any further communication. However, he later endorsed a film on Antwone Fisher.

Plaintiff alleged that his poem "*In A Box Controlled By House Negroes*" and his book "*Brains, Sex, & Racism In the CIA And the Escape*" was the basis for the hit film "*Conspiracy Theory*" and "*A Beautiful Mind*". Noting that "*Conspiracy Theory*" and "*A Beautiful Mind*" are identical striking similar films.

In short, DreamWorks Pictures (Debbie Allen, Mike Malone and Time Warner's Dick Parson) and Mel Gibson of Icon Films connection to the plaintiff's poem and CIA book (Julia Roberts and Denzel Washington) provide access to plaintiff's *God v. Satan* for the creation of the film and book *The Passion of Christ*. Further, it is unclear at this time, what role Denzel Washington's wife played in the production of Amistad?

6. In plaintiff's alleged infringement claims to DreamWorks Pictures "Prince of Egypt" in *Whitehead v. Columbia Pictures Industries Inc.* et al, 98cv2938 (Mike Malone) there's evidence of access to the play God v. Satan". Mr. Malone is connected to Debbie Allen, co-producer of DreamWorks Pictures's Amistad. DreamWorks Pictures's *Prince of Egypt* and Walt Disney's *Hercules* are strikingly identical films, using plaintiff's satanic characters.

7. Access has been established based on case law in *Hoffman v. Pressman*, 70 F. Supp. 498 (D. N.J. 1990), aff'd., 947 D.2d 935 (3rd Cir. 1992), cert. denied, 477 U.S. 317 (1992). "Access can be shown where there is direct evidence that the accused author or close business associate had an opportunity to encounter the plaintiff's work." Further, plaintiff need only show that the defendant had a reasonable opportunity to copy the plaintiff's work. *Aldon Accessories Ltd. v. Spigel.* Inc., 738 F.2d 548 (2d Cir. 1984), cert. denied, 469 U.S. 982. Also see *Sid & Marty Krofft Television Prods Inc. v. McDonald's Corp.*, 562 F.2d 1157, 1172 (9th Cir. 1977).

8. Plaintiff believes that the Defendant and unnamed defendants fraudulently represented to the public that the creation of the film "*The Passion of Christ*" was placed into plans ten years ago, and that God gave him (Mel Gibson) a vision to create and produce the film "The Passion of Christ" is outrageous. Prompting a University of Pennsylvania professor to state: "*Mel Gibson deserved to be sued.*"

Plaintiff asserts that God v. Satan depicts Satan throughout the bible. He believes that DreamWorks used the satanic characters in its musical Prince of Egypt.

Walt Disney used the satanic character in the film "Hercules".

Icon and Mel Gibson used the four Gospels and the four trials of Jesus as in "*God v. Satan*". These are historical facts, but combined with the characterization of the satanic character and characters is copying. *(See attorney Beth Walker's attempted settlement offer to DreamWorks attorney as attachment 5).*

9. Plaintiff filed an FBI criminal copyright complaint against Mel Gibson and Icon Productions and others. *(See Attachment 6. Noting that Mel Gibson and Michael Moore joined financial forces for "Fahrenheit 911". Also See attachment 7 Rense.com).*

It is unclear whether funds for 2004 "*Fahrenheit 911*" came from 2004 "*The Passion of Christ*", which was based on the plaintiff's work, and can this relationship be viewed as campaign violations for a certain political party? Plaintiff asserts that "Fahrenheit 911" was produced during an election year to swayed voters.

10. Plaintiff David Louis Whitehead believes that there is substantial similarity between the two works *God v. Satan* and *The Passion of Christ*. "*...When compared in their entirety including both protectible and unprotectible material.*" *Nimmer 13-90   If the material copied is quantitatively small, but it is qualitatively important, substantial similarity can be found.*" Nimmer 13-47 and 13-52.

11. Plaintiff David Louis Whitehead believes that examples of copying is shown

between the two works "*God v. Satan*" and "*The Passion of Christ*" as follows:

In both works *God v. Satan* and *The Passion of Christ*:  Satan appears with

Judas;  Satan screams at the ending scenes of the *God v. Satan* and The

Passion of Christ;  Satan appears in scene where Pontius Pilate is speaking to

the Jews;  Satan is upset with Christ's victory in death. Foreign Language is

used in both works.

In *God v. Satan*, foreign language is used during Christ's screams "Eloi, Eloi,

loma Sabachthani?  In the film and book version of *The Passion of Christ* foreign

language is transcribed into English.  Defendant and their agents Mel Gibson and

Icon Productions and others  basically reversed the translations between the two

works.   In plaintiff's *God v. Satan*, Satan tempts both Adam and Eve in the Garden

of Eden and he also challenges God;  In the film and novel versions of *The Passion of*

*Christ Satan* tempts Jesus in the Garden of Gethsemane. This scene does not exist in

the holy bible as the truth. Plaintiff's work Satan leads Jesus from the Last Supper to

the Garden of Gethesemane, where Jesus is arrested.  The sequence of events are

strikingly similar between the two works, from God's creation of the world to Satan's

tempting God in the Garden of Eden and Gethsemane.  The writers and director of the

film and novel *The Passion of Christ* offers the audience inventions and fade to

historical events, which were depicted in plaintiff's *God v. Satan*.  Both works depicts

Satan as the loser in his battle against God.

11

In both works Satan screams at the end of the materials because of Jesus's victory over him in death. Therefore, the beginning and ending of both works (*God v. Satan and The Passion of Christ*) have strikingly similar sequence of events and plot (storyline and development). In the work *God v. Satan*, Satan applause Pontius Pilates's discussion to the Jews about Jesus's fate. In the film *The Passion of Christ*, Satan stands there while Pontius Pilates's discussion to the Jews about Jesus's fate.

The dialogue and writing styles are striking similar between the two works. In 2005, defendant through their agents Mel Gibson, Icon Productions made scene changes when they released another edited version of the film *The Passion of Christ*. These intentional new scene changes are to conceal/hide the theft of the plaintiff's God vs. Satan intellectual property). Further, he believes that this action mounts to Campaign Finance violations involving persuasion of American election for a political parties from stolen intellectual property, which has grossed billions and billions of dollars, pertaining to the gross amount earned from "The Passion of Christ", which was loan for Film Production *"Farenheit 911"*.

12. Plaintiff David Louis Whitehead believes that defendant retaliated against him due to other related claims filed against the Hollywood studios, including the alleged claim against defendant's film "Titanic" and "How Stella Got Her Groove Back" based on other intellectual property developed by the plaintiff from his creative genius, including the plaintiff's novel, "How Rebecca Zinani Madison Got Her Freak Off" (1997). See Whitehead v. Columbia Pictures Industries Inc, et al., 98cv2938. Noting that Judge Paul L. Friedman filed a false statement in the case on February 7, 2001 on his stock interest in Paramount Communication Inc.

12

13. Plaintiff David Louis Whitehead is informed and believes, and on the basis alleges, that since 2004 Defendant and their agents Mel Gibson and Icon Production and other unnamed parties have been reproducing, distributing, promoting, and offering for sale illegal and unauthorized copies of their dvds, cds, books, and videos and television productions entitled *"The Passion of Christ"* which were based on the PLAINTIFF'S *God v. Satan*.

14. PLAINTIFF David Louis Whitehead is informed and believes, and on the basis alleges, that Defendant and their agent Mel Gibson, Icon Production and others un named characters and entities in the above paragraphs are attempting to pass it products off as if they are DEFENDANT's products in a manner calculated to deceive PLAINTIFF'S creation as their *THE PASSION OF CHRIST*.  Defendant and their agents Mel Gibson and Icon Production have misled the General American Public and World audiences to think that Plaintiff's God v. Satan is their "The Passion of Christ" creation: books, dvds, cd, videos, books and other accessories.  This action is a violation of the Lanham Act on false designations and advertising.

15. Plaintiff David Louis Whitehead believes that defendant and Mel Gibson and others have known about his works since the alleged infringement by *The Prince of Egypt* and *Hercules* and possible Viacom's *Noah's Ark* Television broadcast with Mission Impossible's John Voight.

16.  The natural, probable and foreseeable result of Defendant and their agents Mel Gibson and Icon Production and others wrongful conduct has been and will continue to be to deprive Plaintiff David Louis Whitehead of the benefits of selling Plaintiff's *God v. Satan* work and its other products, to deprive Plaintiff of goodwill, and to injure Plaintiff's reputation with the general public.

17.  PLAINTIFF David Louis Whitehead is informed and believes, and on that basis alleges, that he has lost and will continue to lose substantial revenues from the sale, infringement of his work entitled "*God v. Satan*" and other prospects of his works and will sustain further damage as a result of Defendant and their agent Mel Gibson and Icon Productions and others wrongful conduct and defendant's production and sale of these infringing products. Defendants' wrongful conduct has also deprived and will continue to deprive Plaintiff of opportunities for the use or selling his script to any other source, which could be also viewed as Antitrust violations.

18.  PLAINTIFF David Louis Whitehead is informed and believes, and on that basis alleges, that unless enjoined by this Court, Defendant and their agents Mel Gibson and Icon Production and others intends to continue its unlawful and reckless course and conduct and to wrongfully use, infringe upon, sell and otherwise profit from PLAINTIFF's "*God v. Satan*" property and any works derived from it. As a direct and proximate result of the acts of Defendant and their unnamed agents Mel Gibson and Icon Productions and others alleged above, Plaintiff has already suffered irreparable damage and has sustained lost profits and prestiage.

14

PLAINTIFF has no adequate remedy at law to redress all of the injuries that

DEFENDANT has caused and intends to cause by its conduct. PLAINTIFF will

continue to suffer irreparable damage and sustain lost profits until this Court

enjoins Defendant and unnamed agents Mel Gibson and Icon Productions and

others  actions alleged above.

### FIRST CLAIM FOR RELIEF

### COPYRIGHT INFRINGEMENT
### (17 U.S.C. SECTION 101 ET SEQ)

19. PLAINTIFF'S realleges each and every allegation set forth in Paragraphs 1

through 18, inclusive, and incorporates them herein by this reference.

20.  By its actions alleged above, DEFENDANT and their unnamed agents Mel

Gibson and Icon Productions and others have infringed and will continue to

infringe PLAINTIFF'S copyrighted material and relating to the work "GOD v.

SATAN" , by producing, distributing, and placing upon the market products

which are direct copies of the PLAINTIFF'S copyrighted materials stated above.

In addition, material The Passion of Christ is inferior work compared to plaintiff

original creation. Defendant and their agents Mel Gibson, Icon Productions and

others edited the film *The Passion of Christ,* which attempt to make the work

identical to the plaintiff's *God v. Satan.*

21.  PLAINTIFF David Louis Whitehead is entitled to an injunction restraining

DEFENDANT and their unnamed agents Mel Gibson, Icon Productions and other

officers, and employees, and all persons acting in concert with them, from

engaging in any further such acts in violation of the copyright laws.  For instance,

cease and desist from selling the video/dvds and other accessories of the film *The*

*Passion of Christ*, marketed by defendant and their agents.

22.  PLAINTIFF David Louis Whitehead is further entitled to recover from

DEFENDANT and their unnamed agents Mel Gibson, Icon Production and

others, the damages, including attorneys' fees, it has sustained and will sustain,

and any gains, profits and advantages obtained by DEFENDANT and their agents

Mel Gibson, Icon Production and others as a result of Defendant and their agents

acts of infringement alleged above.

*SECOND CLAIM for RELIEF*

*(Fraud, Fraudulent Concealment by Fiduciary  & INTENTIONAL CONCEALMENT*

*of Intellectual Property, Intentional disguise and deception of Intellectual property)*

23. Plaintiff David Louis Whitehead repeat and reallege each of the allegations set

forth above in Paragraphs 1 through 22, inclusive and by this reference

incorporate the same as though fully set forth herein.

24. As alleged above, defendant and their agents Mel Gibson, Icon Production are fiduciary of Plaintiff and as such, owed Plaintiff, among other things, the highest duties of honesty and loyality.

25. Defendant and their agents Mel Gibson, Icon Production have breached its fiduciary duties to Plaintiff by failing to compensate him for his intellectual material fro their use to create films and books. Defendant and their agents Mel Gibson and Icon Production intentional disquise the copying of the plaintiff's 1995-1996 GOD v. SATAN, to create their film and book 2004 *The Passion of Christ.*

26. Rule 9- A party must plead fraud and mistake with particularity, but may plead malice, intent, knowledge and other conditions of mind generally. Plaintiff David Louis Whitehead has specified the actions he alleged to be fraudulent, he identified the theft and misrepresentations to the public by the defendant and their agents Mel Gibson and Icon Productions and others. See <u>Re Craftmatic Sec. Litig. V. Kraftwas</u>, 890 F.2d 628, 644(3rd Cir. 1989).

27. As a direct and proximate result of defendants' constructive fraud, Plaintiff has suffered monetary damages, with interest, as the court sees fit.

28. In doing the alleged acts stated above, defendant and their agents Mel Gibson and others have been guilty of oppression, retaliation, fraud, Rico, and malice, and have acted in conscious of complete disregard of Plaintiff's rights, and copyrights, which entitles Plaintiff to recover exemplary damages in an amount to be established at trial.

29. Defendant and their agent Mel Gibson, Icon Productions continue to misrepresent the facts by fraudulently representing to the General Public and World audience that Plaintiff's creation *"God v. Satan"* were created by the defendants. These individuals and entities also edited the original version of the film to intentionally concealed the copying of Plaintiff's *"God v. Satan"*. The edited version of the 2005 film "The Passion of Christ" offers more evidence copying of *God v. Satan*.

### THIRD CLAIM For RELIEF

### (MISAPPROPRIATION OF INTELLECTUAL PROPERTY, RICO 18 U.S.C. 1961 as amended, NEGLIENGE, Conspiracy to Theft of Intellectual Property, Fraudulent Negligence)

30. Plaintiff David Whitehead repeat and realleges each of the allegations set forth in Paragraphs 1 through 29, inclusive, and by this reference incorporate the same as though fully set forth herein, including breach of duty of care of plaintiff's property *God v. Satan*.

31. Defendant and their agents Mel Gibson, Icon Productions and others improperly used the plaintiff's intellectual ideas and property *"God v. Satan"* to create their film and books *"The Passion of Christ"*. These individuals, entities and agents conspired to steal plaintiff's work. They passed plaintiff's material from studio to studio, grossing billions of dollars. Defendant and their agents were negligent and committed fraud, RICO and negligence from the above action. 18 U.S.C. 1961, 1964 as amended.

*FOURTH CLAIM FOR RELIEF*

*(INVASION OF PRIVACY, BREACH OF CONSTRUCTIVE TRUST &*

*CONFIDENCE & BAD FAITH DEALING, Lanham Act Violations, UNFAIR*

*COMPETITION (15 U.S.C Section 1117, 1125 (A) AND WILLFUL AND*

*INTENTIONAL INFRINGEMENT OF PLAINTIFF'S REGISTERED*

*COPYRIGHT & RETALIATION)*

32.  PLAINTIFF David Louis Whitehead repeat and realleges each of the allegations

set forth in Paragraphs 1 through 31, inclusive and by the reference incorporate

the same as though fully set forth herein.

33.  Defendant and their agents Mel Gibson, Icon Production and others owes a duty

to compensate the plaintiff for the above acts, including pirating his intellectual

property to create their works "The Passion of Christ". The defendants invaded

the plaintiff's privacy, and failed to inform the plaintiff of the use of his material

and conspired to create their work. The above action also could be viewed as

Antitrust violations.

34.  Defendant and their agents activities complained of herein are continuing,

constitute willful and intentional infringement of Plaintiff's registered copyright

work GOD v. SATAN, and are in total disregard of Plaintiff's rights. In essence,

defendant and their agents retalitated against plaintiff was due to other claims

filed during the years 1996 through 2002. Defendants grossed millions of dollars

from copyright infringements of plaintiff's earlier works; naturally, they returned

to the well (the same source: David Louis Whitehead).

## FIFTH CLAIM FOR RELIEF

## (CAMPAIGN VIOLATION, DECLARATORY RELIEF, TEMPORARY

## RESTAINING ORDER, INJUNCTIVE RELIEF)

35. Plaintiff David Louis Whitehead repeat and realleges each of the allegations set

forth in Paragraphs 1 through 33, inclusive and by the reference incorporate the

same as though fully set forth herein, including violating campaign finance laws –

Using the plaintiff's material for campaign funds and influence, pending whether

the film *Farenheit 911* received funds from the infringing film *The Passion of*

*Christ, based on God v. Satan.*

36. Plaintiff David Louis Whitehead is entitled to an injunction restraining Defendant

and their agents, employees, and all persons acting in concert with them, from

engaging in any further such acts in violation of the copyright laws.

37. PLAINTIFF David Louis Whitehead demands damages of Eight Hundred

Million Dollars and compensary damages of Fify Million dollars. Plaintiff

requests that a temporary restraining order and injunctive relief orders are issued,

including impoundment of the infringing works *The Passion of Christ*. Defendant

and their agents Mel Gibson and Icon Production and others act against plaintiff

*PRAYER FOR RELIEF*

WHERFORE, PLAINTIFF DAVID LOUIS WHITEHEAD prays for judgment against the Defendant and their agents Mel Gibson, Icon Production and others in the amount of Eight Hundred Million Dollars, including compensatory damages of Fifty Million dollars and RICO 18 U.S.C. 1961 & 1964 as amended.

*DEMANDS Trial By JURY*

Respectfully Submitted,

David Louis Whitehead

9 Fourth St. N.E. Apt. 1

Washington, D.C. 20002

Work No. 202-478-8200

22

[Attachment 1]

**Wang & Associates**
**Certified Public Accountants [CPAs]**

Neng-Hsiang Wang, CPA
Ming J. Lee, CPA
606 Seventh Street, S.W.
Washington, DC 20024-2402

Phone (202) 479-0744 & (202) 554-4314
Fax (202) 479-4218

March 11, 2005

David Louis Whitehead
1717 K. St. N.W. Suite 600
Washington, DC 20036

Dear Mr. Whitehead:

Enclosed is my signed affidavit you requested regarding the work
I performed for you pertaining to the highly successful motion picture
entitled *The Passion of Christ* and *The Passion of Christ* products.
*See attached affidavit.*

Very truly yours,

Neng-Hsiang Wang, CPA

Enclosure:  Affidavit

Based on publicly available data, from the film *The Passion of Christ* from box office receipts, sales of videos, DVDs, books, music soundtrack, a to be released edited version DVD, and sale of products estimated over *One Billion Dollars.*

The motion picture studio's official records pertaining to the film *The Passion of Christ* and other *The Passion of Christ* products will probably be much higher than public records.

Neng-Hsiang Wang, CPA
Wang & Associates, CPAs

Notary

Washington, District of Columbia
Subscribed and sworn to before me, in my presence, this 11 day of MARCH, 2005
by NENG-HSIANG WANG
Jacqueline A. Hughes Notary Public
My commission expires 06-14-2007

CERTIFICATE OF REGISTRATION    *Attachment 2*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TXu 743-018**

The Certificate Issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
United States of America

OFFICIAL SEAL

May    20,    1996
Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

The Play God v. Satan

**PREVIOUS OR ALTERNATIVE TITLES ▼**

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give    **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**2**

**a**    **NAME OF AUTHOR ▼**

David L. Whitehead (Daoud)

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
1957

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶    US
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

Religious   play based on all sources

**b**    NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**    NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

081175496
* 08117549 6

**3**

**a**    **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
1995-96    ◀ Year in all cases.

**b**    **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information Month ▶    Day ▶    Year ▶
ONLY if this work has been published.

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

David L. Whitehead
1101 Westfield Dr. Oxon Hill, MD, 20745

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**

**ONE DEPOSIT RECEIVED**
May 20, 1996

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions    • Sign the form at line 10

DO NOT WRIT
Page 1 of    2

EXAMINED BY _____ *Tms* _____     FORM TX

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

David L. Whitehead
P.O. Box 76379 (301) 567 8262
Wash DC 20013
Area Code and Telephone Number ▶

**9**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
David L. Whitehead          date ▶ May 16, 1996

👉 Handwritten signature (X) ▼
David L Whitehead

**10**

**MAIL CERTIFICATE TO**

Name ▼
David L. Whitehead
Number/Street/Apartment Number ▼
1101 Westfield Dr.
City/State/ZIP ▼
Oxon Hill, MD 20745

• YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10

• SEND ALL 3 ELEMENTS
  IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1995—400,000 ♻ PRINTED ON RECYCLED PAPER          ☆ U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/34



[Attachment 3]

June 6, 1996

Louis Whitehead
P.O. Box 76579
Washington, D.C. 20013

Dear Mr. Whitehead,

Thank you for sending Arena Stage *God vs. Satan.*

Though your play sounds intriguing, Arena Stage does not <u>focus</u> on developing new, unproduced work. Consequently, this has forced me to be *extremely* selective in terms of the scripts that we do choose to read. I am targeting writers of color, women writers, and writers with previously produced work at legitimate theatres. And we don't even accept all scripts from these groups of candidates.

Even with this highly selective process, we still suffer from a backlog of scripts each season (there are usually about 150-200 scripts to read in the office at any given time---there are 3 regular readers, including myself.) I apologize for any possible inconvenience this decision has caused you.

I appreciate your interest in Arena Stage, and I wish you the best with your playwriting. May I suggest that you target your inquiries to smaller theatres, and, most importantly, those that aggressively seek to produce new work.

Sincerely,

*Cathy Madison*

Cathy Madison
Literary Manager

*[Attachment 4]*

# DORRANCE
## PUBLISHING CO.
### INC.

643 Smithfield Street • Pittsburgh, PA 15222 • (412) 288-4543 • FAX (412) 288-1786

April 9, 1997

Mr David Whitehead
1101 Westfield Dr
Oxon Hill, MD 20745

Dear Mr Whitehead:

One of our researchers has come across the manuscript that you
registered with the Library of Congress and has forwarded your
name to me as a possible candidate for publication with our
company.

