IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID L. WHITEHEAD, :
:
    Plaintiff, :
:
v. :
:
TWENTIETH CENTURY FOX FILM :
CORP., INC., :
:
    Defendant. :

### CERTIFICATE REQUIRED BY LCvR 7.1

I, Jeanette Melendez Bead, attorney of record for defendant Twentieth Century Fox Film Corporation, certify that to the best of my knowledge and belief, Twentieth Century Fox Film Corporation is a corporate affiliate of News Corporation, a Delaware corporation whose shares are traded on the New York Stock Exchange.

These representations are made in order that judges of this court may determine the need for recusal.

                              Respectfully submitted,

Dated: July 25, 2005

                              Jeanette Melendez Bead
                              (D.C. Bar No. 480539)

                              LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
                              1050 Seventeenth Street, N.W., Suite 800
                              Washington, D.C. 20036
                              (202) 508-1100
                              (202) 861-9888 (facsimile)

                              Attorney for Defendant
                              Twentieth Century Fox Film Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2005, a copy of the foregoing Certificate Required by LCvR 7.1 was served, by first-class mail, on:

>David L. Whitehead
>9 Fourth Street, N.E.
>Apt. 1
>Washington, D.C. 20002

>Jeanette Melendez Bead
>LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
>1050 Seventeenth Street, N.W., Suite 800
>Washington, D.C. 20036
>202-508-1100