As an author, you are probably aware of (and perhaps have
experienced) some of the problems of trying to get your work
published by a commercial publisher. Just having your manuscript
read by most commercial publishers is difficult and usually
involves long delays.

Dorrance Publishing Company, Inc. provides a practical
alternative for consideration by authors of book length fiction
and nonfiction manuscripts, collections of poetry, collections
of short stories, and children's books who wish to see their
works in print.

The Dorrance name has been associated with a tradition of quality
subsidy publishing since 1920. I would welcome the opportunity to
discuss our services and to review your manuscript to determine
whether it meets our requirements for publication, and if so, if
we can be of help.

Also, I will be happy to send you a complimentary copy of our
brochure, *Author's Guide to Subsidy Publishing*. The brochure
outlines our publishing programs, including the manner in which
we mechanically edit, design, produce, and promote our books.

Please call me, toll-free, at (800) 605-7654 between 9:00 A.M.
and 5:00 P.M. Eastern Standard Time, Monday through Friday.

I look forward to your call.

Sincerely,

Robin L. Jones
Author Relations Representative



**DORRANCE**
**PUBLISHING CO.**
===== INC. =====     643 Smithfield Street • Pittsburgh, PA 15222 • (412) 288-4543 • FAX (412) 288-1786

July 25, 1997

Mr. David L. Whitehill
1101 Westfield Dr.
Oxon Hill, MD 20745

Dear Mr. Whitehill:

It was a pleasure to speak with you today about the publication of
your manuscript, "God vs. Satan: A Theoretical Analysis." I am
sending the information about the possible payment plans which you
may opt to choose.

As we discussed, we provide several options for our authors to help
pay the subsidy fee. Usually, we require 40% of the fee upon
signing of the contract, 40% of the fee upon the author's approval
of the edited manuscript (about one to two months after the first
payment) and 20% of the fee upon the author's approval of the page
proofs (about two to three months after the second payment). The
period between payments can be extended, but of course, this would
increase the time the book is in production.

Another option would be to divide the subsidy in equal payments
made over the course of production. In your case this would be 10
monthly payments of $1,180.

You may also pay the subisdy fee in equal monthly installments over
a 15-month, 18-month or 24-month period. This option allows you to
make the smallest down payment and to have the smallest monthly
payment. With this plan, we begin work on your book when we
receive your signed contract and a first payment. Your first
payment can be any percentage of the total fee. However, the
minimum first payment is $500. You then pay the balance of the fee
over 15 months, 18 months or 24 months WITHOUT INTEREST.

In your case, your monthly payments will be as follows based on a
first payment in one of the following amounts:

|  | NUMBER OF MONTHLY PAYMENTS | BOOK PRODUCED IN |
|---|---|---|
| First Payment of $3,540 (30%) | 14 monthly payments of $550.67 and one payment of $550.62 | 200 working days, as proposed |

|                                                              |                              |
|--------------------------------------------------------------|------------------------------|
| 17 monthly payments of $458.89 and one payment of $458.87    | 200 working days, as proposed |
| 23 monthly payments of $344.17 and one payment of $344.09    | 260 working days             |

**First Payment of $2,360 (20%)**

|                                                              |                              |
|--------------------------------------------------------------|------------------------------|
| 14 monthly payments of $629.33 and one payment of $629.38    | 200 working days, as proposed |
| 17 monthly payments of $524.44 and one payment of $524.52    | 240 working days             |
| 24 monthly payments of $393.33 and one payment of $393.41    | 300 working days             |

**First Payment of $500**

|                                                              |                              |
|--------------------------------------------------------------|------------------------------|
| 15 monthly payments of $753.33 and one payment of $753.38    | 240 working days             |
| 18 monthly payments of $627.78 and one payment of $627.74    | 260 working days             |
| 24 monthly payments of $470.83 and one payment of $470.91    | 320 working days             |

Enclosed is a copy of our Payment Option Flyer that discusses the options in more detail.

This proposal is based on publishing the book in our full subsidy program. We will mechanically edit your text, typeset and design the book pages, proofread the typeset text, write an About the Author and About the Book blurb for the cover of the book, create an original piece of art for the cover of the book, design the book cover, apply for a copyright in your name and print and bind the books.

When the books are produced we will warehouse the finished books and implement a promotion plan which, in general includes a publicity campaign (sending news releases and review copies, attempting to schedule radio and TV interviews, autograph signing parties, etc.) and the solicitation of book wholesalers, jobbers, and booksellers.

We will fulfill all book orders and be responsible for all shipping, invoicing, etc. After the first press run of books are depleted we will go back to reprint as many times as needed, at our expense, to fulfill orders during the term of the contract.

If you have any questions regarding this information or the contract contents, please contact me at (800)605-7654. I am glad to help you wherever I may.

Sincerely,

Robin L. Jones
Author Relations Representative

[Attachment 5]

# MEMORANDUM

To: Attorney Paul Krause

From: Attorney Beth Ann Walker

RE: PROPOSED SETTLEMENT AGREEMENT

Per our recent phone conversation regarding the latest developments on Mr. Whitehead's cases in the D.C. District Court, I have attached the documents which you requested to review which have been submitted to the House Government Reform Committee and the House Judiciary Committee's Subcommittees on Courts and Oversight. These evidentiary materials are **for your eyes only**. I will be glad to come by the office and answer any questions you may have on the subject.

In addition, in answer to your question, Mr. Whitehead has no intention of ever bringing suit against your law firm.

I have thoroughly researched the **access issue** on Mr. Whitehead's works and feel that it stems from his involvement at the Howard University Theatre Group. In particular to his tendering most of his original works to one of the directors there, Mr. Mike Malone. You will recall, he was a close associate and mentor of Debbie Allen, the actress who appeared in a Dreamworks production. Mr. Whitehead graduated from Howard University and received his Masters' Degree from that institution. He attended on a basketball scholarship. During his years at Howard University his original works received recognition and some were even performed locally in D.C.

Mr. Whitehead remains a committed fan of Mr. Spielberg and is a great admirer of his prestigious works. We do not think that he has been well served by his underlings in this matter. We do not want to see his name tarnished regarding this issue. Mr. Whitehead would welcome the chance to present some other original works to DREAMWORKS once this lawsuit is resolved.

I would welcome the opportunity to discuss this matter further with you and your associates. I hope to hear from you later this week.

Respectfully submitted,

B. W.
B. W.

# SETTLEMENT AGREEMENT

THIS AGREEMENT made by David L. Whitehead residing at 1101 Westfield Drive, Oxen Hill, Maryland 20745, herein called Mr. Whitehead represented by Counsel Beth Ann Walker, and "DreamWorks Inc." herein called DreamWorks represented by Counsel Paul Krause of Wilson, Elser, Moskowitz, Edelman, & Dicker.

## WITNESSETH:

Mr. Whitehead is the author of a novel entitled "God vs. Satan" which contains a section devoted to a musical about Moses herein called Mr. Whitehead's novel. Mr. Whitehead also authored a play entitled, "Big Bad Wolf vs. Miss Little Red Riding Hood @ The Mike Tyson Story" herein called the play. Mr. Whitehead wrote a poem entitled "In a Box Controlled by House Negroes" herein called the poem. All of his three works mentioned above were copyrighted.

Mr. Whitehead asserted his claim in Civil Action Whitehead v. DreamWorks, et al. U. S. District Court at Washington, D.C. 98 CV 2938 regarding the DreamWorks film, and video entitled "Prince of Egypt" which ironically is a musical version of the story of Moses strikingly similar to Mr. Whitehead's novel with particularity to the section on Moses. The strikingly similar aspects of the movie to Mr. Whitehead's novel are obvious to the viewer and are not covert at all. A simple viewing of the video in conjunction with Mr. Whitehead's original copyrighted script is quite persuasive. It would certainly be visible to a reasonable man. Several ministers in the D.C. area who are familiar with Mr. Whitehead's work have commented on the many similar scenes, including the original theme @ a musical rhythm and blues Moses; both begin with destruction and end with Islam; both works employ all the plagues; both include the dramatic use of the symbolism of the cutting of hair of Moses and the horse; both employ the transitional lighting @ black screen between key scenes; both use the circular "LaLa song and dance at the same juncture.

Mr. Whitehead has asserted claims, in Civil Action No. 98 CV1917 regarding the character Cinque in "Amistad" in several scenes infringing the copyright protections of Mr. Whitehead's play, and poem. DreamWorks have denied this to be the case. It is interesting to note that this action also sued Time Warner/HBO, as co-producer and for the short film "The Making of Amistad". The law firm of White and Case, where Judge Friedman was Executive Partner for almost two decades represented both Time Warner and HBO at the time of the suit.

Mr. Whitehead combined both of his cases in a California Case numbered 01-56011 at the Circuit level, and District Court Case No. 00-7065. This case is still pending in the Court of Appeals in California.

Desiring to adjust and settle the controversy by amicable means, the parties agree as follows:

Simultaneously herewith DREAMWORKS has paid to Mr. Whitehead the sum of $3,500,000. (three million five hundred thousand dollars) in full and final settlement and satisfaction of the controversies above referred to. Mr. Whitehead acknowledges receipt thereof.

In consideration of the aforesaid payment Mr. Whitehead hereby releases and forever discharges DREAMWORKS from any and all claims, demands, and obligations whatsoever which he had, now has or may hereafter have against them arising out of or in connection with the controversies above referred to. Without limiting the generality of the foregoing, DREAMWORKS shall have the unrestricted right, without any payment or further obligation to Mr. Whitehead to continue the airing of their movies on T.V. and the distribution of its video tapes for rental and sale of "**The PRINCE OF EGYPT**" and "**Amistad**" as they desire, and to sell, license, exploit or otherwise dispose of any rights therein, as fully and freely as if the claims of Mr. Whitehead had never been asserted. This settlement agreement has been entered into by DREAMWORKS for the sole purpose of disposing of the controversy and obviating litigation. It is not, and shall not be construed to be, an acknowledgement by them that their movies "**The Prince of Egypt**" or "**Amistad**" infringes Mr. Whitehead's play, novel or poem as cited above. Furthermore, Mr. Whitehead retains his copyright ownership of his three works. Accordingly, the parties undertake that this settlement shall be private and confidential and that no publicity shall be given to it in any form by any of them. Neither Mr. Whitehead nor DREAMWORKS shall issue any public statement regarding it, nor make any reference to it in any communication, verbal or written, addressed to publishers, booksellers, librarians, educators, or otherwise, and neither of them will cause, encourage or permit others to do so. This provision is the essence of the settlement; and in the event of its breach by Mr. Whitehead, DREAMWORKS shall have such further remedies as the law may allow. D.C. law shall govern in any dispute between the parties.

This agreement shall enure to the benefit of, and shall be binding on the legal representatives of Mr. Whitehead and DREAMWORKS, and the successors and assigns of DREAMWORKS.

This agreement represents the entire understanding of the parties.

IN WITNESS WHEREOF Mr. Whitehead has hereunto set his hands and DREAMWORKS have caused this agreement to be signed by their duly authorized officers or legal representatives and their corporate seals to be hereunto affixed this _____ of March, 2002.

David L. Whitehead

Beth Ann Walker, Esq.   D.C. Bar # 956730
Counsel for David L. Whitehead
600 Indiana Ave.  Suite 900
Washington, D.C. 20004
Phone (301)  254-5532  Cell/pager
        (202)  452-5532 Office

DREAMWORKS @ by authorized officer

PAUL KRAUSE, Esq.
Counsel for DREAMWORKS, INC.
Wilson, Elser, Moskowitz, Edelman and Dicker
1341 G St. N.W.
Washington, D.C.   20037
Phone (202) 626-7660

[ Attachment 6 ]

June 2, 2004

Honorable Robert Mueller
United States Federal Bureau of Investigations
Department of Justice
Washington, D.C. 20530

Re:  Request A Criminal Probe on the film and distribution of Mel Gibson's *"The Passion of Christ"*, which was allegedly based on the 1995-96 play *"GOD vs. SATAN"*

Dear Director Mueller:

This letter is to inform the FBI of the alleged criminal Infringement of my intellectual property entitled *GOD vs. SATAN* by Mel Gibson, Enzo Sisti, Ben FitzGerald, Bruce Davey, Stephen McEveety, Icon Production Inc, Icon Distribution Inc, Tyndale House Publishers Inc, Marquis Films, and New Market Films Inc.

The above individuals and entities violated US and FBI criminal code Title 17 – Copyrights, section 506. Criminal offenses (a) Criminal Infringement.-Any person who infringes a copyright willfully either – (1) for purposes of commercial advantage or private financial gain, or (2) by the reproduction or distribution, including by electronic means, …shall be punished as provided under section 2319 of title 18, United States Code…

I met with a law firm in Washington, DC, which stated that there was infringement.  I was accompanied by three lawyers, who heard that there was indeed infringement.  I plan to send the FBI evidence of the case.

In short, the above matter relates to the current investigation of United States District Court Judge Paul L. Friedman and others.  Therefore, there is sufficient evidence to connect these matters.  Mel Gibson starred in the alleged infringing film "Conspiracy Theory", which I filed before Judge Friedman.

Gibson's fraudulent representation to the World that this creation (film) was placed into plans ten years ago, and that God gave him a vision to create and produce the film "The Passion of Christ" is outrageous; noting that Debbie Allen and Mike Malone and other individuals and entities had my work God v. Satan, since 1996.

Debbie Allen co-produced "Amistad" film with Dreamworks Pictures.  Dreamworks Pictures later created the animated film "Prince of Egypt" from the material.  Walt Disney's animated film "Hercules" is strikingly similar to the "Prince of Egypt".

It is unclear whether Viacom used the play God v. Satan for Noah Arc, led by Mission Impossible and Rosewood John Vaught?

My work God v. Satan was used by the Hollywood studios in other works.

Sir, if you have any questions, please feel free to have your organization contact me. Again, I will provide you and the Congress with the evidence of this criminal matter.

Thank you for any consideration regarding this matter.

Respectfully,

David Louis Whitehead
1717 K. St. N.W. Suite 600
Washington, D.C. 20036

Cc Judiciary Committees of the United States Congress

2

September 8, 2004

United States House of Representatives
Judiciary Committee
Congressional Black Caucus
Washington, DC 20001

AA
9/9/04

Re: *More information on Judge Friedman, Passion of Christ and Prince of Egypt*

Dear Members of Congress:

This letter is to inform the Congress on the abuse of power involving US District Court
Judge Paul L. Friedman and others on my copyright cases, which were filed in the
District of Columbia and Maryland.

DreamWorks Pictures used my musical play *"God v. Satan"* to create and produce the
highly economic successful film *"Prince of Egypt"*. The Congress of the United States
has information regarding this matter.

It appears that Mel Gibson also used the musical play *"God v. Satan"* to create and
*produce his highly economic successful film "Passion of Christ"*. <u>See attachment 1.</u>
<u>Comparisons between the two works, excerpts from God v. Satan.</u>

Judge Paul L. Friedman dismissed the case Whitehead v. DreamWorks Pictures and
Home Box Office and Debbie Allen, et al., 98cv1917. Noting that Ms. Allen was in
contact with Mike Malone of Howard University. Mr. Malone had access to the play
God v. Satan. Ms. Allen co-produced DreamWorks *"Amistad" film.*

Home Box Office, a Time Warner Company co-produced Amistad with Ms. Allen.

Time Warner's Chairman Dick Parson is on the Trustees Board with Ms. Allen.
Together, these individuals used my material for projects for DreamWorks.

The above individuals, along with H. Patrick Swygert blocked my Ph.D application at
Howard University to prevent me from being more credible on this matter. Noting that I
graduated from Howard University with a Master's degree in Political Science.

Judge Friedman ruled on the case Whitehead v. DreamWorks Pictures 98cv1917, when
he was a General Partner with White & Case LLP and Wallpark LLC. Wallpark LLC
involves Media/Communication II. And White & Case represents Home Box Office and
Time Warner.

God v. Satan is a musical play which was written in 1995-96. The play covers the entire
Bible.

The Hollywood Studios dissected *"God v. Satan"* musical play for several films:

   *DreamWorks used the Moses portion of the play.*

   * *Mel Gibson used the Crucifixion portion of the play.*

   • *It appears that Viacom used the Noah's portion of the play for it's production with Mission Impossible actor John Voight.*

The play is massive. It depicts Satan throughout the bible. DreamWorks used the satanic characters in its musical Prince of Egypt. Mel Gibson used the satanic character throughout the crucifixion of Jesus. Gibson also used the four Gospels used in "God v. Satan". Gibson sensationalized the murder of Jesus as a Gimmick and disquise of copying *"God v. Satan"* and to make zillions of dollars.

Mr. Gibson basically agreed to the theft of my material, as long as he would be protected by the forces of evil. A University of Pennsylvania Professor told me that "Mel Gibson deserves to be sued" for what he did.

Most importantly, Certified Public Accountant Alexis M. Stowe submitted an affidavit, which states that Viacom grossed over 4 billion dollars on the Mission Impossible projects. Noting that the Mission Impossible projects were based on my CIA book "Brains, Sex, & Racism In the CIA And The Escape" and one page script "Escape from CIA". See attachment 2, affidavit of Alexis M. Stowe.

Adding the gross amount from Mission Impossible, along with the Passion of Christ and Prince of Egypt and Walt Disney's Hercules, the studios made billions of dollars from the theft of my material. I have not received one dime from the massive theft. I am waiting on the FBI to confirm the investigation of this matter: *Passion of Christ.*

Last, US District Court Judge Deborah Chasanow dismissed my case against Viacom for the infringement thief to create and produce *"Forrest Gump"*. *See attachment 3, affidavit of publisher Samuel Yette.*

Judge Chasanow owns a house under the financing of First Union and Wachovia Banks. According to her financial statement Senate Confirmation hearings, there is a 15 year loan on the home. White & Case represents First Union and Wachovia Banks. In short, Judge Chasanow's dismissal on Forrest Gump involved the expiration of the statute of limitations. However, I learned about the infringement years later based on the investigation of Judge Fri dman.

In short, I request a full hearing and investigation of the fraud upon the courts and abuse of power by Judges Friedman and Chasanow and others.

This is the largest Judicial RICO in American History, when one compares the money made from the theft of my intellectual properties.

Respectfully,

David Louis Whitehead
1717 K. St. NW Suite 600
Washington, D.C. 20036

Cc Hon. Robert S. Mueller

[ Attachment 7 ]

# RENSE.COM

# Michael Moore Teams With Mel Gibson For Next Documentary

### By Michael Fleming
### 3-28-3

NEW YORK (Variety) - Michael Moore, who didn't endear himself to the Oscar audience last Sunday, will doubtless arouse further ire with his next documentary.

The project will depict the allegedly murky relationship between President Bush's father and the family of Osama bin Laden. And it will suggest that the bin Laden family was greatly enriched by that association.

Moore is making a deal with Mel Gibson's Icon Prods. to finance "Fahrenheit 911," a documentary that will trace why the U.S. has become a target for hatred and terrorism. It will also depict alleged dealings between two generations of the Bush and bin Laden clans that led to George W. Bush and Osama bin Laden becoming mortal enemies.

While the words "fevered auction" and "documentary" should never be used in the same sentence, they fit the post-Oscar bidding battle orchestrated by the Endeavor talent agency. Gibson and Bruce Davey's Icon won with a bid worth eight figures in upfront cash and potential backend profits.

The deal comes as Moore's Oscar-winning "Bowling for Columbine" moves toward the $40 million worldwide gross mark. The $3 million film is one of the most successful documentaries ever.

"The primary thrust of the new film is what has happened to the country since Sept. 11, and how the Bush administration used this tragic event to push its agenda," Moore said. "It certainly does deal with the Bush and bin Laden ties. It asks a number of questions that I don't have the answers to yet, but which I intend to find out."

Moore has put a year's worth of research into the film. He'll finish it in time to be submitted for Cannes, 2004, and released in time for the presidential election that fall.

The Bush-bin Laden tie, if only circumstantial, begins with a business relationship between the former president and Mohammed bin Laden, the Yemeni-born father of Osama who was a Saudi construction magnate. He died and left his future terrorist son about $300 million that has been used to finance global violence. The young bin Laden was among the freedom fighters propped up by the CIA as they battled the Soviets in Afghanistan when the elder Bush headed that agency. And bin Laden's Al Qaeda campaign began after Bush put U.S. troops in Saudi Arabia during the Gulf War. A decade later, bin Laden's Twin Tower attacks made the battle against terrorism the prime focus of George W.'s presidency.

"The senior Bush kept his ties with the bin Laden family up until two months after Sept. 11," Moore said. "The bin Ladens invested heavily in the Carlyle Group, which has its hands in a number of pies and is the 11th largest defense contractor even though it mostly buys failing defense companies and sells them for profits."

The mood in Hollywood was mixed over whether Moore would be ridden out of town after his anti-war speech. He admitted his passion was partly fueled from the research he's done on the new movie and said public and industry reaction was overwhelmingly positive.

"I'd always watched and felt a little odd seeing actors win an Oscar and go off on some tangent cause. I'd just been given a standing ovation and an Oscar for a movie that deals not only with American gun violence, but how Bush manipulates the public with fear and how we are violent to people around the world. I expressed exactly what was in the film and instead of being blacklisted, I've not only gotten a deal to fund 'Fahrenheit 911' but offers on the film after. Presales on ("Columbine's") video release ran ahead of 'Chicago' this week, and my book is returning to the top spot on the New York Times bestseller list. It's because the majority of Americans agree with me see the

economy in the toilet and didn't vote for George W. People are now realizing you can question your government while still caring about the soldiers. We are all still filled with rage over Sept. 11 and have every right to seek vengeance on the bad guy. But not any old bad guy."

Moore said he was mildly surprised by the speech reaction, since it was a carbon copy of what he said at the Spirit Awards the previous day: "I didn't write an Oscar speech because I never thought we'd win. The last documentary that was a box office success and won the Oscar was 'Woodstock,'" Moore said.

Disclaimer

Email This Article

# MainPage
http://www.rense.com

This Site Served by TheHostPros

# EXHIBIT B



SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

Civil Division

DAVID LOUIS WHITEHEAD,

9 Fourth St. N.E. Apt. 1

Washington, DC 20002

PLAINTIFF,

V.

RECEIVED
Civil Clerk's Office

JUL 05 2005

Superior Court of the
District of ~~~~~~
Wash~~ bia

CASE No. 05CA-005034 B
Judge Canon
Next Hearing Date: October 7, 2005

TWENTIETH CENTURY FOX FILM CORP INC,

Serve Corporation Agent United States Corporation Co.
1090 Vermont Ave., N.W.
Washington, D.C. 20036

DEFENDANTS,

*PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT*

Comes Now plaintiff David Louis Whitehead with his motion for partial summary

judgment, pending the court's review of the films The Passion of Christ (2004) & (2005

edited version) and plaintiff's affidavit and exhibit attachments of excerpts of The play

God v. Satan (1996) and other related materials and analysis.

The primary allegation is above named defendant and their agents and principal

officers used plaintiff David Louis Whitehead's play entitled *God v. Satan* (1996) to

create its billion dollar film and book projects entitled *The Passion of Christ* (2004-05)

for national and worldwide distribution.

Defendant and their agents Mel Gibson and Icon Productions and others grossed billions and billions of dollars from this intentional theft of Mr. Whitehead's creativity and work *God v. Satan.* *(See attachment 1. Affidavit of Wang & Associates Certified Public Accountants [CPAs]).*

In short, the above named defendant and their agents Mel Gibson, Icon Productions and others created an economic empire from the theft of the plaintiff's intellectual property.

Plaintiff David Louis Whitehead teaches American Government, World Religion, Creative Writing, Oral Communication, and Comparative Politics. Plaintiff also is a theatrical writer and director and producer. He is a Who's Who Marquis member from 2002-2005.

Defendant Twentieth Century Fox- Film Corporation through their agents Mel Gibson and Icon Production Inc, is a company located in the State of California. Icon Distribution Inc does business in the United States and abroad. The defendant Twentieth Century Fox Film Corporation registered agent does business in the District of Columbia.

### *Factual Allegations and Historical of Events Common To All Causes of Action*

1.  The historical events which lead to the above alleged claims of the plaintiff are as follows:

    a.  On or about 1995, Plaintiff David Louis Whitehead wrote his play entitled *GOD v. SATAN*, a theatrical analysis. The play *God v. Satan* depicts the character Satan throughout the bible. The document/play God v. Satan is large in volume.

2

b.  In developing the massive booklet/play, Plaintiff David Louis Whitehead used historical elements of the Holy bible for *God v. Satan*. Plaintiff David Whitehead also used his creative genius to construct the material.

c.  *On or about May 20, 1996, Plaintiff David Louis Whitehead filed for registration of his intellectual property "The Play God v. Satan" with United States Copyright Office No. Txu-743-018. The year in which the material was created at section 3a. 1995-96. In accordance with title 17, US Code, the work God v. Satan is protected with copyright registration. A true copy of the registration is listed in this complaint. (See attachment 2. Copyright Certificate for The Play God v. Satan)*

d.  Plaintiff David Louis Whitehead disseminated his work God v. Satan to several entities and individual for review.

e.  Plaintiff David Louis Whitehead submitted his work God v. Satan for review and possible stage production to the following entities, individuals and universities:

- Department of Theatre at the University of Maryland.

- Mike Malone of the Department of Theatre at Howard University. *(Noting that Mr. Malone is the mentor of Dreamworks Pictures co-producer Debbie Allen. Ms. Allen co-produced Amistad with Dreamworks. Moreover, Home Box Office of Time Warner co-produced Dreamwork's Amistad. Time Warners employee Dick Parson is a board member at*

*Howard University*, where the material was submitted for

review).

- ARENA Stage Production Company in the District of Columbia.

  *(See attachment 3, Arena Stage letter dated June 6, 1996).*

- Dorrance Publishing Co. in Pittsburgh, P.A. *(See attachment 4,*

  *letters from Dorrance Publishing Co.)*

- A person named Phil through contact named Melody, who

  starred in the hit play The Big Bad Wolf v. Ms. Little Red Riding

  Hood, The Mike Story Story" *which was reviewed by*

  *Washington Post in the Reliable Source article dated October 1,*

  *1996, on David Whitehead's play The Big Bad Wolf.*


*Previous Litigation of Interest involving <u>David Whitehead v. Dreamworks Pictures</u>,*

*et al., 98cv1917, in the District Court for the District of Columbia before Judge Paul L.*

*Friedman.*


2.  Plaintiff David Louis Whitehead sued DreamWorks Pictures in <u>*Whitehead v.*</u>

<u>*DreamWorks Pictures*</u>, 98cv1917, before Judge Paul L. Friedman, alleging

infringement of the play God v. Satan. Judge Friedman dismissed the case

Whitehead v. DreamWorks Pictures, 98cv1917 twice. First in <u>Whitehead v.</u>

<u>Clinton</u>, et al., 99cv2891 and second in <u>*Whitehead v. DreamWorks Pictures,*</u> et al.,

98cv1917. Noting that the first case <u>*Whitehead v. Clinton*</u>, et al., 99cv2891, was

dismissed sua sponte, and the second action <u>*Whitehead v. DreamWorks*</u>, et al.,

4

98cv1917, dismissal by the court was moot (*a disquise since the first action *Whitehead v. Clinton*, et al, 99cv2891 was dismissed).

3.  President Bill Clinton and the White House co-sponsored the project Amistad for DreamWorks Pictures. Further, a Senate Investigation on Campaign Finance Violations revealed the DreamWorks Principal Parties Steven Spielberg and David Geffen made sleep overs at the White House. Further, Mr. Spielberg and Geffen gave gifts and other financial assistance to the campaigns of Bill and Hillary Clinton.

4.  Judge Friedman was appointed to the bench by President Clinton in 1994. Moreover, Judge Friedman testified during his Senate Confirmation hearing that he would remain a General Partner with White & Case LLP and Partners and former Partners and some spouses in an investment group known as Wallpark LLC, which is located in White & Case Offices in New York. Further, Judge Friedman testified that Wallpark was part to Media Communication II (possibly connected to Hollywood?). He oftened stayed at White & Case Apartments in New York, and he lectured the law firm on matters of interest. In short, Judge Friedman never left the White & Case law firm due to his financial relationship with White & Case Partners and Former Partners and their spouse in Wallpark LLC/Media Communication II. This relationship impact Judge Friedman's decisions in *Whitehead v. DreamWorks Pictures,* et. al., No. 98cv1917 and *Whitehead v. Bill Clinton,* et. al., No. 99cv2891. DreamWorks Pictures received a billion dollar loan from Chemical Bank in New York. White & Case LLP represents Chemical Bank. Judge Friedman receives an annual pension from

5

White & Case, along with his business interest with the White & Case partners and former partners and their spouses, including Elizabeth Friedman and her employer Nixon and Peabody LLP. It is unclear whether Nixon and Peabody represent DreamWorks Pictures and/or Chemical Bank?

5. During the litigation _Whitehead v. DreamWorks Pictures_ 98cv1917, and the Senate investigation, there were several alleged facts of interest which was revealed:

That the Plaintiff's Poem entitled "In A Box Controlled By House Negroes" was used for some parts of the creation of the film "_Amistad_". Whereas, dialogue from the poem is striking similar to the dialogue in the film _Amistad_.

For instance, in the poem, there are questions on the race of the Supreme Court justice, "A new Supreme Court Justice, is he a brother? He needs Islam, coming from the slum?" The same dialogue and depiction was used in the film Amistad. Whereas, the African natives on US Shores asked each other, whether the black American character was a black man (brother).

Another instance of copying was taken from the poem, is "Give us a message to set us free," and "...please set me free,". The character Cinque captured the statement in the film "Amistad" with his identical statement, "Give Us Free", "Give us Free".

6

Most importantly, another reference in the poem was "Can't see to get away from the CIA". This was part to the plaintiff's claims to the alleged infringement for the film Conspiracy Theory, starring Mel Gibson and Julia Roberts. Noting that there is documented evidence that Plaintiff David Louis Whitehead met Julia Roberts and Denzel Washington at the Georgetown University Law Center during the filming of "Pelican Brief". Plaintiff had conversations with both Ms. Roberts and Mr. Washington. He submitted his book *Brains, Sex, & Racism In the CIA And The Escape*" to Mr. Washington for review. Mr. Washington retained the book without any further communication. However, he later endorsed a film on Antwone Fisher.

Plaintiff alleged that his poem *"In A Box Controlled By House Negroes"* and his book *"Brains, Sex, & Racism In the CIA And the Escape"* was the basis for the hit film " *Conspiracy Theory*" and "A Beautiful Mind". Noting that *"Conspiracy Theory"* and *"A Beautiful Mind"* are identical striking similar films.

In short, DreamWorks Pictures (Debbie Allen, Mike Malone and Time Warner's Dick Parson) and Mel Gibson of Icon Films connection to the plaintiff's poem and CIA book (Julia Roberts and Denzel Washington) provide access to plaintiff's *God v. Satan* for the creation of the film and book *The Passion of Christ*. Further, it is unclear at this time, what role Denzel Washington's wife played in the production of Amistad?

6. In plaintiff's alleged infringement claims to DreamWorks Pictures "Prince of Egypt" in *Whitehead v. Columbia Pictures Industries Inc.* et al, 98cv2938 (Mike Malone) there's evidence of access to the play God v. Satan". Mr. Malone is connected to Debbie Allen, co-producer of DreamWorks Pictures's Amistad. DreamWorks Pictures's *Prince of Egypt* and Walt Disney's *Hercules* are strikingly identical films, using plaintiff's satanic characters. ~~To prove~~

### *CASE LAW for Summary Judgment and Substantial Similarity*

"A key term in the copyright context is originality." Motion for Summary Judgment granted despite defendant's denial of plaintiff's originality. See *Foreign Car Parts, of New England v. Auto World Inc.* 366 F. Supp. 977 (M.D. PA. 1973) Defendants can't be relieved as a plagiarist because he or she argues that facts cannot be copyrighted."

On Protection for the selection and arrangement of facts. See Coolings System & Flexibles Inc. v. Stuart Radiator, Inc., 777 F.2d 485, 492 (9th Cir.) Also see Digital Communication Association Inc. v. SoftKlone Desrib. Corp, 659 F. Supp. 449, 462-63 (N.D. Ga. 1987) "Status screen" as a compilation"] See Section 2.04 [B]. Also see Feist Publications, Inc., v. Rural Tel. Serv. Co., 111 S. Ct. 1282, 1289 (1991. Treatise cited)… Copyright precludes copying of substantially the same selection or arrangement." See Key Publication, Inc., v. Chinatown Today, Pub. Enters. Inc., 945 F.2d, 509, 514 (2d Cir. 1991). Also Nester's Map & Guide Corp. v. Hagstrom Map Co. 796 F. Supp. 729, 732-34 (E.D. N. Y. 1992).

8

In the Feist Court emphasized that the *copy*right protection in a factual

compilation…There are three types of work that are entitled to copyright protection:

- Creative

- Derivative

- Compiled – compilation copyrights. See Nimmer on Copyright Section 2.11 [D].

  Also see Dun v. Lumbermen's Credit Assn' 209 U.S. 20, 52. L. Ed. 663 (1908) &

  Financial Info, Inc. v. Moody's Investors Serv. Inc, 808 F.2d 204, 206-08 (2nd Cir.

  1986); Financial Info v. Moody's Investors Serv. Inc., 751 F.2d, 501, 511, (2nd. Cir.

  1984).

Defendants Twentieth Century Fox Film and Mel Gibson and Icon Production and

others work based on the plaintiff's allegations, affidavit and attachment material and

analysis and research as exhibit no. 3, 4, and 5 are substantially and strikingly similar

with God v. Satan. "Even if the two works "may not be literally identical and yet for

purposes of copyright infringement, may be found to be substantially similar." See

George Simon Inc. v. Spatz, 492 F. Supp. 836, 838 (W.D. Wis. 1980). Also see

Major Bob Music v. Stubbs, 851 F. Supp. 475, 479 S. D. Ga. 1994); Also see Novelty

Textile Mills v. Joan Fabrics Corp. 558 F.2d 1090 (2nd Cir. 1977).

Both God v. Satan and The Passion of Christ depicts the character Satan in scenes

when Pontius Pilate is talking to the Jews on the fate of Jesus. The sequence of

events are the same. Moreover, the Satan character also screams near the ending of

God v. Satan and The Passion of Christ. *"The mere fact that the defendant has*

*paraphrased rather than literally copied will not preclude a finding of Substantial*

*Similarity." See Costello, Erdlen & Co. v. Winslow, King, Richards & Co. 797 F.*

9

Supp. 1054, 1064 (D. Mass. 1992_ and Historical Truth Prods. v. Sony Pictures Entertainment Inc., 39 U.S.P. Q 2d 1807, 1816 (S.D. NY 1995).  See also Salinger v. Random House, Inc., 811 F.2d 90, 97 (2nd Cir. 1987).

Identical scenes are depicted in God v. Satan and The Passion of Christ on the character Satan, which was developed by the plaintiff David Louis Whitehead.  The Passion of Christ development captures the plaintiff's total concept and feel of his creativity in God v. Satan.  "Copyright cannot be limited to the text, else a plagiarist would escape by immaterial variations."  Further, "Duplication or near identity is not necessary to establish infringement."  See Sid & Marty Krofft Television Prods. Inc., v. McDonald's Corp, 562 F.2d 1157 (9th Cir. 1977).

Defendant and their agents Mel Gibson and Icon Productions and others edit the film The Passion of Christ for a new release in 2005.  This action was to conceal copying of God v. Satan.  However, In Davis v. E. I. Du Pont de Nemours & Co. 240 F. Supp. 612 (S.D. N.Y. 1965), the court, in holding for the plaintiff stated that the defendants "changes" amounted to mere paraphrasing, inversion of dialogue, or substitution of one insignificant object for another.  But paraphrasing is tantamount to copying in copyright law."  Also see G.R.I. Corp. v. Golden Fifty Pharmaceutical Co. 185 U.S.P. Q 674 (N.D. III 1975).  Twentieth Century Fox Film and Mel Gibson and others deliberate dissimilarities, including inverted phrases, are even more evidence of copying.  See Meier Co. v. Albany Novelty Mfg. Co., 236 F. 2d 144 (2nd Cir. 1956).  "Where the language used in ~~tow~~ two works is the same, but the inversion of certain works, or the substitution of one word for another, it has been held that 'this crude effort to give the appearance of dissimilarity is itself evidence of copying."

Business Trends Analysts, Inc. v. Freedonia Group, Inc. 887 F. 2d 39, 43 (2nd Cir.

1989). The style, setting, plot, historical facts, common pattern of idea and

expression of ideas, theme, sequence of events, format, pattern of the story,

expression form of articulation, characters of ideas, expression of characterization and

total concept and feel of the works in question, in which it constitutes a pattern that is

sufficiently concrete so as to warrant a finding of substantial similarity if it is

common to both plaintiff's and defendant's works. See *Shaw v. Lindheim* 919 F.2d

1353, 1363, (9th Cir. 1990); Twentieth Century Fox Film Corp. v. MCA Inc. 715 F.2d

1327 (9th Cir. 1983); Also see Total Concept & Feel in *Roth Greeting Cards v. United*

*Card Co.*, 429 F.2d 1106, 1110 (9th Cir. 1970) & Reyher v. Children's Television

Workshop, 533 F.2d 87 (2nd Cir) Cert. Denied, 429 U.S. 980 (1976). The plaintiff's

work God v. Satan has a "total concept and feel" similar to the accuseds' works, but

similar "total concept and feel" between the works is not necessary for the plaintiff to

succeed in this action." Litchfield v. Spielberg. 736 F.2d 1352, 1357 (9th Cir. 1984),

cert. Denied, 470 U.S. 1052 (1985).

### *ACCESS*

7. Access has been established based on case law in *Hoffman v. Pressman*, 70 F.

Supp. 498 (D. N.J. 1990), aff'd., 947 D.2d 935 (3rd Cir. 1992), cert. denied, 477

U.S. 317 (1992). "Access can be shown where there is direct evidence that the

accused author or close business associate had an opportunity to encounter the

plaintiff's work." See Baxter, supra. Further, plaintiff need only show that the

defendant had a reasonable opportunity to copy the plaintiff's work. *Aldon*

*Accessories Ltd. v. Spigel.* Inc., 738 F.2d 548 (2d Cir. 1984), cert, denied, 469

U.S. 982. Also see _Sid & Marty Krofft Television Prods Inc. v. McDonald's_

_Corp._, 562 F.2d 1157, 1172 (9th Cir. 1977). Further "an inference of copying

arises where there is substantial similarity and proof of access. Golding v. R. K.

O. Pictures Inc. 35 Cal. 2nd 690, 695 (1950).

8. Plaintiff believes that the Defendant and unnamed defendants fraudulently

represented to the public that the creation of the film _"The Passion of Christ"_

was placed into plans ten years ago, and that God gave him (Mel Gibson) a vision

to create and produce the film "The Passion of Christ" is outrageous. Prompting a

University of Pennsylvania professor to state: _"Mel Gibson deserved to be sued."_

Plaintiff asserts that God v. Satan depicts Satan throughout the bible.

He believes that DreamWorks used the satanic characters in its musical Prince of

Egypt. Walt Disney used the satanic character in the film "Hercules".

Icon and Mel Gibson used the four Gospels and the four trials of Jesus as in _"God_

_v. Satan"_. These are historical facts, but combined with the characterization of the

satanic character and characters is copying. .

9. Plaintiff David Louis Whitehead believes that there is substantial similarity

between the two works _God v. Satan_ and _The Passion of Christ._ "...When

compared in their entirety including both protectible and unprotectible material."

Nimmer 13-90 . If the material copied is quantitatively small, but it is

qualitatively important, substantial similarity can be found." Nimmer 13-47 and

13-52. Plaintiff is also arguing that defendants lifted lines verbatim from his

selection of historical biblical facts to create The Passion of Christ.

10. Plaintiff David Louis Whitehead believes that examples of copying is shown

between the two works "*God v. Satan*" and "*The Passion of Christ*" as follows:

In both works *God v. Satan* and *The Passion of Christ*:  Satan appears with

Judas;  Satan screams at the ending scenes of the *God v. Satan* and The

Passion of Christ;  Satan appears in scene where Pontius Pilate is speaking to

the Jews;  Satan is upset with Christ's victory in death. Foreign Language is

used in both works.

In *God v. Satan*, foreign language is used during Christ's screams "Eloi, Eloi,

loma Sabachthani?  In the film and book version of *The Passion of Christ* foreign

language is transcribed into English.  Defendant and their agents Mel Gibson and

Icon Productions and others  basically reversed the translations between the two

works.

In plaintiff's *God v. Satan,* Satan tempts both Adam and Eve in the Garden of

Eden and he also challenges God.

In the film and novel versions of *The Passion of Christ Satan* tempts Jesus in

the Garden of Gethsemane. This scene does not exist in the holy bible as the truth.

Plaintiff's work Satan leads Jesus from the Last Supper to the Garden of

Gethesemane, where Jesus is arrested.

The sequence of events are strikingly similar between the two works, from God's

creation of the world to Satan's tempting God in the Garden of Eden and

Gethsemane.

13

The writers and director of the film and novel *The Passion of Christ* offers the audience inventions and fade to historical events, which were depicted in plaintiff's *God v. Satan.*

Both works depicts Satan as the loser in his battle against God.

In both works Satan screams at the end of the materials because of Jesus's victory over him in death. Therefore, the beginning and ending of both works (*God v. Satan and The Passion of Christ*) have strikingly similar sequence of events and plot (storyline and development). In the work *God v. Satan,* Satan applause Pontius Pilates's discussion to the Jews about Jesus's fate. In the film *The Passion of Christ,* Satan stands there while Pontius Pilates's discussion to the Jews about Jesus's fate.

The dialogue and writing styles are striking similar between the two works. In 2005, defendant through their agents Mel Gibson, Icon Productions made scene changes when they released another edited version of the film *The Passion of Christ.* These intentional new scene changes are to conceal/hide the theft of the plaintiff's God vs. Satan intellectual property). "When access is established "a lesser degree of similarity is required." *Morse v. Fields,* 127 F. Supp. 63, 66 (S.D. N.Y. 1954). Also see *Shaw,* 919 F.2d at 1362. The court must ascertain and/or rely on that the allegations in the plaintiff's complaint, affidavit and attachment research and analysis are true and defendant must provide facts that Mr. Gibson and his agents were not connected to DreamWorks, Debbie Allen, Walt Disney and others persons who had access to plaintiff's works.

11. Since 2004, Defendant and their agents Mel Gibson and Icon Production and other unnamed parties have been reproducing, distributing, promoting, and offering for sale illegal and unauthorized copies of their dvds, cds, books, and videos and television productions entitled *"The Passion of Christ"* which were based on the PLAINTIFF'S *God v. Satan.*

12. Defendant and their agent Mel Gibson, Icon Production and others are attempting to pass it products off as if they are DEFENDANT's products in a manner calculated to deceive PLAINTIFF'S creation as their *THE PASSION OF CHRIST.*

13. Defendant and their agents Mel Gibson and Icon Production have misled the General American Public and World audiences to think that Plaintiff's God v. Satan is their "The Passion of Christ" creation: books, dvds, cd, videos, books and other accessories. This action is a violation of the Lanham Act on false designations and advertising.

14. Circumstantial evidence show that defendant and Mel Gibson and others have known about his works since the alleged infringement by *The Prince of Egypt* and *Hercules* and possible Viacom's *Noah's Ark* Television broadcast with Mission Impossible's John Voight.

15. The natural, probable and foreseeable result of Defendant and their agents Mel Gibson and Icon Production and others wrongful conduct has been and will continue to be to deprive Plaintiff David Louis Whitehead of the benefits of selling Plaintiff's *God v. Satan* work and its other products, to deprive Plaintiff of goodwill, and to injure Plaintiff's reputation with the general public.

16. Circumstantial evidence show that he has lost and will continue to lose substantial revenues from the sale, infringement of his work entitled "*God v. Satan*" and other prospects of his works and will sustain further damage as a result of Defendant and their agent Mel Gibson and Icon Productions and others wrongful conduct and defendant's production and sale of these infringing products. Defendants' wrongful conduct has also deprived and will continue to deprive Plaintiff of opportunities for the use or selling his script to any other source, which could be also viewed as Antitrust violations.

17. The Court should grant plaintiff's motion to enjoin Defendant and their agents Mel Gibson and Icon Production and others from the continuing unlawful and reckless course and conduct and to wrongfully use, infringe upon, sell and otherwise profit from PLAINTIFF's "*God v. Satan*" property and any works derived from it. As a direct and proximate result of the acts of Defendant and their unnamed agents Mel Gibson and Icon Productions and others alleged above, Plaintiff has already suffered irreparable damage and has sustained lost profits and prestige. PLAINTIFF has no adequate remedy at law to redress all of the injuries that DEFENDANT has caused and intends to cause by its conduct. PLAINTIFF will continue to suffer irreparable damage and sustain lost profits until this Court enjoins Defendant and unnamed agents Mel Gibson and Icon Productions and others actions alleged above.

18. Based on the above discussion and the two works in questioned, along with the plaintiff's affidavit and attachment of similarities and research conducted, it is enough evidence and case law to grant partial summary judgment for the plaintiff in this case, especially with the defendant and their agent attempts to conceal copying with the newer edited version of the film The Passion of Christ (2005), which was based on God v. Satan (1996).

     Plaintiff prays that the court will grant his motion.

Respectfully Submitted,

David Louis Whitehead

9 Fourth St. N.E. Apt. 1

Washington, D.C. 20002

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

DAVID LOUIS WHITEHEAD,

PLAINTIFF,

V.

CASE No. 05-CA-005034 B (Cal. 8)
Judge Canon

TWENTIETH CENTURY FOX FILM CORP, INC.,

DEFENDANTS.

ORDER

Upon Consideration of the plaintiff David L. Whitehead's motion for partial summary judgment, it is hereby ordered that the motion is granted on the _____ day of _____ 2005.

SO ORDERED.

_____
Superior Court Judge

Cc David L. Whitehead
United States Corp. Co.

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

Civil Division

DAVID LOUIS WHITEHEAD,

9 Fourth St. N.E. Apt. 1

Washington, DC 20002

PLAINTIFF,

V.

CASE No. 05CA-005034 B
Judge Canon
Next Hearing Date: October 7, 2005

TWENTIETH CENTURY FOX FILM CORP INC,

Serve Corporation Agent United States Corporation Co.
1090 Vermont Ave., N.W.
Washington, D.C. 20036

DEFENDANTS,

### *AFFIDAVIT OF DAVID LOUIS WHITEHEAD*

I David Louis Whitehead testify under perjury that the following

statements are true to the best of my ability:

I am a person over the age of 18 years old.

I am a University adjunct Professor.  I have taught American Government, World

Religion, Creative Writing, Oral Communication, Humanities, and Comparative Politics.

I have written at least 20 theatrical plays, screenplays, books and novel.  I have directed

several (5) theatrical plays. I am a Who's Who Marquis member from 2002-2005.

1. The historical events which lead to the above alleged claims of the plaintiff are as follows:

    a. On or about 1995, I David Louis Whitehead wrote the play entitled *GOD v. SATAN*, a theatrical analysis. The play *God v. Satan* depicts the character Satan throughout the bible. The document/play God v. Satan is large in volume.

    b. In developing the massive booklet/play, I, David Louis Whitehead used historical elements of the Holy bible for *God v. Satan.* Plaintiff David Whitehead also used his creative genius to construct the material.

    c. *On or about May 20, 1996, I, David Louis Whitehead filed for registration of his intellectual property "The Play God v. Satan" with United States Copyright Office No. Txu-743-018. The year in which the material was created at section 3a. 1995-96. In accordance with title 17, US Code, the work God v. Satan is protected with copyright registration. A true copy of the registration is listed in this complaint. (See attachment 2. Copyright Certificate for The Play God v. Satan)*

    d. I, David Louis Whitehead disseminated the work God v. Satan to several entities and individual for review.

2

e.  I, David Louis Whitehead submitted his *He* work God v. Satan for review and possible stage production to the following entities, individuals and universities:

- Department of Theatre at the University of Maryland.

- Mike Malone of the Department of Theatre at Howard University. (*Noting that Mr. Malone is the mentor of Dreamworks Pictures co-producer Debbie Allen. Ms. Allen co-produced Amistad with Dreamworks. Moreover, Home Box Office of Time Warner co-produced Dreamwork's Amistad. Time Warners employee Dick Parson is a board member at Howard University*, where the material God v. Satan was submitted for review).

- ARENA Stage Production Company in the District of Columbia. (*See attachment 3, Arena Stage letter dated June 6, 1996*).

- Dorrance Publishing Co. in Pittsburgh, PA. (*See attachment 4, letters from Dorrance Publishing Co.*)

- A person named Phil through contact named Melody, who starred in the hit play The Big Bad Wolf v. Ms. Little Red Riding Hood, The Mike Story Story" *which was reviewed by Washington Post in the Reliable Source article dated October 1, 1996, on David Whitehead's play The Big Bad Wolf.*

Some of the many similarities between "God v. Satan" and "The Passion of the Christ" are as follows:

God v. Satan   (1995-96)                              Passion of the Christ (2004)

1.  Satan appears with Judas as a story plot.    Satan appears with Judas.
    *P. 73*

2.  Satan screams at the ending of the work     Satan screams at the ending of film.
    involving Christ.   *P. 86*

3.  Satan appears in Pontius Pilate scene.      Satan appears in Pontius Pilate scene.
    during the trial of Jesus.   *P. 81*         during the trial of Jesus.

4.  The storyline of play involves Satan    The storyline of the film involves Satan
    and his battles and interplay with Jesus.    and his battles and interplay with Jesus.

5.  The work depicts Jesus's trials and death.  The work depicts Jesus's trials and
                                                     death.

6.  Satan is upset over Christ's victory.    Satan is upset over Christ's victory.
    *P. 86*

7.  Foreign language and English used.    Foreign language and English used.
    *P. 84*

No other religious work has Satan with Judas and Pilate involving the story of Jesus

Setting: Holy Land.

2.  Both God v. Satan and The Passion of the Christ depicts the character Satan in scenes

when Pontius Pilate is talking to the Jews on the fate of Jesus.  The sequence of

events are the same.  Moreover, the Satan character also screams near the ending of

God v. Satan and The Passion of the Christ.

3.  I, David Louis Whitehead believes that examples of copying is shown between the

two works *"God v. Satan"* and *"The Passion of the Christ"* as follows:

In both works *God v. Satan* and *The Passion of the Christ*:  Satan appears

with Judas;  Satan screams at the ending scenes of the *God v. Satan* and The

Passion of the Christ;  Satan appears in scene where Pontius Pilate is

4

speaking to the Jews; Satan is upset with Christ's victory in death. Foreign

Language is used in both works.

In *God v. Satan*, foreign language is used during Christ's screams "Eloi, Eloi,

loma Sabachthani? In the film and book version of *The Passion of Christ* foreign

language is transcribed into English. Defendant and their agents Mel Gibson and

Icon Productions and others basically reversed the translations between the two

works. In plaintiff's *God v. Satan*, Satan tempts both Adam and Eve in the Garden

of Eden and he also challenges God; In the film and novel versions of *The Passion of*

*the Christ Satan* tempts Jesus in the Garden of Gethsemane. This scene does not exist

in the holy bible as the truth. Plaintiff's work Satan leads Jesus from the Last Supper

to the Garden of Gethesemane, where Jesus is arrested. The sequence of events are

strikingly similar between the two works, from God's creation of the world to Satan's

tempting God in the Garden of Eden and Gethsemane. The writers and director of the

film and novel *The Passion of the Christ* offers the audience inventions and fade to

historical events, which were depicted in plaintiff's *God v. Satan*. Both works depicts

Satan as the loser in his battle against God.

In both works Satan screams at the end of the materials because of Jesus's

victory over him in death. Therefore, the beginning and ending of both works (*God v.*

*Satan and The Passion of the Christ*) have strikingly similar sequence of events and

plot (storyline and development). In the work *God v. Satan*, Satan applause Pontius

Pilates's discussion to the Jews about Jesus's fate. In the film *The Passion of the*

*Christ*, Satan stands there while Pontius Pilates's discussion to the Jews about Jesus's

fate.

5

A true copy of excerpts taken from the play God v. Satan are attached as exhibit

attachment No. 3. pages 3,4,5, 8, 39, 44, 58, 59, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83,

84, 85, 86, 87. three unnumbered pages.

A true copy of excerpts taken from the internet The Passion of the Christ: Original Script

as exhibit Attachment No. 4.

I conducted analysis between God v. Satan and The Passion of the Christ. I found

substantial and striking similarities between the lines of both works. See attachment No.

5.

It was reported by the media and Wang & Associates that Defendant and their

agents Mel Gibson and Icon Productions and others grossed billions and billions of

dollars *(See attachment 1. Affidavit of Wang & Associates Certified Public Accountants*

*[CPAs]).*

David Louis Whitehead

DATE: 6/30/05

6

[ Attachment 1 ]

## Wang & Associates
## Certified Public Accountants [CPAs]

Neng-Hsiang Wang, CPA
Ming J. Lee, CPA
606 Seventh Street, S.W.
Washington, DC 20024-2402

Phone (202) 479-0744 & (202) 554-4314
Fax (202) 479-4218

March 11, 2005

David Louis Whitehead
1717 K. St. N.W. Suite 600
Washington, DC 20036


Dear Mr. Whitehead:

Enclosed is my signed affidavit you requested regarding the work
I performed for you pertaining to the highly successful motion picture
entitled *The Passion of Christ* and *The Passion of Christ* products.
*See attached affidavit.*


Very truly yours,

Neng-Hsiang Wang, CPA


Enclosure: Affidavit

Based on publicly available data, from the film *The Passion of Christ* from box office receipts, sales of videos, DVDs, books, music soundtrack, a to be released edited version DVD, and sale of products estimated over <u>One Billion Dollars.</u>

The motion picture studio's official records pertaining to the film *The Passion of Christ* and other *The Passion of Christ* products will probably be much higher than public records.

Neng-Hsiang Wang, CPA
Wang & Associates, CPAs

Notary

Washington, District of Columbia
Subscribed and sworn to before me, in my presence,
this *11* day of *MARCH*, *2005*
by *NENG - HSIANG WANG*
*Jacqueline S. Hughes* Notary Public
My commission expires *06-14-2007*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu 743-018

CERTIFICATE OF REGISTRATION

This certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

May  20,  1996
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**  TITLE OF THIS WORK ▼

The Play God v. Satan

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**  a  NAME OF AUTHOR ▼

David L. Whitehead  (David)

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1957

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶  U.S.
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   [ ] Yes  [ ] No
Pseudonymous?   [ ] Yes  [ ] No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Religious Play based on all sources

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   [ ] Yes  [ ] No
Pseudonymous?   [ ] Yes  [ ] No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   [ ] Yes  [ ] No
Pseudonymous?   [ ] Yes  [ ] No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1995-96  ◄ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶   Day ▶   Year ▶

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
David L. Whitehead
1101 Westfield Dr. Oxon Hill, MD. 20745

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.

DO NOT WRITE HERE
Page 1 of ___

EXAMINED BY _Tms_          FORM TX

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space.

**6**

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

See Instructions.

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                          **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

David L. Whitehead
P.O. Box 78379 (301) 567 8262
Wash DC 20013
                Area Code and Telephone Number ▶

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
                      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

David L. Whitehead                                    date ▶ May 16, 1996

Handwritten signature (X) ▼

_David L. Whitehead_

MAIL
CERTIFI-
CATE TO

Name ▼
David L. Whitehead
Number/Street/Apartment Number ▼
1101 Westfield Dr.
City/State/ZIP ▼
Oxon Hill, MD 20745

• YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1993—200,000    ☆ PRINTED ON RECYCLED PAPER            *U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/34

[ Attachment 3 ]

*Needs
Editing*

*Mr. Johnson*

# THE PLAY

## GOD vs. SATAN
## (A Theoretical Analysis)

By: David L. Whitehead

301-5678262

Copyright 1996 by David L. Whitehead

All rights reserved. No part of this book may be reproduced or tansmitted in any form or by any means, without the permission of the publisher, except where paragraphs are permitted by law.

Cover design by Lucey Josey.

## INTRODUCTION I

This book is dedicated to the religious community. Moreover, since several members of my immediate family have preached and continue to preach the word of God, I thought that I might touch on the subject of religion, which is powerful. What fascinates me about the subject is: God continue to demonstrate his power over Satan's power; however, Satan refuse to be defeated, knowing that he has limited power and time. Thus he continues to roam the earth challenging the power of GOD!

The Play is basically about Satan's struggle against the power of God!

Aapcie
321-5X7x

# PROLOGUE

Throughout history Satan challenged the power and spirit of God. We must understand that this battle continues as the World heads towards the 21st century. *We see Deliah cutting Sampson's hair while SATHN is laughing. Sampson rises and push the pillars, screaming GOD*

(We hear music "Go Down Moses.") *Prays*
*Choir sings*

Reader I:    " In the beginning God created the heavens and the earth." (Genesis 1)
"Now the earth was formless and empty, darkness was over the surface of the deep, and the spirit of God was hovering over the waters." Ibid. 1-2
"And God said, "Let there be light," and there was light." Ibid. 1-3
"And God saw that the light was good, and he separated the light from the darkness. Ibid. 1-4  God called the light "day" and the darkness he called "night." And there was evening, and there was morning -- the first day." Ibid. 1-5
" And God said, "Let there be an expanse between the waters to separate water from water." Ibid. 1-6
"So God made the expanse and separated the water under the expanse from the water above it. And it was so." Ibid. 1-7
"God called the expanse "sky". And there was evening, and there was morning.-- the second day. Ibid. 1-8
"And God said, "Let the water under the sky be gathered to one place, and let dry ground appear." Ibid. 1-9
"And it was so." Ibid.
"God called the dry ground "land," and the gathered waters he called "seas," And God saw that it was good." Ibid. 1-10
"Then God said, "Let the land produce vegetation: seed-bearing plants and trees on the land that bear fruit with seed in it according to their various kinds. And it was so." Ibid. 1-11
"The land produced vegetation: plants bearing seed according to their kinds and trees bearing fruit with seed in it according to their kinds. And God saw that it was good." Ibid. 1-12
"And there was evening, and there was morning -- the third day." Ibid. 1-13
" And God said, "Let there be lights in the expanse of the sky to separate the day from the night, and let them serve as signs to mark seasons and days and years, Ibid. 1-14.
and let them be lights in the expanse of the sky to give light on the earth. And it was so." Ibid. 1-15
"God made two great lights -- the greater light to govern the day and the lesser light to govern the night. He also made the stars." Ibid. 1-16

3

" God set them in the expanse of the sky to give light on the earth, " to govern the day and the night, and to separate light from darkness. And God saw that it was good." Ibid. 1-18

"And there was evening and there was morning -- the fourth day." Ibid. 1-19.
" And God said, "Let the water teem with living creatures, and let birds fly above the earth across the expanse of the sky." Ibid. 1-20
" So God created the great creatures of the sea and every living and moving thing with which the water teems, according to their kinds, and every winged bird according to its kind. And God saw that it was good." Ibid. 1-21
" God blessed them and said, "Be fruitful and increase in number and fill the water in the seas and let the birds increase on the earth." Ibid. 1-22
"And there was evening, and there was morning -- the fifth day." Ibid. 1-23
"And God said, "Let the Land produce living creatures according to their kinds livestock, creatures that move along the ground, and wild animals, each according to its kind." "And it was so." Ibid. 1-24
"God made the wild animals according to their kinds, the livestock according to their kinds, and all the creatures that move along the ground according to their kinds. And God saw that it was good." Ibid. 1-25
" Then God said, Let us make man in our image, in our likeness, and let them rule over the fish of the sea and the birds of the air, over the livestock, over all the earth, and over the creatures that move along the ground." Ibid. 1-26.
"So God created man in his own image, in the image of God, he created him. Male, and female. (Adam enters, asleep) he created them." Ibid. 1-27
"God blessed them and said to them, (God's voice) "Be fruitful and increase in number; fill the earth and subdue it. Rule over the fish of the sea and the birds of the air and over every living creature that moves on the ground." Ibid. 1-28
Then God said, (God's voice) "I give you every seed - bearing plant on the face of the whole earth and every tree that has fruit with seed in it. They will be yours for food." Ibid. 1-29
"And to all the beasts of the earth and all the birds of the air and all the creatures that move on the ground - everything that has the breath of life in it - I give every green plant for food. And it was so." Ibid. 1-30
"God saw all that he had made, and it was very good. And there was evening, and there was morning - the sixth day." "Thus the heavens and the earth were completed in all their vast array." Ibid.
"By the seventh day God had finished the work he had been doing, so on the seventh day he rested from all his work." 2-3
"And God blessed the seventh day and made it holy, because on it he rested from all the work of creating that he had done." Ibid.

(Voice of God.)

God:        Adam, "you are free to eat from any tree in the garden; 2-16 but you must not eat from the tree of the knowledge of good and evil, for when you eat of it, you will surely die." 2-17 (Adam sleeping.)
"It's not good for the man to be alone. I will make a helper suitable for him."
2-18  (Satan is listening. Eve enters. Adam awake.) St. ing over Eve

Adam:   "This is now bone of my bones and flesh of my flesh; She shall be called 'Woman," for she was taken out of man." 2-23

4

Act I
Scene I                    Adam, Eve, and Satan

( Adam and Eve in the Garden of Eden.  We hear the voice of God.)

God:  Adam! Adam! Adam, are you happy that I have given you companionship?

*my body*

Adam:  Yes, my lord!  Eve is so beautiful.  Did you make her out of clay?  It's good to have a woman with me, in the Garden of Eden.  A beautiful place.

*yes, I made her from one of your ribs.*

God:  Listen now Adam, "You are free to eat from any tree in the garden; but you must not eat from the tree of the knowledge of good and evil; when you eat of it you will surely die." 2-17 (Satan is listening.)
"Of all the fruit in the Garden you can eat except of the "tree of knowledge" for the day thou eate of that tree, thou shall surely die."(3-1)

Adam:  Father, will I die as a human being or in spirit?

God:  Adam, surely you will die, if you eate of that tree in the Garden.

Adam:  OK, Father, I will not eate of the tree in the Garden.  I will never disobey you.

(We see Eve roaming the garden.  Satan enters.)

Satan:  Eve! Eve!  What are you doing?  Where's Adam?

Eve:  I am roaming the Garden of Eden.  May I ask, "Who are you?"  And how did you learn my name? And how do you know about Adam?

*one of God's beautiful angels*

Satan:  My name is Satan.  I am an angel of God.  Did he tell you and Adam about me?  I saw God creating you.  He did a beautiful job.  You are a lovely lady.

Eve:  No, God did not tell us about you.  Are you special?

*every precious stone adorned me; ruby, emerald, chrysolite, and jasper, sapphire, turquoise and beryl*

Satan:  Yes, I am special!  I cause misery.  Why don't you eat the beautiful fruit of the tree.  You see the nice tree in the middle of the garden.  The fruit on it is good.  It's delicious!  And it will give you knowledge.

*my settings and mountings were made up ge*

*Ezekiel 12:2 and 28 Feb 28.*

*Ezekiel 1:5*

*[handwritten: beautiful]*

**Satan:** God, you can't do this to me! I am Satan, one of your angels. If you cast me from heaven, I will corrupt all of the other angels, and take them with me. We'll roam the earth causing misery throughout your new world.

*[handwritten right margin: ↓ LA LA SONG]*

**God:** Satan, you have no power; I can destroy you now. But Satan, go ahead, try to persuade the other angels away from the kingdom of God, called Heaven.

*[handwritten: ( Satan sings *[?]*, Coolio's a GANGTA'S PARADISE ):]* *[handwritten right margin: La La La La La La attempting to gain influence]*

(Other angels enter. We see War between the angels. Satan and other angels are cast from heaven and hurled down to earth. (We hear song by Michael Jackson, "~~We~~ You Be There") *[handwritten: Will]* (We ~~see~~ *[handwritten: hear]* God talking to Adam and Eve.)

**God:** Eve, "I will greatly increase your pains in childbearing; with pain you will give birth to children; Your desire will be for your husband, and he will rule over you." (3-16)

Adam, "because you listened to your wife and ate from the tree about which I commanded you, you must not eat of it, "Cursed is the ground because of you; through painful toil you will eat of it all the days of your life. (3-17)

**Adam:** No, my Lord, no! Please give me another chance, I love you, father!!! This woman you gave me (he cries.) She did it; she persuaded me to eat from the tree of knowledge. She has power -- Satan gave her power in the garden.

**God:** "It will produce thorns and thisles for you, and you will eat the plants of the field." (3-18)

**Adam:** I can't bear this pain; and the though of leaving the garden of eden, in heaven; to live on earth with Satan and his angels; there has to be a better way?

**God:** "By the sweat of your brow you will eat your food until you return to the ground, since from it dust you ~~are and to~~ *[handwritten: were taken; For]* dust you ~~will return.~~ *[handwritten: are and]* (3-19)

~~Man now understands good and evil.~~ He must not be allowed to reach out his hand and take also from the tree of life and eat, and live forever."

(God banishes Adam and Eve from the Garden of Eden. We see flashes of lightning and we hear thunder.)

*[handwritten: → "The man has now become like one of us knowing good and evil]*

(3-29) "The bride belongs to the bridegroom. The friend who attends the bridegroom waits and listens for him, and is full of joy when he hears the bridegroom's voice. That joy is mine, and it is now complete. He must become greater; I must become less." ~~3-29~~ 3-30 (3-30) The one who comes from above is above all; the one who is from the earth belongs to the earth, and speaks as one from the earth. The one who comes from heaven is above all. (3-31) He testifies to what he has seen and heard, but no one accepts his testimony. (3-32) The man who has accepted it has certified that God is truthful (3-33) For the one whom God has sent speaks the words of God, for God! Gives the spirit without limit. (3-34) The Father loves the Son and has placed everything in his hands; (3-35) whoever believes in the son has eternal life, but whoever rejects the son will not see life, for God's wrath remains on him." (1-36)

*3-29* *loves*

**(Light out)**

Scene          The Baptism and Temptation of Jesus    (mark)
JOHN: It is written in Isaiah the prophet: "I will send my messenger ahead of
(We see Jesus baptized by John.  An Angel appears.  We hear the voice of
God. 1-9) you, who will prepare your way." 1-2  a voice of one calling in the dea

God: "You are my Son, whom I love; with you I am well pleased. (1-11)
  Prepare the way for the Lord, make straight path for him

(John arrested and exit. Satans enter.  Jesus is tempted by Satan. We see
Jesus praying.)    1-3

Jesus:  Father I have not eaten for forty days and forty nights, I am hungry.

Satan:  Pray Jesus, pray to your God. "If you are the son of God, tell these stones to become bread." (Matt. 4-3)

Jesus:  Satan, "It is written: Man does not live on bread alone, but on every word that comes from the mouth of God." (Ibid. 4-4)
  lets go to the holy city and stand on the highest point of t temple

Satan:  Jesus, I stand here on this temple, "If you are the son of God, throw yourself down. For it is written: "He will command his angels concerning you, and they will lift you up in their hands, so that you will not strike your foot against a stone. (Ibid. 4-6)

Jesus:  Satan, "It is also written: Do not put the Lord your God to the test." (Ibid. 4-7)

Satan: Jesus let's go to the highest point of the mountain, and I will show you all the Kingdoms of the world and their splendor. (Ibid. 4-8)
  All this I will give you, if you will bow down and worship me." (Ibid. 4-9)

Jesus: "Away from me, Satan! For it is written: 'Worship the Lord your God, and serve him only" (Ibid. 4-10)

Satan:  I will return, Jesus! I will be back!  At an opportune time (Luke 4-13)

(Satan exit.  Angels enter.  They attends Jesus.)

After me will come one more powerful than, I, the

Scene          Jesus Ministry and Movement

thongs of whose Sandals I am not worthy to stoop down and untie, I baptize u
                                                                39

Jesus: "If you can? "Everything is possible for him who believes." (Ibid. 9-23)

Man: Teacher, "I do believe; help me overcome my unbelief!" (Ibid. 9-24)

(Crowd scant: Save him! Save him, Master!)

(Jesus praying)

Jesus: "You deaf and mute spirit, I command you, come out of him and never enter him again." 9-25
(Satan and evil spirit leaves the child. Ibid. 9-25. Boy lying as dead, "Jesus took him by the hand and lifted him to his feet and he stood up. 9-27.)

(Jesus talks with disciples.)

Disciples: Lord, "Why couldn't we drive it out?" (9-29) 9-28

Jesus: "This kind can come out only by prayer." / I must tell you 9-29 something "The son of man is going to be betrayed into the hands of men. They will kill him, and after three days he will rise." (9-31)

(We see Jesus healing A Man with Leprosy.)

Man: Lord, "If you are willing you can make me clean." (Mark 1-40)

(Jesus touches the man.)

Jesus: "I am willing;" "Be clean!" (1-41)

Man: I am cured! I am cured! Thank you, thank you, teacher.

"Look, your house is left to you desolate.' (23-38)
"For I tell you, you will not see me again until you say, 'Blessed is he
who comes in the name of the Lord." (23-39)

Act III                        INTERMISSION

Dialogue!

### Jesus continues to preach

Scene

Jesus: The kingdom of heaven is likened unto a man which sowed
good seed in his field: But while men slept, his enemy came and
sowed tares among the wheat, and went his way. But when the
blade was sprung up, and brought forth fruit, then appeared the
tares also. So the servants of the house-holder came and said unto
him, Sir, didst not thou sow good seed in thy field? from whence
then hath it tares? He said unto them, an enemy hath done this. The
servant said unto him, wilt thou then that we go and gather them
up? but he said, nay; lest while ye gather up the tares, ye root up
also the wheat with them. Let both grow together until the harvest:
and in the time of harvest I will say to the reapers, Gather ye
together first the tares, and bind them in bundles to burn them: but
gather the wheat into my barn. The kingdom of heaven is like unto
leaven, which a woman took and hid in three measures of meal, till
the whole was leavened. That it might be fulfilled which was spoken
by the prophet, saying, I will open my mouth in parables; I will utter
things which have been kept secret from the foundation of the world.
(Jesus sent the multitude away.)
GO away! (he exit.)

The kingdom of heaven is like to a grain
of mustard seed, which a man took,
and sowed in his field; which indeed is
the least of all seeds: but when it is
grown, it is the greatest among herbs,
and becometh a tree, so that the birds
of the air come and lodge in the
branches thereof.

**Disciples:** Declare unto us the parable of the tares of the field.

**Jesus:** He that soweth the good seed is the son of man; the field is the world; the good seed are the children of the kingdom; but the tares are the children of the wicked one; the enemy that sowed them is the devil; the harvest is the end of the world; and the reapers are the angels. As therefore the tares are gathered and burned in the fire; So shall it be in the end of the world. The son of man shall send forth his angels, and they shall gather out of his kingdom all things that offend, and them which do iniquity; And shall cast them into a furnace of fire: there shall be wailing, furnace of fire: there shall be wailing and gnashing of teeth. Then shall the righteous shine forth as the sun in the kingdom of their Father. Who hath ears to hear, let him hear. Again, the kingdom of heaven is like unto treasure hid in a field; the which when a man hath found, he hideth, and for joy thereof goeth and selleth all that he hath, and buyeth that field. Again, the kingdom of heaven is like unto a merchant man, seeking godly pearls: who, when he had found one pearl of great price, when and sold all that he hade and bought i . Again, the kingdom of heaven is like unto a net, that was cast into the sea, and gathered of ev ery kind: which, when it was full, they drew to shore, and sat down, and gathered the good into vessels, but cast the bad away. So shall it be at the end of the world: the angels shall come forth, and sever the wicked from among the just, and shall cast them into the furnace of fire: there shall be wailing and gnashing of teeth. Have ye understood all these things?

**Disciples:** Yea, Lord.

**Jesus:** Therefore every scribe which is instructed unto the kingdom of heaven is like unto a man that is an householder, which bringeth forth out of his treasure things new and old. (Jesus exit. The parables of the Sower, the mustard seed, the Tares, and the Hidden Treasure. From the Gospel of Matthew.)

"I tell you the truth, one of you will betray me–one who is eating with me." (14-18)

(Disciples saddened; one by one said to Jesus "Surely not I?) 14-19

Jesus:  "It is one of the Twelve, one who dips bread into the bowl with me." (14-20)
"The Son of man will go just as it is written about him. But woe to that man who betrays the Son of Man!  IT would be better for him if he had not been born."  (14-21)

(We see Jesus breaking bread and giving thanks.)

Jesus:  "Take it, this is my body!" (Takes cup and gave thanks.  Mark 14-23)
"This is my blood of the covenant, wich is poured out for many, (14-24)
"I tell you the truth, I will not drink again of the fruit of the vine until that day, when I drink it anew in the Kingdom of God." (14-25)

(Looking at Disciples)

Simon Peter:  "Ask him which one he means." (Talking to Jesus.)
"Lord, who is it?" (John 13-25)

Jesus:  "It is the one to whom I will give this piece of bread when I have dipped it in the dish."  (13-26)

(We see Jesus "dipping the piece of bread, has gave it to Judas Iscariot, son of Simon. Ibid.  Judas takes the bread and Satan enters near him.)

Jesus:  "What you are about to do, do quickly."  Ibid.

(Satan leads Judas away.)

Jesus:  "You will all fall away, for it is written.  'I will strike the shepherd, and the sheep will be scattered.'  (Mark 14-27)

73

"But after I have risen, I will go ahead of you into Galilee." (14-28)

Peter:  "Even if all fall away, I will not. " (14-29)

Jesus:  "I tell you the truth, today - yes, tonight - before the rooster crows twice you yourself will disown me three times." (14-30)

Peter:  "Even if I have to die with you, i will never disown you." ( And all the others said the same.") (14-31)

Others: Never! Never! We will not disown you.

Scene              At Gethsemane
                   ( mock)

Jesus:  " Sit here while I pray. " (14-32)
"My soul is overwhelmed with sorrow to the point of death." (14-34)
"Stay here and keep watch." Ibid. ( He walks away and
He falls to
(On the ground, praying) 14-35

(Abba) "Father, everything is possible for you.  Take this cup from me.  Yet not what I will, but what you will." (14-36)

(Disciples sleeping)

Jesus:  "Simon, are you asleep?  Could you not keep watch for one hour?" (14-37)
"Watch and pray so that you will not fall into temptation.  The spirit is willing, but the body is weak." (14-38)   (Continue to pray.) /
"Father, everything is possible for you.  Take this cup from me.  Yet not what I will, but what you will." (14-39) (He left and returned )
(Disciples sleeping.) 14-40
"Are you still sleeping and resting?  Enough!  The hour has come, Look, the Son of Man is betrayed into the hands of sinners.! (14-41) /
"Rise!  Let us go!  Here comes my betrayer!" (14-42)

(Judas enters, with a crowd armed with swords and clubs.) 14-43.

Judas:  "The one I kiss!!! is the man;  arrest him and lead him away under guard." (14-44)

74

(Approaching Jesus)

(mark]

Judas:   "Rabbi!"  (Kissed him)   14-45
   "Greetings, Rabbi!" and kissed him [matt 26-49]

Jesus:   "Judas, Friend, do what you come for."  (Matthew 26-50)
"Judas, are you betraying the Son of Man with a kiss?"
  (Luke 22-48)
"Who is it you want?"  (John 18-4)

Crowd:   "Jesus of Nazareth."  (18-5)

Jesus:   "I am he!  Ibid.

(Crowd fell to ground.)   18-6

Jesus:   "Who is it you want?"

Crowd:   "Jesus of Nazareth."  (18-7)

Jesus:   "I told you that I am he, if you are looking for me, then let
these men go."  (18-8)

(Simon Peter, drew the Sword, and struck the high Priest's servant,
cutting off his right ear.)  John 18-10
Jesus: "No more of this!" [Jesus touched the man's ear and healed ]
                                                                              Luk
(Talking to disciples)  Jesus:  "Put your sword back in its place, for all    22-
who drew the sword will die by the sword.   "Peter, put your sword
away!  Shall I not drink the cup the Father has given me?"  "Do you
think I cannot call on my Father, and he will at once put at my
disposal more than twelve legions of angels?  (Matt 26-53)
"But how then would the scriptures be fulfilled that say it must
happen in this way?"  (26-54)
(Talking to crowd)
"Am I leading a rebellion, that you have come out with swords and
clubs to capture me?  Every day I sat in the temple courts teaching,
and you did not arrest me."  (26-55)
"But this has all taken place that the writings of the prophets might
be fulfilled." (Ibid.)  "this is your hour when darkness
reigns." [Luke 22-53]

(Disciples exit. One young man fled naked.) Mark 14-52)

## Jesus's First trial

Scene        (Before the Sanhedrin on trial)
man: We heard him say, I will destroy this man-made temple and in three days will
Chief Priests: "This fellow said, I am able to destroy the temple of build
God and rebuild it in three days. (Mat. 26-61)                              another, not
                                                                            made by man.
                                                                            mark 14-58

High Priest: (Talking to Jesus)  "Are you not going to answer ?  What
is this testimony that these men are bringing against you?" (26-62)

(Jesus remain silent,)  26-53

High Priest:  "I charge you under Oath by the living God: Tell us if
you are the christ, the Son of God. Ibid.
"Are you the Christ the Son of the Blessed One?" (Mark 14-61)

Jesus:  "I am!"  Ibid. 14-62
"Yes, it is as you say, but I say to all of you:  In the future you will
see the Son of man sitting at the right hand of the mighty One and
coming on the clouds of heaven." (Matt. 26-54)
"I have spoken openly to the world, I always taught in synagogues or
at the temple, where all the Jews come together. - I said nothing in
secret. "  (18-20)
"Why question me?  Ask those who heard me.  Surely they know
what I said." (18-21)

(Officials struck Jesus.)

Officials:  "Is this the way you answer the high priest?"  (John 18-22)

Jesus:  "If I said something wrong," "testify as to what is wrong.  But
if I spoke the truth, why did you strike me?" (18-23)
"I am, And you will see the Son of Man sitting at the right hand of
the mighty one and coming on the clouds of heaven."

(Tore Jesus clothes.)      (Mark 14-62)

High Priest:   "Why do we need any more witnesses?  (14-63)
"He has spoken blasphemy!" (Matt 26-65)
"Why do we need any more witnesses?  Look, now you have heard
the blasphemy." Ibid.
"What do you think?" (26-66)

Crowd:  "He is worthy of death."  Ibid.
 (They spit in Jesus face and struck him)
"Prophesy to us, Christ, who hit you?"
(Blind folded.)  "Prophesy!  Who hit you?"  (Luke 22-64)
Let us take him to Pilate.

Scene              TRIAL  (Herod and Pilate)

In the presence of Pilate, charges are made against Jesus.

77

you?" (Matt 27-13)
"Aren't you going to answer? So how many things they are accusing you of." (Mark 15-4)

**Chief Priests and teachers:** "If he were not a criminal we would not have handed him over to you." (John 18-30)

**Pilate:** "Take him yourselves and judge him by your own law." (18-31)

**Chief Priests and teachers:** "But we have no right to execute anyone." Ibid.

Pilate: "Are you the King of the Jews?" 18-33

**Jesus:** "Is that your own idea, or did others talk to you about me?" (John 18-34)

**Pilate:** "Am I a Jew?" "It was your people and your Chief Priests who handed you over to me. What is it you have done?" (18-35)

**Jesus:** "My Kingdom is not of this world. If it were, my servants would fight to prevent my arrest by the Jews. But now my Kingdom is from another place." (18-36)

**Pilate:** "You are a King, then!" (18-37)

**Jesus:** "You are right in saying I am a King. In fact, for this reason I was born, and for this I came into the World for to testify to the truth. Everyone on the side of truth listens to me." Ibid.

**Pilate:** "What is truth?" (18-38) **(Pause)**
"I find no basis for a charge against him." Ibid. But it is your custom or me to release to you one prisoner at the time of the Passover. ⟶

**High Priests and teachers:** "He stirs up the people all over Judea by his teaching. He started in Galilee and has come all the way here." (Luke 23-5)

**Pilate:** "If the man was a Galilean?" Ibid. 23-6
"He's under Herod's jurisdiction. I am sending your King to Herod, in Jerusalem." Ibid. 23-7

78

*Jesus ~~Trial~~*

Scene                        The Trial of Herod

(Jesus is in the presence of Herod and the Jews)

Herod:  I've been waiting to see you;  I heard about your work; your miracles!  What do you have to say for yourself?  Let's see you perform your magic!  He won't talk!  Get him a robe!  Dress the King of the Jews in a Robe!!!

Chief Priests and teachers:  Caesar is our King!  This man is a criminal.  Ibid.  (23-10)

Herod:  Robe him!  And send him back to Pilate.  (23-11)

*Jesus Fourth Trial*

Scene                        The Trial of Pilate

(Jesus is in the presence of Pilate and the Jews)

Pilate:  "You brought me this man as one who was inciting the people to rebellion.  I have examined him in your presence and have found no basis for your charges against him.  (Luke 23-14) "Neither has Herod, for he sent him back to us;  as you can see, he has done nothing to deserve death."  (23-15)  "Therefore, I will punish him and then release him."  (23-16)

High Priest, Teachers, and People:  "Away with this man! Release Barabbas to us!"  (23-18)

Pilate:  "I find no basis for a charge against him." (John 18-38)  "But it is your custom for me to release to you one prisoner at the time of the Passover.  Do you want me to release 'the King of the Jews?"  (John 18-39)

High Priest, Teachers and People:  No, not him!  Give us Barabbas!"  (John  18-40)

79

Scene                    Pilate's  Wife  dreams

(Pilate's  wife  in  a  dream,  has  a  nightmare  about  Jesus)

Pilate's Wife:  "Where is my servant?'  Tell Pilate!  Go and tell my husband, Pilate, "Don't have anything to do with the innocent man, for I have suffered a great deal today in a dream because of him."
(Matthew  27-19)

(We  see  man  whispering  to  Pilate  about  his  wife  dream.)

Chief Priest and teachers:  People, ask for Barabbas;  ask for Barabbas!  Ibid.

Pilate:  "Which of the two do you want me to release to you?"
(Matt  27-21)

Chief Priest, Teachers, and People:  "Barabbas!"  (Repeat)  Ibid.

Pilate:  "What shall I do, then, with Jesus who is called Christ?"
(27-22)

Chief Priest, Teachers, and People:  "Crucify him!"  Crucify him!  Crucify  him!"  (Luke 23-21)

Pilate: "Look, I am bringing him out to you to let you know that I find no basis for a charge against him!" (John 19-4)

(Jesus enters, wearing the crown of thorns and purple robe)  19-5

Pilate: "Here is the man!!!" Ibid.

Chief Priests and Officials: "Crucify ! Crucify! "  19-6

(We see Satan in background appauling) ✓

Pilate: "You take him and crucify him. As for me, I find no basis for a charge against him." Ibid.

Jews: "We have a law, and according to that law he must die, because he claimed to be the Son of God." (John 19-7)

(Pilate talks to Jesus)

Pilate: Jesus, "Where do you come from?" (19-9)
(no response) Ibid.
"Do you refuse to speak to me?" "Don't you realize I have power either to free you or to crucify you?" (19-10)

Jesus: "You would have no power over me if it were not given to you from above. Therefore, the one who handed me over to you is guilty of a greater sin." (19-11)

Jews: "If you let this man go, you are no friend of Caesar. Anyone who claims to be a King opposes Caesar." (19-12)

Pilate: "Here is your King!" (19-14)

Jews: "Take him away? Take him away! Cruify him!" (19-15)

Pilate: "Shall I cruify your King?" Ibid.

Chief Priest: "We have no King but Caesar." Ibid.

(Pilate wash his hands in water) Matt 27-24.

Pilate: "I am innocent of this man's blood, it is your responsibility!" Ibid.

People: "Let his blood be on us and on our children!" (Matt 27-25)

Pilate: Release Barabbas!

(Soldiers leads Jesus away. People (Men and Women follow. Jesus turns and pray) Luke 23-28

(Jesus prays)

81

Jesus: "Dauhters of Jerusalem, do not weep for me; weep for yourselves and for your children." Ibid.
"For the time will come when you will say, "Blessed are the barren women, the wombs that never bore and the breasts that never nursed!" (Luke 23-29)
"Then ...'they will say to the mountains. "Fall on us!" and to the hills, "cover us!" Ibid.
"For if men do these things when the tree is green, what will happen when it is dry?"
(23-31)

Pilate: The cross reads: Jes is of Nazareth, THE KING OF THE JEWS. (John 19-19)

Chief Priests: "Do not write 'The King of The Jews, but that this man claimed to be King of the Jews." (19-21)

Pilate: "What I have written, I have written." (19-22)


Scene                    Judas Hangs Himself


Judas: "I have sinned, for I have betrayed innocent blood." (Matt. 27-4)


Chief Priests and elders: "What is that to us?" "Thats your responsibility." (Judas threw the money into the temple and  alt)

(Picking up the coins) Chief Priests: ' is against the law to put this i to the treasury, since it is blood money." (27-6)


(Judas hangs himself) 27-5

(We see Peter sitting)

(Talking to Peter) Servant Girl: "You also were with Jesus of Galilee." (Matt. 26-69)
"This man was with him." (Luke 23-56)

Peter: "I don't know what you're talking about." (Matt. 26-70)


Second Girl: "This fellow is one of them." (Mark 14-69)


Peter: "Woman, I don't know him." (Luke 22-57)


Man: "Surely you are one of them, for your accent gives you away."
  (Matt 26-73)
"Certainly, this fellow was with him, for he is a Galilean."
  (Luke 22-59)

Peter: "Man I am not!" (Luke 22-58) ".......I don't know what you're talking about!" Ibid.

82

(We hear rooster crow.)

(We see Soldiers sharing his clothes)   John 19-23

Soldier: "Let's not tear it,"  Let's decide by lot who will get it."  (19-2)

(We see Jesus mother and mother's sister, Mary of Wife of Clopas, and Mary Magdalene)

(talking to his mother) Jesus: "Dear woman, here is your son." (19-26)

(talking to Disciples)  "Here is your mother."  (19-27)

(We see two other men, both criminals, also led out with him to be executed)   Luke 23-32

Jesus: "Father, forgive them, for they do not know what they are doing." Ibid. 23-24

People: "He saved others; let him save himself if he is the Christ of God, the chosen one."  Ibid. 23-35

Soldiers: Do you want wine vinegar? (23-37) "If you are the King of the Jews, save yourself." Ibid. 23-37

Criminal no. 1: "Aren't you the Christ?  Save yourself and us!" (23-39)

Criminal no. 2: "Don't you fear God, since you are under the same sentence?" (23-40)
"We are punished justly, for we are getting what our deeds deserve.  But this man has done nothing wrong." (23-41)
"Jesus, remember me when you come into your kingdom." (23-42)

Jesus: "I tell you the truth, today you will be with me in paradise." (Luke 23-43)

Chief Priests, Teachers, elders:  "He saved others, but he can't save himself!  He's the King of Israel!  Let him come down now from the cross, and we will believe in him." (Matt 27-42)
"He trusts in God.  Let God rescue him now if he wants him, for he said, "I am the Son of God."  Ibid. 27-43
Observer: "He saved others, let him save himself if he is
(Jesus crys out in a loud voice) Matt 27-46   the Christ of God, the
Chosen One.
Luke 23-35   83


*Foreign Language*

Jesus: "Eloi, Eloi, loma Sabachthani?" (Which means, "My God, My God, why have you forsaken me?" Ibid.

Crowd: "Listen, "He's calling Elijah!" (Mark 15-35, & Matt 27-47)

Jes : "I am thirsty." (John 19-28)

(Jesus lips are soaked with wine vinegar) John 19-29

*Soldier: "If you are the king of the Jews, save yourself." Luke 23-3*

(After soaking Jesus's lips) Man: "Now leave him alone. Let's see if Elijah comes to take him down." (Mark 15-36)

"Let's see if Elijah comes to save him." (Matt 27-49)

Jesus: "Father, into your hands I commit my spirit." (Luke 23-46)
"It is finished." (John 19-30)

(Jesus screams and gives up the spirit) Mark 15-37

(We see darkness. We hear thunder and the earth shakes.)

Centurion: "Surely this man was the Son of God!" (Mark 15-39)

(We see Soldiers breaking legs of the first and second man; but not the legs of Jesus. Instead, one of them "pierced Jesus side with a spear, bringing a sudden flow of blood and water) John 19-35

Soldier: *Look,* Look, blood and water flows, from this man! Truly, he is the Messiah! *or is the christ*

[ *Jesus gives up the spirit* ]

Scene                          Jesus Resurrection

(Soldiers flee from Jesus, who has risen. An *Two* Angel *are* is talking to Mary Magdalene as she crys at the tomb) John 20-13

Angels: "Woman, why are you crying?" Ibid.

Mary: "They have taken my Lord away, and I don't know where they put him. (John 20-13)

Angels: "Do not be afraid, for I know that you are looking for Jesus; who was crucified." (Matt 28-5) "He is not here; he has risen, just as he said. Come and see the place where he lay." Ibid. 28-6 "Then go quickly and tell his disciples. He has risen from the dead and is going ahead of you into Galilee. There you will see him. Now I have told you." Ibid. 28-7

Pilate:   Is he dead? Where is my centurion?

(Centurion enters)

   Centurion:   Yes, he is dead.

   Pilate:   He died very quickly.   Since you have
      affirmed his death, give the body to his Father
      Joseph.

   (Joseph takes the body of Jesus; wrapped it, and laid Jesus
in a tomb.) Mark 15:44-46

(Jesus enters)

Jesus: "Woman, why are you crying?" Who is it you are looking for?" (John 20-15)

Mary: "Sir, if you have carried him away, tell me where you have put him, and I will get him." Ibid.

Jesus: "Mary" (20-16)

(turning to Jesus)

Mary: "Rabboni!" Ibid.

Jesus: "Do not hold on to me, for I have not yet returned to the Father. "Go instead to my brothers and tell them, 'I am returning to my Father and your Father, to my God and your God." (John 20-17)

(Jesus exit)

(talking to Disciples) Mary: "I have seen the Lord!" (20-18)

(We see Jesus talking to Disciples) *knead, prayed, and broke it and at table "He took the bread it to them." Luke 24-30-34 "The Lord has indeed risen Jesus Lite Disciples" 16.1*

Jesus: "Peace be with you!" (John 20-19)
"Peace be with you ! As the Father has sent me. I am sending you." (20-21)
"Receive the Holy Spirit. If you forgive anyone his sins, they are forgiven; if you do not forgive them, they are not forgiven." (20-23)

*(Thomas enters) (Unless I can see the holes that the nail have made in His hand and... put my finger into the holes they made)*

Scene        (Jews Response to Jesus's death)    *...I refuse to believe.*

*Jesus: (Put your finger here. -- Give me your hand... put it into my side. Do not be unbelieving my more but believe. John 20-24*

Jews: "Woe on our sins, the judgment and the end of Jerusalem is drawn nigh." (Peter 7:25)
"If at his death these exceeding great signs have come to pass, behold how righteous he was!"

(Pilate enters)

Elders: Pilate, "Give us soldiers that we may watch his sepulchre for three days, lest his disciples come and steal him away and the people suppose that he is risen from the dead, and do us harm," (Peter 8: 28-30)
"For it is better for us to make ourselves guilty of the greatest sin before God than to fall into the hands of the people of the Jews and be stoned." Ibid. 11:47-49

(We see Soldiers and Jewish authorities enters. Awakened -- witnessing the rise of Christ. "And ... they saw....) Peter 10:38-39

Soldiers and Jewish Authorities: Pilate! Pilate! He has risen! "In truth he was the Son of God."

Pilate: "I am clean from the blood of the Son of God, upon such a thing have you decided." Ibid. 11-45-46

(Pilate silences the community and the world)

Pilate: What you've witnessed will be of silence. Give the order to all in Judea, and Rome, that the truth shall never be told!

Scene                    Jesus Instructions

Jesus: "Simon, Simon listen! Satan has demanded to sift all of you like wheat, but I have prayed for you that your own faith may not fail; and you, when once you have turned back, strengthen your brothers." (Luke 22-31-32) "Because you have seen me, you have believed, blessed are those who have not seen and yet have believed." (John 20-29)

Lights out.

Scene                    God's victory

(We hear God's voice)

God: Satan! You have been defeated. The power of God has defeated you once again; has defeated death. Jesus has risen, and sits nexts to me in heaven.

(We hear Satan scream)

Satan: No! No! No!

(Muhammed enters)

God: Muhammed! Muhammed! Muhammed! My prophet Muhammed. I'm sending you a message through my angel Gabriel (Jibril)

(Muhammed kneels, while praying)

Muhammed: Allah Arkbar. Allah Arkbar. Allah Arkbar. God is Great. God is most Great!  There is no one greater than God. I testify that there is no god except God. I

86

testify that there is no god except God. Come to Prayer! Come to Prayer. Come to success. in this life and hereafter. Come to success. God is most great. God is most Great. There is no God except God. *[handwritten: → God has no mercy on one who has no mercy for others, "None]*

Satan: No. No. No. No. No. No!

(Lights out) *[handwritten: of you truly believes until he wishes for his brother what he wishes himself." He who eats his fill while his neighbor goes without food is not a believer.]*

(We see the angels bowed all together except for (Iblis, Satan) who refused to be among those bowling) *[handwritten: "The truthful and trusty businessman is associated with the]*

God: IBlis, why are you not among those who bow down on their knees? *[handwritten: Prophets, the saints, and the martyrs."]*
IBlis: I am not going to kneel before a human being that you have made from clay, from molded mud.

God: Get out of here, you are an outcast. My curse will be on you until the Day of Judgment!

IBlis: My Lord, let me wait until the Day of Resurrection.

God: You shall be allowed to wait until the appointed time.

IBlis: My Lord, since you have led me astray I shall make things on the earth attractive to them and lead them astray, except for your sincere servants. I will way lay your servants as they walk on your straight path and spring upon them from the front and from, the rear, from their; then you shall find the greatest part of them ungrateful. I will take my toll of a goodly number of your servants. I will lead them astray, will arouse in them vain desires, will order them to slit the ears of cattle and to deface Allah's (God) creation.

God: Satan, "this will be a straight path to me. You shall have no authority except over those who are perverse and follow you. Hell shall be their promised place."
"If Satan tempts you seek refuge in God. When you recite the Quran, seek refuge in God from accursed Satan. Say, "Lord, I seek refuge in you from the promptings of the devils; I take refuge in you from their presence."

Sources:

1. Holy Bible, New International Version, International Bible Society (NIV) 1973, 1978, 1984.

2. Elaine Pagels, Origin of Satan, Random House, 1995.

*[handwritten: Woodward, Kenneth L,]*
3. Newsweek, "Do We Need Satan?" November 13, 1995.

4. John, The True Light, Contemporary English version 1992.

5. Holy Bible, Placed By the Gideons (Intl) 1976

87

' Powerful is not he who knocks the other down, indeed powerful
is he who controls himself in a fit of anger.'

God does not judge according to your bodies and appearnaces but
he scars your hearts and looks into your deeds.  Inschu g a well
A man walking along a path felt very thirsty.  Inschu g a well
he descended into it, drank hi fill and came up.  Inc he saw a
dog with its tongue hanging out, trying to lick y mud to quench
its thirst.  The man sow that the dog was feeling the same thirst
as he had felt so he went down into the well again and filled his
shoe with water and gae the dog a drink.  God forgave his sins
for this action.

Questioner:  ' Messenger of God, are we rewarded for kindness
towards animals?"

Muhammed:  'There is a reward for kindness to every living
thing.' God is most Great!  There is not other God, except
God.....

GOD'S VIC ORY over SATAN

THE END

6.   John Dominic Crossan, Who Killed Jesus? Harper Collins, 1995.

7.   Sherif, Faruq, A Guide to the Contents of the Quran, Garnet, 1995.

8.   The Holy Koran.

9.   Understanding Islam and the Muslims, The Islamic Affairs Department, The Embassy of Saudi Arabia, Washington, D.C.

10.   The Autobiography of Malcolm X, Alex Haley, p. 107.

11.   The Papers of Dr. Martin Luther King, California Press, 1994.

12.   Time, The Search For Jesus, "The Secret Lives of Jesus Christ, The Mauichaen Christ, Howard Chua -Eoan, April 8, 1996, p. 57.

13.   US News & World Report, In Search of Jesus, Culture & Ideas, Unconventional Wisdom, 1996, p. 52.

14.   Newsweek, Kenneth Woodward, Rethinking the Resurrection, A NEw Debate About the Risen Christ, 1996, pp. 61-70.

15.   M.N. Masud, The Truth About Islam, Foreign Affairs, July/August 1995.



**Jesus Institute**   Helping people of all cultures and spiritual backgrounds learn about the person of Jesus

Home | Site Map
Search

Words Directly From Jesus | Historical Sources Describe Jesus
History and Timeline of Jesus | Modern Interpretation & Application

**Mel Gibson's THE PASSION**   True to the original script?

**Mel Gibson's "The Passion of the Christ"** has prompted many to ask questions about the life, death, and message of Jesus. Here's where you can investigate further at Jesus Institute, an educational resource about the person of Jesus:

- **Execution on Cross and Last Words**; **Timeline of Jesus' Final Week**

- **Brief Life Summary**

- **Words Directly from Jesus**
  Key Messages of Jesus | Other Teachings and Parables | Claims about Himself | Personal Character | Statement of Purpose | Commands to Followers | Promises to Followers | Interactions with Specific People

- **The Original Biographies of Jesus**

- **Jesus Institute Homepage**
  (links to self knowledge test, study guides, common questions, quotes from famous people including Mel Gibson, etc.)

© Copyright 2000-04 Jesus Institute.   www.Jesus-Institute.org

[ Attachment 4 ]

4/9/2004

[Attachment 4]



jameswatkins.com

**live.love.laugh**

articles.books

email.forums.polls

humor

.mp3 music

newspaper column

press room

spiritual resources

write site



Search

my latest book

# the passion of the Christ: original 'scri

**Mel Gibson's film is based on these passages from the four Gospels of <u>The Bible</u> arranged here in chronological order. Cli <u>here</u> for origin of extra-biblical scenes in the film.**

(photo: The Passion of the Christ; Scripture from BibleGateway)

### Judas offers to betray Jesus

Then one of the Twelve—the one called Judas Iscariot—went to the priests and asked, "What are you willing to give me if I hand him ov you?" So they counted out for him thirty silver coins. From then on watched for an opportunity to hand him over (Matthew 26:14-16).

### The disciples prepare for the Last Supper

Then came the day of Unleavened Bread on which the Passover lam to be sacrificed. Jesus sent Peter and John, saying, "Go and make preparations for us to eat the Passover."

"Where do you want us to prepare for it?" they asked.

He replied, "As you enter the city, a man carrying a jar of water will you. Follow him to the house that he enters, and say to the owner c house, 'The Teacher asks: Where is the guest room, where I may e Passover with my disciples?' He will show you a large upper room, a furnished. Make preparations there."

They left and found things just as Jesus had told them. So they pre the Passover (Luke 22:7-13).

### Jesus shares the Last Supper with his disciples

When the hour came, Jesus and his apostles reclined at the table. A said to them, "I have eagerly desired to eat this Passover with you I I suffer. For I tell you, I will not eat it again until it finds fulfillment i kingdom of God" (Luke 22:14-16).

It was just before the Passover Feast. Jesus knew that the time had for him to leave this world and go to the Father. Having loved his ov who were in the world, he now showed them the full extent of his lo

The evening meal was being served, and the devil had already prom Judas Iscariot, son of Simon, to betray Jesus. Jesus knew that the F

The Passion of the Christ: The original script                                    Page 2 of 16

had put all things under his power, and that he had come from God
was returning to God; so he got up from the meal, took off his outer
clothing, and wrapped a towel around his waist. After that, he poured
water into a basin and began to wash his disciples' feet, drying then
the towel that was wrapped around him.

He came to Simon Peter, who said to him, "Lord, are you going to w
my feet?"

Jesus replied, "You do not realize now what I am doing, but later yo
understand."

"No," said Peter, "you shall never wash my feet."

Jesus answered, "Unless I wash you, you have no part with me." "Th
Lord," Simon Peter replied, "not just my feet but my hands and my
as well!"

Jesus answered, "A person who has had a bath needs only to wash
feet; his whole body is clean. And you are clean, though not every c
you." For he knew who was going to betray him, and that was why I
said not every one was clean.

When he had finished washing their feet, he put on his clothes and
returned to his place. "Do you understand what I have done for you
asked them. "You call me 'Teacher' and 'Lord,' and rightly so, for tha
what I am. Now that I, your Lord and Teacher, have washed your fe
you also should wash one another's feet. I have set you an example
you should do as I have done for you. I tell you the truth, no servan
greater than his master, nor is a messenger greater than the one w
sent him. Now that you know these things, you will be blessed if you
them.

"I am not referring to all of you; I know those I have chosen. But th
to fulfill the scripture: 'He who shares my bread has lifted up his hee
against me.'

"I am telling you now before it happens, so that when it does happe
will believe that I am He. I tell you the truth, whoever accepts anyo
send accepts me; and whoever accepts me accepts the one who ser
me." (John 13:1-21)

And while they were eating, he said, "I tell you the truth, one of you
betray me." They were very sad and began to say to him one after t
other, "Surely not I, Lord?"

Jesus replied, "The one who has dipped his hand into the bowl with
will betray me. The Son of Man will go just as it is written about him
woe to that man who betrays the Son of Man! It would be better for
he had not been born" (Matthew 26:21-24).

One of them, the disciple whom Jesus loved, was reclining next to h
Simon Peter motioned to this disciple and said, "Ask him which one
means." Leaning back against Jesus, he asked him, "Lord, who is it?

Jesus answered, "It is the one to whom I will give this piece of bread when I have dipped it in the dish." Then, dipping the piece of bread, gave it to Judas Iscariot, son of Simon (John 13:23-26).

Then Judas, the one who would betray him, said, "Surely not I, Rab Jesus answered, "Yes, it is you" (Matthew 26:25).

As soon as Judas took the bread, Satan entered into him.

"What you are about to do, do quickly," Jesus told him, but no one a meal understood why Jesus said this to him. Since Judas had charge the money, some thought Jesus was telling him to buy what was ne for the Feast, or to give something to the poor. As soon as Judas ha taken the bread, he went out. And it was night.

When he was gone, Jesus said, "Now is the Son of Man glorified and is glorified in him. If God is glorified in him, God will glorify the Son himself, and will glorify him at once.

"My children, I will be with you only a little longer. You will look for ι and just as I told the Jews, so I tell you now: Where I am going, yoι cannot come.

"A new command I give you: Love one another. As I have loved you you must love one another. By this all men will know that you are π disciples, if you love one another."

Simon Peter asked him, "Lord, where are you going?"

Jesus replied, "Where I am going, you cannot follow now, but you w follow later."

Peter asked, "Lord, why can't I follow you now? I will lay down my li you."

Then Jesus answered, "Will you really lay down your life for me? I te the truth, before the rooster crows, you will disown me three times! 13:27-38).

After taking the cup, he gave thanks and said, "Take this and divide among you. For I tell you I will not drink again of the fruit of the vin the kingdom of God comes."

And he took bread, gave thanks and broke it, and gave it to them, s "This is my body given for you; do this in remembrance of me."

In the same way, after the supper he took the cup, saying, "This cu the new covenant in my blood, which is poured out for you (Luke 22 20).

Then Jesus asked them, "When I sent you without purse, bag or san did you lack anything?" "Nothing," they answered.

He said to them, "But now if you have a purse, take it, and also a b;
and if you don't have a sword, sell your cloak and buy one. It is writ
'And he was numbered with the transgressors' ; and I tell you that t
must be fulfilled in me. Yes, what is written about me is reaching its
fulfillment."

The disciples said, "See, Lord, here are two swords." "That is enoug
replied (Luke 22:35-38).

**Jesus' final message to his disciples and future followers**

(Found in John 14-17.)

**Jesus prays for his coming suffering.**

When they had sung a hymn, they went out to the Mount of Olives.

They went to a place called Gethsemane, and Jesus said, "Sit here v
pray." He took Peter, James and John along with him, and he began
deeply distressed and troubled.

"My soul is overwhelmed with sorrow to the point of death," he said
them. "Stay here and keep watch."

Going a little farther, he fell to the ground and prayed that if possibl
hour might pass from him. "*Abba*, Father," he said, "everything is p;
for you. Take this cup from me. Yet not what I will, but what you
will" (Mark 14:26, 33-36).

An angel from heaven appeared to him and strengthened him. And
in anguish, he prayed more earnestly, and his sweat was like drops
blood falling to the ground. When he rose from prayer and went bac
the disciples, he found them asleep, exhausted from sorrow.

"Why are you sleeping?" he asked them. "Get up and pray so that y
not fall into temptation" (Luke 22:43-46)

"Watch and pray so that you will not fall into temptation. The spirit i
willing, but the body is weak."

He went away a second time and prayed, "My Father, if it is not pos
for this cup to be taken away unless I drink it, may your will be don

When he came back, he again found them sleeping, because their e
were heavy. So he left them and went away once more and prayed
third time, saying the same thing.

Then he returned to the disciples and said to them, "Are you still sle
and resting? Look, the hour is near, and the Son of Man is betrayed
the hands of sinners. Rise, let us go! Here comes my betrayer!"

**Jesus is arrested**

Now Judas, who betrayed him, knew the place, because Jesus had c
met there with his disciples.

So Judas came to the grove, guiding a detachment of soldiers and s
officials from the chief priests and Pharisees. They were carrying tor
lanterns and weapons.

Jesus, knowing all that was going to happen to him, went out and a:
them, "Who is it you want?"

"Jesus of Nazareth," they replied.

"I am he," Jesus said. (And Judas the traitor was standing there wit
them.) When Jesus said, "I am he," they drew back and fell to the
ground.

Again he asked them, "Who is it you want?"

And they said, "Jesus of Nazareth."

"I told you that I am he," Jesus answered. "If you are looking for m
then let these men go." This happened so that the words he had spo
would be fulfilled: "I have not lost one of those you gave me" (John
9).

Now the betrayer had arranged a signal with them: "The one I kiss
man; arrest him and lead him away under guard." Mark 14:45 Goin
once to Jesus, Judas said, "Rabbi!" and kissed him (Mark 14:44-45)

Jesus asked him, "Judas, are you betraying the Son of Man with a
kiss?" (Luke 22:48).

"Friend, do what you came for."

Then the men stepped forward, seized Jesus and arrested him. With
one of Jesus' companions reached for his sword, drew it out and stri
the servant of the high priest, cutting off his ear.

"Put your sword back in its place," Jesus said to him, "for all who dr
sword will die by the sword. Do you think I cannot call on my Father
he will at once put at my disposal more than twelve legions of angel
how then would the Scriptures be fulfilled that say it must happen ir
way?" (Matthew 26:50-54)

"Am I leading a rebellion," said Jesus, "that you have come out with
swords and clubs to capture me? Every day I was with you, teachin
the temple courts, and you did not arrest me. But the Scriptures mu
fulfilled."

Then everyone deserted him and fled. A young man, wearing nothin
a linen garment, was following Jesus. When they seized him, he flec
naked, leaving his garment behind (Mark 14:48-52).

**Jesus brought before Annas, the ex-high priest**

Then the detachment of soldiers with its commander and the Jewish officials arrested Jesus. They bound him and brought him first to An who was the father-in-law of Caiaphas, the high priest that year. Ca was the one who had advised the Jews that it would be good if one died for the people.

The high priest questioned Jesus about his disciples and his teachin

"I have spoken openly to the world," Jesus replied. "I always taught synagogues or at the temple, where all the Jews come together. I s nothing in secret. Why question me? Ask those who heard me. Sure they know what I said."

When Jesus said this, one of the officials nearby struck him in the fa "Is this the way you answer the high priest?" he demanded.

"If I said something wrong," Jesus replied, "testify as to what is wro But if I spoke the truth, why did you strike me?" (John 18:12-14, 1

**Jesus tried and condemned by Caiaphas**

They took Jesus to the high priest, and all the chief priests, elders a teachers of the law came together.

The chief priests and the whole Sanhedrin were looking for evidence against Jesus so that they could put him to death, but they did not any. Many testified falsely against him, but their statements did not agree.

Then some stood up and gave this false testimony against him: "We heard him say, 'I will destroy this man-made temple and in three da build another, not made by man.'" Yet even then their testimony dic agree.

Then the high priest stood up before them and asked Jesus, "Are yo going to answer? What is this testimony that these men are bringin against you?" Jesus remained silent and gave no answer.

Again the high priest asked him, "Are you the Christ, the Son of the Blessed One?" (Mark 14:53, 55-61)

"Yes, it is as you say," Jesus replied. "But I say to all of you: In the you will see the Son of Man sitting at the right hand of the Mighty O and coming on the clouds of heaven."

Then the high priest tore his clothes and said, "He has spoken blasp Why do we need any more witnesses? Look, now you have heard th blasphemy. What do you think?"

"He is worthy of death," they answered.

Then they spit in his face and struck him with their fists. Others slap him and said, "Prophesy to us, Christ. Who hit you?" (Matthew 26:6

## Peter denies Jesus three times

Simon Peter and another disciple were following Jesus. Because this disciple was known to the high priest, he went with Jesus into the hi priest's courtyard, but Peter had to wait outside at the door. The oth disciple, who was known to the high priest, came back, spoke to the on duty there and brought Peter in.

"You are not one of his disciples, are you?" the girl at the door aske Peter.

He replied, "I am not."

It was cold, and the servants and officials stood around a fire they h made to keep warm. Peter also was standing with them, warming hi

As Simon Peter stood warming himself, he was asked, "You are not his disciples, are you?" He denied it, saying, "I am not."

One of the high priest's servants, a relative of the man whose ear P had cut off, challenged him, "Didn't I see you with him in the olive grove?" Again Peter denied it, and at that moment a rooster began crow (John 18:15-18, 25-26).

The Lord turned and looked straight at Peter. Then Peter remember word the Lord had spoken to him: "Before the rooster crows today, will disown me three times." And he went outside and wept bitterly 22:61-62).

## Jesus condemned by the temple council

At daybreak the council of the elders of the people, both the chief pi and teachers of the law, met together, and Jesus was led before the Luke 22:67 "If you are the Christ, " they said, "tell us."

Jesus answered, "If I tell you, you will not believe me, and if I aske you would not answer. But from now on, the Son of Man will be sea the right hand of the mighty God."

They all asked, "Are you then the Son of God?"

He replied, "You are right in saying I am."

Then they said, "Why do we need any more testimony? We have he from his own lips."

Then the whole assembly rose and led him off to Pilate (Luke 22:66 23:1).

## Judas returns silver and kills himself

When Judas, who had betrayed him, saw that Jesus was condemned was seized with remorse and returned the thirty silver coins to the c priests and the elders. "I have sinned," he said, "for I have betrayed innocent blood."

"What is that to us?" they replied. "That's your responsibility."

So Judas threw the money into the temple and left. Then he went a and hanged himself.

The chief priests picked up the coins and said, "It is against the law this into the treasury, since it is blood money." So they decided to u money to buy the potter's field as a burial place for foreigners. That why it has been called the Field of Blood to this day. Then what was spoken by Jeremiah the prophet was fulfilled: "They took the thirty coins, the price set on him by the people of Israel, and they used th buy the potter's field, as the Lord commanded me" (Matthew 27:3-

**Jesus appears before Pilate**

Then the Jews led Jesus from Caiaphas to the palace of the Roman governor. By now it was early morning, and to avoid ceremonial uncleanness the Jews did not enter the palace; they wanted to be a eat the Passover. So Pilate came out to them and asked, "What cha are you bringing against this man?"

"If he were not a criminal," they replied, "we would not have hande over to you."

Pilate said, "Take him yourselves and judge him by your own law."

"But we have no right to execute anyone," the Jews objected. This happened so that the words Jesus had spoken indicating the kind of he was going to die would be fulfilled.

Pilate then went back inside the palace, summoned Jesus and asked "Are you the king of the Jews?"

"Is that your own idea," Jesus asked, "or did others talk to you abou me?"

"Am I a Jew?" Pilate replied. "It was your people and your chief prie who handed you over to me. What is it you have done?"

Jesus said, "My kingdom is not of this world. If it were, my servants fight to prevent my arrest by the Jews. But now my kingdom is from another place."

"You are a king, then!" said Pilate.

Jesus answered, "You are right in saying I am a king. In fact, for thi reason I was born, and for this I came into the world, to testify to tl truth. Everyone on the side of truth listens to me."

Case 1:05-cv-01462-GK   Document 1   Filed 07/25/2005   Page 118 of 150
The Passion of the Christ: The original script
Page 9 of 16

"What is truth?" Pilate asked. With this he went out again to the Jew
said, "I find no basis for a charge against him (John 18:28-38).

When he was accused by the chief priests and the elders, he gave n
answer. Then Pilate asked him, "Don't you hear the testimony they
bringing against you?" But Jesus made no reply, not even to a singl
charge--to the great amazement of the governor (Matthew 27:12-1

But they insisted, "He stirs up the people all over Judea by his teach
He started in Galilee and has come all the way here" (Luke 23:5).

## Jesus appears before Herod

On hearing this, Pilate asked if the man was a Galilean. When he lea
that Jesus was under Herod's jurisdiction, he sent him to Herod, wh
also in Jerusalem at that time.

When Herod saw Jesus, he was greatly pleased, because for a long
he had been wanting to see him. From what he had heard about him
hoped to see him perform some miracle. He plied him with many
questions, but Jesus gave him no answer. The chief priests and the
teachers of the law were standing there, vehemently accusing him.
Herod and his soldiers ridiculed and mocked him. Dressing him in ar
elegant robe, they sent him back to Pilate. Luke 23:12 That day Her
and Pilate became friends--before this they had been enemies (Luke
23:6-12)

## Jesus appears before Pilate a second time

Now it was the custom at the Feast to release a prisoner whom the
requested. A man called Barabbas was in prison with the insurrectio
who had committed murder in the uprising. The crowd came up and
Pilate to do for them what he usually did (Mark 15:6-8).

Pilate called together the chief priests, the rulers and the people, an
to them, "You brought me this man as one who was inciting the peo
rebellion. I have examined him in your presence and have found no
for your charges against him. Neither has Herod, for he sent him ba
us; as you can see, he has done nothing to deserve death (Luke 23
15).

So when the crowd had gathered, Pilate asked them, "Which one do
want me to release to you: Barabbas, or Jesus who is called
Christ?" (Matthew 27:17).

For he knew it was out of envy that they had handed Jesus over to
While Pilate was sitting on the judge's seat, his wife sent him this
message: "Don't have anything to do with that innocent man, for I l
suffered a great deal today in a dream because of him."

But the chief priests and the elders persuaded the crowd to ask for
Barabbas and to have Jesus executed.

"Which of the two do you want me to release to you?" asked the

governor. "Barabbas," they answered (Matthew 27:18-21).

With one voice they cried out, "Away with this man! Release Barabb
us!" (Barabbas had been thrown into prison for an insurrection in th
and for murder.) (Luke 23:18-19)

Then Pilate took Jesus and had him flogged. The soldiers twisted toç
a crown of thorns and put it on his head. They clothed him in a purp
robe and went up to him again and again, saying, "Hail, king of the
And they struck him in the face.

Once more Pilate came out and said to the Jews, "Look, I am bringii
out to you to let you know that I find no basis for a charge against I

When Jesus came out wearing the crown of thorns and the purple rc
Pilate said to them, "Here is the man!"

As soon as the chief priests and their officials saw him, they shoutec
"Crucify! Crucify!"

But Pilate answered, "You take him and crucify him. As for me, I fin
basis for a charge against him."

The Jews insisted, "We have a law, and according to that law he mu
because he claimed to be the Son of God."

When Pilate heard this, he was even more afraid, and he went back
the palace. "Where do you come from?" he asked Jesus, but Jesus ç
him no answer. "Do you refuse to speak to me?" Pilate said. "Don't
realize I have power either to free you or to crucify you?"

Jesus answered, "You would have no power over me if it were not g
to you from above. Therefore the one who handed me over to you i:
guilty of a greater sin."

From then on, Pilate tried to set Jesus free, but the Jews kept shout
"If you let this man go, you are no friend of Caesar. Anyone who cla
be a king opposes Caesar."

When Pilate heard this, he brought Jesus out and sat down on the ju
seat at a place known as the Stone Pavement (which in Aramaic is
Gabbatha).

It was the day of Preparation of Passover Week, about the sixth hou

"Here is your king," Pilate said to the Jews.

But they shouted, "Take him away! Take him away! Crucify him!"

"Shall I crucify your king?" Pilate asked.

"We have no king but Caesar," the chief priests answered (John 19:

The Passion of the Christ: The original script

When Pilate saw that he was getting nowhere, but that instead an u
was starting, he took water and washed his hands in front of the cro
am innocent of this man's blood," he said. "It is your responsibility!"

All the people answered, "Let his blood be on us and on our
children!" (Matthew 27:24-25).

So Pilate decided to grant their demand. He released the man who h
been thrown into prison for insurrection and murder, the one they a
for, and surrendered Jesus to their will (Luke 23:24).

Then the governor's soldiers took Jesus into the Praetorium and gat
the whole company of soldiers around him. They stripped him and p
scarlet robe on him, and then twisted together a crown of thorns an
it on his head. They put a staff in his right hand and knelt in front of
and mocked him. "Hail, king of the Jews!" they said. They spit on hi
and took the staff and struck him on the head again and again. Afte
had mocked him, they took off the robe and put his own clothes on
Then they led him away to crucify him (Matthew 27:27-31).

## Jesus is crucified

As they led him away, they seized Simon from Cyrene, who was on
way in from the country, and put the cross on him and made him ca
behind Jesus. A large number of people followed him, including won
who mourned and wailed for him. Jesus turned and said to them,
"Daughters of Jerusalem, do not weep for me; weep for yourselves
for your children. For the time will come when you will say, 'Blessed
the barren women, the wombs that never bore and the breasts that
nursed!' Then
"'they will say to the mountains, "Fall on us!"
and to the hills, "Cover us!"'
For if men do these things when the tree is green, what will happen
it is dry?"

Two other men, both criminals, were also led out with him to be
executed. When they came to the place called the Skull, there they
crucified him, along with the criminals--one on his right, the other o
left. Jesus said, "Father, forgive them, for they do not know what th
doing" (Luke 23:26-34).

When the soldiers crucified Jesus, they took his clothes, dividing the
into four shares, one for each of them, with the undergarment rema
This garment was seamless, woven in one piece from top to bottom

"Let's not tear it," they said to one another. "Let's decide by lot who
get it." This happened that the scripture might be fulfilled which said

"They divided my garments among them and cast lots for my clothil
So this is what the soldiers did (John 19:23-24).

Pilate had a notice prepared and fastened to the cross. It read: JESI
NAZARETH, THE KING OF THE JEWS. Many of the Jews read this sig
the place where Jesus was crucified was near the city, and the sign

written in Aramaic, Latin and Greek. The chief priests of the Jews protested to Pilate, "Do not write 'The King of the Jews,' but that thi claimed to be king of the Jews."

Pilate answered, "What I have written, I have written" (John 19:19-

[155] Mat 27:39 Those who passed by hurled insults at him, shakin heads Mat 27:40 and saying, "You who are going to destroy the ter and build it in three days, save yourself! Come down from the cross you are the Son of God!" Mat 27:41 In the same way the chief pries teachers of the law and the elders mocked him. Mat 27:42 "He save others," they said, "but he can't save himself! He's the King of Israe him come down now from the cross, and we will believe in him. Mat He trusts in God. Let God rescue him now if he wants him, for he sa am the Son of God'" (Matthew 27:39-42).

One of the criminals who hung there hurled insults at him: "Aren't y Christ? Save yourself and us!"

But the other criminal rebuked him. "Don't you fear God," he said, " you are under the same sentence? We are punished justly, for we a getting what our deeds deserve. But this man has done nothing wro

Then he said, "Jesus, remember me when you come into your kingd

Jesus answered him, "I tell you the truth, today you will be with me paradise" (Luke 23:39-43).

Near the cross of Jesus stood his mother, his mother's sister, Mary l wife of Clopas, and Mary Magdalene. When Jesus saw his mother th and the disciple whom he loved standing nearby, he said to his motl "Dear woman, here is your son," and to the disciple, "Here is your mother." From that time on, this disciple took her into his home (Jol 19:25-27).

At the sixth hour darkness came over the whole land until the ninth And at the ninth hour Jesus cried out in a loud voice, "Eloi, Eloi, lam sabachthani?"—which means, "My God, my God, why have you fors me?"

When some of those standing near heard this, they said, "Listen, he calling Elijah" (Mark 15:33-35).

Later, knowing that all was now completed, and so that the Scriptur would be fulfilled, Jesus said, "I am thirsty." A jar of wine vinegar w there, so they soaked a sponge in it, put the sponge on a stalk of th hyssop plant, and lifted it to Jesus' lips. When he had received the d Jesus said, "It is finished." With that, he bowed his head and gave u spirit (Luke 19:28-30).

Jesus called out with a loud voice, "Father, into your hands I commi spirit." When he had said this, he breathed his last (Luke 23:46).

At that moment the curtain of the temple was torn in two from top t

The Passion of the Christ: The original script

bottom. The earth shook and the rocks split. The tombs broke open
the bodies of many holy people who had died were raised to life. Th
came out of the tombs, and after Jesus' resurrection they went into
holy city and appeared to many people.

When the centurion and those with him who were guarding Jesus sa
earthquake and all that had happened, they were terrified, and excl
"Surely he was the Son of God!"

Many women were there, watching from a distance. They had follow
Jesus from Galilee to care for his needs. Among them were Mary
Magdalene, Mary the mother of James and Joses, and the mother of
Zebedee's sons (Matthew 27:51-56).

Now it was the day of Preparation, and the next day was to be a spe
Sabbath. Because the Jews did not want the bodies left on the cross
during the Sabbath, they asked Pilate to have the legs broken and t
bodies taken down. The soldiers therefore came and broke the legs
first man who had been crucified with Jesus, and then those of the c
But when they came to Jesus and found that he was already dead, t
did not break his legs. Instead, one of the soldiers pierced Jesus' sic
a spear, bringing a sudden flow of blood and water. The man who si
has given testimony, and his testimony is true. He knows that he te
truth, and he testifies so that you also may believe. These things
happened so that the scripture would be fulfilled: "Not one of his bo
will be broken" (John 19:31-36).

It was Preparation Day (that is, the day before the Sabbath). So as
evening approached, Joseph of Arimathea, a prominent member of t
Council, who was himself waiting for the kingdom of God, went bold
Pilate and asked for Jesus' body. Pilate was surprised to hear that h
already dead. Summoning the centurion, he asked him if Jesus had
already died. When he learned from the centurion that it was so, he
the body to Joseph (Mark 15:42-45).

**Jesus is buried**

He was accompanied by Nicodemus, the man who earlier had visited
Jesus at night. Nicodemus brought a mixture of myrrh and aloes, ab
seventy-five pounds. Taking Jesus' body, the two of them wrapped i
with the spices, in strips of linen. This was in accordance with Jewisi
burial customs. At the place where Jesus was crucified, there was a
garden, and in the garden a new tomb, in which no one had ever be
laid. Because it was the Jewish day of Preparation and since the ton
nearby, they laid Jesus there (John 19:39-42).

The women who had come with Jesus from Galilee followed Joseph i
saw the tomb and how his body was laid in it. Then they went home
prepared spices and perfumes. But they rested on the Sabbath in
obedience to the commandment (Luke 23:55-56).

The next day, the one after Preparation Day, the chief priests and th
Pharisees went to Pilate. "Sir," they said, "we remember that while I
was still alive that deceiver said, 'After three days I will rise again.' :

give the order for the tomb to be made secure until the third day.
Otherwise, his disciples may come and steal the body and tell the p
that he has been raised from the dead. This last deception will be w
than the first."

Mat 27:65 "Take a guard," Pilate answered. "Go, make the tomb as
secure as you know how." So they went and made the tomb secure
putting a seal on the stone and posting the guard (Matthew 27:62-6

### Jesus rises from the dead and appears to his disciples

After the Sabbath, at dawn on the first day of the week, Mary Magd
and the other Mary went to look at the tomb.

There was a violent earthquake, for an angel of the Lord came dowr
heaven and, going to the tomb, rolled back the stone and sat on it.
appearance was like lightning, and his clothes were white as snow.
guards were so afraid of him that they shook and became like dead
(Matthew 28:1-4).

Very early on the first day of the week, just after sunrise, they were
their way to the tomb and they asked each other, "Who will roll the
away from the entrance of the tomb?"

But when they looked up, they saw that the stone, which was very l
had been rolled away. As they entered the tomb, they saw a young
dressed in a white robe sitting on the right side, and they were alarr

"Don't be alarmed," he said. "You are looking for Jesus the Nazaren
was crucified. He has risen! He is not here. See the place where the
him. But go, tell his disciples and Peter, 'He is going ahead of you in
Galilee. There you will see him, just as he told you.'"

Mark 16:8 Trembling and bewildered, the women went out and fled
the tomb. They said nothing to anyone, because they were afraid (N
6:2-8).

So she came running to Simon Peter and the other disciple, the one
loved, and said, "They have taken the Lord out of the tomb, and we
know where they have put him!"

So Peter and the other disciple started for the tomb. Both were runr
but the other disciple outran Peter and reached the tomb first. He b
over and looked in at the strips of linen lying there but did not go in
Simon Peter, who was behind him, arrived and went into the tomb.
saw the strips of linen lying there, as well as the burial cloth that ha
been around Jesus' head. The cloth was folded up by itself, separate
the linen. Finally the other disciple, who had reached the tomb first,
went inside. He saw and believed. (They still did not understand fror
Scripture that Jesus had to rise from the dead.)

Then the disciples went back to their homes, but Mary stood outside
tomb crying. As she wept, she bent over to look into the tomb and s
two angels in white, seated where Jesus' body had been, one at the

The Passion of the Christ: The original script

and the other at the foot.

They asked her, "Woman, why are you crying?"

"They have taken my Lord away," she said, "and I don't know where
have put him." At this, she turned around and saw Jesus standing t
but she did not realize that it was Jesus.

"Woman," he said, "why are you crying? Who is it you are looking fc
Thinking he was the gardener, she said, "Sir, if you have carried hin
away, tell me where you have put him, and I will get him."

Jesus said to her, "Mary."

She turned toward him and cried out in Aramaic, "Rabboni!" (which
means Teacher).

Jesus said, "Do not hold on to me, for I have not yet returned to the
Father. Go instead to my brothers and tell them, 'I am returning to
Father and your Father, to my God and your God.'"

Mary Magdalene went to the disciples with the news: "I have seen t
Lord!" And she told them that he had said these things to her (John
18).

Suddenly Jesus met them. "Greetings," he said. They came to him,
clasped his feet and worshiped him (Matthew 28:9).

### Related sites
• Review: the polarizing passion of the Christ
• The passion—and the controversy—of the Christ
• Top ten signs the star of "Lethal Weapon" directed "The Passion of
Christ"
• What's your 'passion' concerning Mel Gibson's film on Christ?
• How you can personally know Christ's passion
• Catholic.net, Gospelcom.net, Hollywood Jesus, and Youth Specialti
have excellent coverage of the controversial film

---



**But wait, there's more . . .**

I trust these articles, book excerpts, and music will
truly help you to live, love, and laugh.

Email me and let me know your thoughts on this
site.

And, if you enjoyed your visit, please save it as
bookmark or favorites and come back for new
stuff each week. Link it from your site. Then tell all your family, frie
and email pals know about it! Thanks!

"Dear friend, I pray that you may enjoy good health and that all ma
well with you, even as your soul is getting along well" (3 John 2).



### SPAM of the Month Club

Join the SPAM of the Month Club for my best (?) newspaper column that month, plus free of charge, access to the exclusive SPAM of the Month site featuring my favorite (and obscure) reference sites.

To subscribe simply send an email without subject line or message t SPAM-subscribe@jameswatkins.com.

### Be a *Pal* and help *Pay* expenses

If you'd like to help with the expenses of this site you can contribute securely using any major credit card with PayPal:



### Fine print

© James Watkins. All text and graphics on my sites, unless otherwise noted, are copyrighted © in my name, James N. Watkins, and are protected by United States copyright law and international copyright law under the Berne Convention.

**Permission to reprint text and graphics:** Non-profit organization make up to 500 (five hundred) copies of any article on this site prov the following credit line is included on each copy:

> © copyright [year] James N. Watkins
> Reprinted with permission from www.jameswatkins.com

For any commercial use, written permission must be obtained and fi agreed upon by email.

**Warning:** Reader assumes full responsibility for the proper and prescribed use of this site. For external use only. Discontinue if rash redness, irritation, or swelling develops. If swallowed, do not induce vomiting. Side-effects may include drowsiness or mild to severe agit Do not read while operating heavy machinery. Keep away from oper flame. Do not store above 475 degrees. Do not use near or place in water. Views expressed are those of the author and do not necessar represent those of XarisCom.com, GospelCom.net, any other persor the name James Watkins, or any other person real or fictitious, livin dead. Void where prohibited.

**This site is brought to you by XarisCom.com and hosted by . .**

Gospelcom.net

a l l i a n c e   m e m b e r

[Attachment 5]

Gimmacks used in "PASSION OF CHRIST" film:

- As a gimmick to hide the copying of God v. Satan, defendants sensationalized the murder of Jesus for commercial and massive profits.
- Gimmicks used to conceal copying has been used before by the Hollywood studios.

Dialogue between the film PASSION OF CHRIST and GOD v. SATAN:

- **PASSION OF CHRIST**
"What are you willing to give me if I hand him over to you?"

- **GOD vs. SATAN**
"What are you willing to give me if I hand him over to you?'

- **PASSION OF CHRIST**
"Lord, are you going to wash my feet?"

- **GOD vs. SATAN**
"Lord, are you going to wash my feet."

- **PASSION OF CHRIST**
"You do not realize now what I am doing, but later you understand."

- **GOD vs. SATAN**
" You do not realize now what I am doing, but later you will understand."

- **PASSION OF CHRIST**
"Unless I wash you, you have no part with me." "Then, Lord, not just my feet but my hands and my head as well."

- **GOD vs. SATAN**
"Unless I wash you, you have no part with me."  "Then, Lord, not just my feet but my hands and my head as well."

There are more !

4

Passion of Christ

"with what can we compare the kingdom of God, or what parable will we use for it? It is a mustard seed, which, when sown upon the ground, is the smallest of all the seeds on earth; yet when it is sown it grows up and becomes the greatest of all shrubs; and put large branches, so that the birds of the air can make nests in its shade."

God v. Satan

The Kingdom of heaven is like to a grain of mustard seed, which a man took, and sowed in his field: which indeed is the least of all seeds: but when it is grown, it is the greatest among herbs, and becometh a tree, so that the birds of the air come and lodge in the branches thereof. P. 58

Passion of Christ

"The Kingdom of heaven is like yeast that a woman took and mixed into a large flour until it worked all through the dough."

God v. Satan

"The Kindom of heaven is like unto heaven, which a woman took, and hid in three measures of meal, till the whole was leavened."

Passion of Christ

"When the kingdom of heaven will be like this ten bridesmaids took their lamp and went for to meet the bridgegroom. Lord, Lord, open to us."
Jesus stated, "Truly I tell you, I do not know you. 'Keep awake therefore, for you I know neither the day nor the hour."

God v. Satan

"Then shall the Kingdom of heaven be likened unto ten virgins, which took their lamps, and went forth to meet the bridegroom...
Virgins: Lord, Lord, open to us.
Jesus: Verily I say unto you, I know you not. Watch therefore, for ye know netither the day nor the hour wherein the son of man cometh.

PASSION OF CHRIST

"Again, the Kingdom of heaven is like a net that was thrown into the sea and caught _____
every king; when it was full, they drew it ashore, sat down, and put the good into basket
threw out the bad. So it will be at the end of the age. The angels will come out and see
the evil from the righteous and throw them into the furnace of fire, where there will be
weeping and gnashing of teeth.

GOD V. SATAN

"Again, the Kingdom of heaven is like unto a net, that was cast into the sea and
gathered of every kind: which, when it was full, they drew to shore and sat down, and
gathered the good into vessels, but cast the bad away. So shall it be at the end of the
world: the angels shall come forth, and sever the wicked from among the just, and shall
cast them into the furnace of fire there shall be wailing and gnashing of teeth..." p. 59

## PASSION OF CHRIST

"A person who has had a both needs only to his feet; his whole body is clean. And you are clean, though not every one of you. Do you understand what I have done for you?" "You call me Teacher and Lord, and rightly so, for that is what I am. (13-13) Now, that I, your Lord and Teacher, have washed your feet, you also should wash one another's feet. (13-14) I have set you an example that you should do as I have done for you. (13-15) I tell you the truth, no servant is greater than his master, nor is a messenger greater than the one who sent him. (13-16) Now that you know these things, you will be blessed if you do them. (13-17).

## GOD V. SATAN

"A Person who has had a both needs only to wash his feet. His whole body is clean. And you are clean, though not everyone of you." Do you understand what I have done for you? "You call me Teacher and Lord, and rightly so, for that is what I am. Now that, I, your Lord and Teacher, have washed your feet, you also should wash one another's feet. I have set you an example that you should do as I have done for you. I tell you the truth, no servant is greater than his master, nor is a messenger greater than the one who sent him. Now that you know these things, you will be blessed if you do them." P.72

## PASSION OF CHRIST

"I tell you the truth, one of you will betray me."

## GOD V. SATAN

" I tell you the truth, one of you will betray me —one who is eating with me."

2

PASSION OF CHRIST

"The one who has dipped his hand into the bowl with will betray me. The son of man....

GOD V. SATAN

"I tell you the truth, one of you will betray me one who is eating with me." P. 73

PASSION OF CHRIST

"Ask him which one means. Lord, Who, is it?

GOD V. SATAN

"Ask him which one he means, "Lord, who is it?" p.73

PASSION OF CHRIST

"It is the one to whom I will give this piece of bread when I have dipped it in the dish.

GOD V. SATAN

"It is the one to whom I will give this piece of bread when I have dipped it in the dish." P.73

PASSION OF CHRIST

"Lord, are you going to wash my feet?

GOD V. SATAN

"Lord, are you going to wash my feet." P. 72

PASSION OF CHRIST

"You do not realize now what I am doing, but later you will understand."

GOD V. SATAN

"You do not realize now what I am doing, but later you will understand." P. 72

4

PASSION OF CHRIST

"Unless I wash you, you have no part with me."

GOD V. SATAN

" Unless I wash you, you have no part with me." P. 72

PASSION OF CHRIST

"Then Lord, not just my feet but my hands and my head as well." P. 72

GOD V. SATAN

"Then Lord, not just my feet but my hands and my head as well." P72

5

### Passion of Christ

"If the man was a Galilean? Jesus was under Herod's juridiction; he sent him to Herod who was also in Jerusalem at the time."

### God v. Satan

"If the man was a Galilean? He's under Herod's jurisidiction. I am sending your King to Herod in Jerusalum." P.78

### Passion of Christ

When Herod saw Jesus, he was greatly pleased, because for a long time he had been wanting to see him. From what he had heard about him he hoped to see him perform some miracle. Herod questioned and mocked Jesus dressed him in a robe — send him back to Pilate.

### God v. Satan

I've been waiting to see you. I hear about your work; your miracles. What do you have to say for yourself? Let's see your perform your magic! He want talk! Get him a robe!    Dress the King of the Jews in a Robe!    Robe him and send him back to Pilate.

### Passion of Christ

" You brought me this man as one who was enciting the people rebellion. I have examined him in your presence and have found no basis for your changes against him. Neither has Herod, for he sent him back to us; as you can see, he has done nothing to deserve death."

### God v. Satan

"You brought me this man as one who was enciting the people rebellion. I have examined him in your presence and have found no basis for your changes against him. Neither has Herod, for he sent him back to us; as you can see, he has done nothing to deserve death."p.79

Passion of Christ

"They spit in his face and struck him with their fist. Prophesy to us, Christ. Who hit you?"

God v. Satan

"They spit in Jesus face and struck him. Prophesy! Who hit you? P. 77

Passion of Christ

"You are not one of his disciples, are you? I am not"

God v. Satan

"Surely you are one of them for your accent gives you away certainly this fellow was with him, for he is a Galileen. Man I am not…" p.82

Passion of Christ

"High Priest tore his clothes He has spoken blasphemy why do we need any more witnesses? Look, now you have heard the blasphemy what do you think?"

God v. Satan

" Tore Jesus clothes, why do we need any more witnesses? He has spoken blasphemy! Why do we need any more witnesses? Look, now you have heard the blasphemy what do you think? P.77

Passion of Christ

"He is worthy of death."

God v. Satan

"He is worthy of death." P.77

*God vs. Satan (Play) 1995-96*

*Versus*

*The Passion of Christ (Film)  2004*

*Copyright Infringement (101)*

*The Play God vs. Satan is a theoretical analysis on religious events based on the bible.*

*It begins by describing the struggle between God and Satan.*

*"God continues to demonstrate his power over Satan, however, Satan refuse to be defeated, knowing that he has limited power and time.*
*Thus he (Satan) continues to roam the earth challenging God."*

*God vs. Satan is basically about Satan's struggle against the power of God." See attachment page Introduction from the play God vs. Satan.*

*At INTRODUCTION II of the play God vs. Satan, the material offers a descriptive analysis of Satan; and that he (Satan challenged Jesus)*

*"...JESUS WAS TEMPTED BY HIM..."*

SATAN

*Further, "JESUS SAID THAT JESUS WAS A MURDERER FROM THE BEGINNING..."*

*Further, "...SATAN even tried (in vain) to TEMPT JESUS into believing that his way was better than GOD way..."*

*"BUT ONE FURTHER THING NEEDS TO BE SAID: THE BIBLE MAKES IT CLEAR THAT SATAN IS A DEFEATED FOE.  BY HIS DEATH AND RESURRECTION CHRIST BROKE THE POWER OF SATAN OVER SIN AND DEATH AND HELL, AND AT THE END OF THE TIM THAT VICTORY WILL BE COMPLETE WHEN CHRIST'S ETERNAL KINGDOM IS ESTABLISHED..." See Attachment Introduction II*

2

*AT PROLOGUE* "*Throughout history Satan challenged the power and spirit of God...*" See p. 3

The play *God vs. Satan* begins with a reader describing the creation of the heavens and earth. See p.3

*AT ACT I SCENE I of GOD VS. SATAN, there is ADAM, EVE and SATAN in the Garden of EDEN.*

*Satan interplays with Eve. At pp. 5-6.*

*Satan tempts Adam. At p. 7.*

*Eve informs GOD of a SERPENT in the Garden (SATAN) and he deceives her. At p. 7*

*GOD condemn, rebuke, and cursed SATAN in the Garden of EDEN. At p. 7.*

3

## THE FILM PASSION OF CHRIST

The film begins in the Garden of GETHSEMANE, with SATAN TEMPTING JESUS. The writers and director of the film Passion of Christ offers the audience inventions and fade to historical events, scriptures and depictions of the bible, pertaining to the crucifixion of Christ. This technique was quite clever: Create inventions then revert back to the historical scriptures. However, the technique was evident and clear to the writer of God vs. Satan.

In the film Passion of Christ, Jesus crushed Serpent's (Satan) head. This created invention was not part to the original scriptures, but was taken from the expression of ideas in the play God v. Satan. See Attachment p. 7.

In God vs. Satan, Satan challenges God in the Garden of Eden. P. 8.

In God vs. Satan, God warns Satan. P.8

The same interplay is created in the film Passion of Christ between Jesus and Satan. Whereas, there is confrontation and interplay between Jesus and Satan.

In God vs. Satan, there is the beginning of the creation of the world from light and darkness.
In the film The Passion of Christ, there is darkness in the Garden Gethsemane, but the film depicts a revolving night sky as the creation of the world.

4

*Gimmicks, Gadgetry and Concealment*

1. *The film The Passion of Christ use gimmicks, Gadgetry and Concealment of copying to create and produce the movie.*

*For instance, the writers and director used God vs. Satan's satanic character throughout the film, including at the end of the motion picture. Whereas, Satan is depicted as the loser in his battle against Jesus. Satan screams over Jesus's victory.*

*In the work "God vs. Satan", Satan also loses in his battle against Jesus. Satan screams after Jesus's resurrection from the dead. He does the same in the film The Passion of the Christ.*

*Therefore, the beginning and ending of both works (God vs. Satan and The Passion of Christ) appear to have striking similarities.*

2. *In the film The Passion of Christ, Satan appears in the Garden of Gethsemane, and Judas appears to betray Christ.*

*In the work God vs. Satan, Satan leads Jesus away from the Last Supper to his betrayal of Jesus in the Garden of Gethsemane.*

3. In the film The Passion of Christ, there is a depiction of Satan appearing during Pontius Pilate's speech before the Jews on the fate of Jesus.

   In the work God vs. Satan, the work depicts SATAN in the background celebrating, while Pontius Pilate speak to the Jews on the fate of Jesus.

4. The writers and director of the Passion of Christ depicted magets (worms) in Judas after his suicide. They also depict demonic children, which was a creative invention as a gadgetry.

5. The writers and director of the film The Passion of Christ sensationalized the beating of Jesus. This massive beating resembles historical Slave beatings. In short, Jesus's back was whipped to the portrait of the depiction of the African Slave Portrait at the Civil War Museum on U. St. NW, Washington, DC. This too is copyright infringement. Further, the extraordinary depiction of the beating of Jesus gives an appearance of sensationalism for box office draw and DVD sales. This sensationalism of the beating of Jesus earned the writer, producers and director of the film the Passion of Christ billions of dollars.

*God vs. Satan depicted the four trials of Jesus.*

*The film The Passion of Christ depicted the four trials of Jesus.*

*God vs. Satan used the four Gospels, including passages from the Parables.*

*The film The Passion of Christ used the four Gospels, including similar passages in God vs. Satan taken from the Parables.*

*God vs. Satan used Hebrew language and translation at p. 84*

*JESUS: "ELOI, ELOI, LOMA SABACHTHANI?" (Which means, "My God, My God, Why Have you Forsaken Me?"*

*THE FILM THE Passion of Christ used Hebrew language throughout the film with translations.*

*There are other similar events and sequence of events in both works, including Jesus's side is pierced with a sudden flow of blood and water existing his body.*

Several Intellectual property law firms in the District of Columbia stated that there was copying, however, the firms would not take the case because the matter was related to the Judge Friedman scandal, which takes us to the issue of ACCESS.

The material script GOD vs. SATAN was submitted for staging possibilities at Arena Stage, University of Maryland, and Howard University.  It was sent to Dorrance Publishers in Pennsylvia.

The material was given to Mike Malone of the Department of Theatre at Howard University.

According to a documentary, Actress and Producer Debbie Allen is connected to Mr. Malone.  Ms. Allen stated that she could not do anything without Mr. Malone.  Mr. Malone also received the play the Big Bad Wolf v. Ms. Little Red Riding Hood The Mike Tyson Story, which was used for film Amistad, produced by Debbie Allen and DreamWorks Pictures.  DreamWorks also used Mr. David Whitehead's poem In A Box Controlled by House Negroes, which offers the passage and/or statement "GIVE US A MESSAGE TO SET US FREE".  The statement reflects Amistad's "GIVE US FREE".

Mr. Malone also received Mr. Whitehead's God vs. Satan play in which was the basic for DreamWorks "Prince of Egypt" using satanic magicians as Satan.

Copyright law states that access can be shown if the infringer had an opportunity to copy the work. If one cannot show access, there must be striking similarities to prevail. The poem In A Box Controlled by House Negroes, has a passage, "I can't get away from the CIA", which was Mel Gibson's Conspiracy Theory film. Therefore, In A Box Controlled by House Negroes, was used by DreamWorks, and God vs. Satan was used by DreamWorks. This ties Mel Gibson to DreamWorks Pictures for access to God vs. Satan.

David Louis Whitehead

(c) 2005

Certificate of Service

I certify under the laws of perjury that I served a copy of the pleading on the defendant on the 5th day of July 2005.

David L. Whitehead

Cc 20th Century Fox Films and United States Corporation
1090 Vermont Ave. N.W.
Washington, D. C. 20036

Whitehead v. Twentieth
Century Fox Film Corp., Inc.

# EXHIBIT C

Superior Court of the District of Columbia

RECEIVED
Civil Clerk's Office

JUL 0 5 2005

Superior Court of the
District of Columbia
Washington, D.C.

CIVIL DIVISION

PRAECIPE

The __5th__ Day of __July__, 20 __

☑ CIVIL ACTION JM-170
☐ LANDLORD AND TENANT JM-255
☐ SMALL CLAIMS JM

David Louis Whitehead
_Plaintiff_                               vs.

Twentieth Century Fox
_Defendant_   Film CORP INC

05CA-005034 B

Judge CAPCN

Case Number

The Clerk of said Court will _Attach order form
filed by Plaintiff to his motion for
Partial summary judgment and
accept Plaintiff's statement on consent
that opposing counsel was not
available for consent to his
motion for partial summary
judgment._

| Attorney for Defendant | Attorney for Plaintiff Pro se |
| --- | --- |
| Us CORP Agent | David Louis Whitehead |
| Address 1090 Vermont Ave | Address 9 Fourth St N.E. |
| NW Wash DC 20005 | Apt 1 Wash DC 20036 |
| Phone No. | Bar No. | Phone No. -1478 820 | Bar No. |
| | | work | |

Form CV-358/Jul. 00

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION
Washington, D.C. 20001

DAVid Louis Whitehead
_____
*Plaintiff*

vs.                                    Civil Action No. _____

Twentieth century Fox Film Corp, Inc
_____
*Defendant*

### ORDER

Upon consideration of the motion for PARTiAl summary judgment

filed by David Whitehead _____

and after hearing argument on behalf of all parties concerned, it is, by the Court, this _____

day of _____, 20 _____,

ORDERED:

(1) That the motion be, and it is hereby,        ☐ GRANTED        ☐ DENIED

(2) That _____

_____

_____

_____

_____

_____

Copies to:

20th century Fox
David Whitehead                    _____
                                          JUDGE

Form CV-545/Apr. 03

# Superior Court of the District of Columbia

## CIVIL DIVISION

### PRAECIPE

The __1st__ Day of __July__, 20 __05__

☑ CIVIL ACTION JM-170
☐ LANDLORD AND TENANT JM-255
☐ SMALL CLAIMS JM

__David L. Whiten__
Plaintiff

vs.

RECEIVED
CIVIL CLERK'S OFFICE
JUL 0 1 2005
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

__05 CA-005034__
Case Number

__Twentieth Century Fox__
__Film Corp__
Defendant

The Clerk of said Court will __correct Plaintiff's interest in the film with the correct title "The PASSION of the Christ", instead of Plaintiff's pleading and complaint which improperly states The PASSION of Christ. The correct title should now read as "The PASSION of the Christ" See Attached Exhibit A.__

| Attorney for Defendant | Attorney for Plaintiff / Pro se |
|---|---|
| US Corp Co. | David L Whitehead |
| Address | Address |
| 1590 Vermont Ave | 9 Fourth St N.E |
| NW Wash DC 20030 | Apt 1 Wash DC |
| Phone No.    Bar No. | Phone No. 2/4788000    Bar No. |

Form CV-358/Jul. 00

Product Details

Page 1 of 2

## BARNES&NOBLE
### BOOKSELLERS

Store Number 2040 | 555 12th St NW | Washington, DC 20004 | (202)347-0176

[ EK A ]

**For assistance in locating any of these products or to place an order, please ask a bookseller.**

# The Passion of the Christ
### Mel Gibson, James Caviezel, Monica Bellucci, Claudia Gerini



Store Price: $24.99

Dvd Drama, Dvd Drama
Digital Video Disc, 126 min.
20TH CENTURY FOX - August 2004
Original Release Date: 8/31/2004
UPC: 024543129752
Rating: R

✔ in-stock for delivery
Home delivery or
In-Store Pick-Up
Orders Arrive in 3 - 8
Business Days
(Includes Ground
Shipping)

**Other Formats:**
Video, VHS Format (20TH CENTURY FOX)

## Production and Technical Notes
**Presentation:** Wide Screen
**Sound:** DTS 5.1-Channel Surround Sound,Dolby AC-3 Surround Sound
**Language:** Aramaic (Audio),English (Subtitles),Hebrew (Audio),Latin (Audio),Spanish (Subtitles)
**Time:** 126 min.
Screen Type : Enhanced Wide Screen Letterbox for 16 x 9 Television
non-displayable : has Subtitles
sound types (non-displaying) : Dolby Digital AC-3 5.1-Channel Surround Sound
sound types (non-displaying) : Dolby Digital (6 channel)
sound types (non-displaying) : Dolby Digital
non-displayable : ORIGINAL LANGUAGE | ARAMAIC
non-displayable : ORIGINAL LANGUAGE | LATIN

## Work Review
Mel Gibson's controversial but undeniably compelling account of the last hours of Jesus Christ is nothing if not correctly titled: The word "passion" is derived from a Latin term for pain and suffering. And that's exactly what director Gibson shows us in horrifying detail. From his apprehension by Roman soldiers to his subsequent scourging and crucifixion, the self-proclaimed Son of God suffers terribly, and we see, close up, the effects of every lash, every blow, every rock, and every nail. Adapted by Gibson and Benedict Fitzgerald from the Gospels (particularly the Gospel of John), *Passion* barely touches on Christ's message of love; there are brief flashbacks to such New Testament landmarks as the Sermon on the Mount, but they merely lend context to things Jesus sees, hears, or remembers while en route to his destiny: the ultimate sacrifice for humanity. James Caviezel does a fine job as Christ, although his is not a role that calls for a great deal of emoting via dialogue. It's left to him to convey the intense suffering that Christ underwent during those awful, final hours on Good Friday. Caviezel does this with remarkable skill, and his performance is matched only by those of Maia Morgenstern (playing the Blessed Mother with heart-tugging dignity) and Monica Bellucci (an Italian sexpot oddly cast but quite effective as the reformed prostitute Mary Magdalene). *The Passion of the Christ*, while produced and shot with great artistry, is not a film that will engage viewers aesthetically or intellectually; it is a uniquely visceral viewing experience, and one that is not recommended for children, no matter how devout. The violence depicted here will unnerve some people, and that's just what Gibson intended. He wants his audience to realize just how much Christ endured on behalf of his followers, and in that respect the erstwhile actor has succeeded beyond his wildest expectations. The controversy over the director's alleged anti-Semitism faded rapidly when the oft-predicted reprisals against Jews failed to materialize even as the film attracted tens of millions of moviegoers all over the world, and it

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2005, a copy of the foregoing Notice of

Removal was served, by first-class mail, on:

> David L. Whitehead
> 9 Fourth Street, N.E.
> Apt. 1
> Washington, D.C. 20002

> Jeanette Melendez Bead
> LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
> 1050 Seventeenth Street, N.W., Suite 800
> Washington, D.C. 20036
> 202-508-1100