UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID LOUIS WHITEHEAD,

PLAINTIFF,

V.                              C.A. No. 05-CV-1462

                                JUDGE KESSLER, J. GK

TWENTIETH CENTURY FOX FILM CORP. INC.,

DEFENDANTS

SECOND AMENDED AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT, PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER (TRO)

Comes Now plaintiff David L. Whitehead with his amended affidavit in support of plaintiff's motion for partial summary judgment, preliminary injunction and temporary restraining order (TRO) as follows:

I David Louis Whitehead testify under the laws of perjury to the following statements:

I am a person over the age of 18 years old.

I created The Play God v. Satan on or about 1995-1996.

I am an adjunct professor at Southeastern University in Washington, D.C. I have taught at Strayer University in Newington, Virginia.

I have taught college courses in the following area:

Comparative Political Systems, American Government, World Religion, Oral Communications, Humanities, Reading, Creative Writing.

I am Marquis Who's Who for the past several years.

In 1990, I received the Central Intelligence Agency's Exceptional Performance Award for Superior Accomplishment.

I have lectured on the Federick D. Patterson Research Institute Program honoring Brown v. Board of Education. I have written nearly 20 plays, 3 books, and many articles. I have several unpublished manuscript.

I submitted The Play God v. Satan to the following individuals and entities:

- Mike Malone at Howard University.
- Arena Stage.
- Dorrance Publishing.
- University of Maryland Department of Theatre.
- Phil.
- The Library of Congress.

Mr. Malone is connected to Debbie Allen, co-producer of Dreamworks Pictures film Amistad.

I sued Dreamworks Pictures in the case *Whitehead v. Dreamworks Pictures*, et al., 98cv1917 and Whitehead v. Dreamworks Pictures, et al., 98cv2938.

2

The first law suit 98cv1917 involved Amistad. Dreamworks used my play *The Big Bad Wolf...*, and poem, *In a box controlled by House Negroes* and Barbara Chase Riboud's *Echo of Lions* to create the film. The latter case 98cv2938 involved The play God v. Satan and Dreamworks "Prince of Egypt". The poem In A Box Controlled... has lines which were used in Amistad. "Give us a message to set us free" v. "Give Us Free". Interplay with the characters, whereas, questions about whether a black man was a brother or white man were used in both works, taken from plaintiff's poem.

I met Julia Roberts and Denzel Washington during the shooting of the film Pelican Brief at the Georgetown University Law Center. I gave Mr. Washington a copy of my CIA book entitled "Brains, Sex, & Racism In the CIA And The Escape" (1992, Equality America Press). He did not return it.

Ms. Roberts co-starred with Mel Gibson in the film "Conspiracy Theory". I sued the producers over the film "Conspiracy Theory" involving my CIA book, which was given to Denzel Washington on the set of Pelican Brief, with Julia Roberts. The film Conspiracy Theory also used the theme and lines from my poem *In a Box Controlled by House Negroes*. The line in the poem "I can't get away from the CIA", was used as the central plot for the film. The latter informatiton links Mel Gibson to DreamWorks Pictures and my material "God v. Satan". DreamWorks also used the poem for scenes in Amistad. Gibson had a reasonable opportunity to obtain access to the my work God v. Satan through DreamWorks Pictures.

3

In 2004, defendant, along with Mel Gibson and others created the film *The Passion of the Christ*, which grossed billions of dollars. I received an affidavit from a CPA named Neng Hsing Wang on some of the moneys made from the film The Passion of the Christ.

Defendant copied my play *God v. Satan* to create books and films The Passion of the Christ (2004) and new release (2005).

Defendant copied the plaintiff's satanic characterization and interplay of Satan in his material *God v. Satan*, to create scenes in the film and work *The Passion of the Christ* as follows:

- My work begins with the creation of the world, and leads to Satan tempting God in the Garden of Eden. P. 8. The same scene is depicted in the film The Passion of the Christ. Whereas, there are glimpses of the creation of the world with Satan tempting Jesus in the Garden of Gethsemane.

- In *God v. Satan*, Satan leads Judas from the Last Supper to Garden of Gethsemane. Pp. 73-74. In the film *The Passion of the Christ* the character Satan is with Jesus before Judas arrives with the Chief Priests and others.

- In *God v. Satan*, Satan is depicted in scene, whereas Pontius Pilate is talking to the Jews on the fate of Jesus. P. 81. The same scene is depicted in the film The Passion of the Christ, with Pilate speaking to the Jews, while Satan is in the background.

- In *God v. Satan,* Satan screams after Jesus's death and resurrection. Satan also screams after Jesus's death and resurrection in the film The Passion of the Christ.

- Both works used English and Hebrew translations.

4

- Both works used the four Gospels and trials of Jesus. There is striking similarity in the selection of lines used in both works.

- In both works *God v. Satan* and *The Passion of the Christ*, the plot, mood, setting, theme and storylines are the same, using the struggle between God and Satan as the main emphasis of the projects God's victory over Satan is highlighted in the work *God v. Satan*. The same storyline is depicted in the film and books *"The Passion of The Christ."*

In short, defendant cannot earthly prove that some of the above scenes were in the historical bible. Plaintiff's original expression of his ideas in *God v. Satan* were used in the film and book versions of the film *"The Passion of the Christ"*. Therefore, the court must grant copyright protection for *God v. Satan* (1995-96) when compared to the identical striking material *"The Passion of the Christ* (2004-2005).

According to case law, plaintiff needs only demonstrate a fair chance of success on the merits for an injunction to issue. See <u>Benda v. Grand Lodge of International Association of Machinists and Aerospace Workers,</u> 584 F.2d 308, 315 (9th Cir. 1978) Cert. Denied, 441, U.S. 937, 99 S. Ct. 2065 (1979).

The facts here amply demonstrate the two prerequisites for such reliefs. Moreover, since both a substantial and significant irreparable injury are present here, the injunctions should issue. The public interest can only be served by upholding copyright protection for God v. Satan. *Apple v. Franklin,* 714 F.2d at 1254, & *Apple v. Formula,* 725 F.2d. at 525. The court should impound defendants merchandise as a result of defendant's operation of its infringing products. See Attachment motion 1

5

Further, to obtain a preliminary injunction, "a party must show either (1) a likelihood of success on the merits and a possibility of irreparable injury, or (2) the existence of serious questions going to the merits and the balance of hardships tipping in its favor." *Apple Computer Inc., v. Formula Intl Inc.*, 725 F.2d 521, 523 (9th Cir.).

Based on the following analysis of *God v. Satan* and *The Passion of the Christ,* the court should rule in favor of the plaintiff in this case:

God v. Satan was written in 1995-96 and *The Passion of the Christ* was created in 2004 and 2005.

*God v. Satan* begins with the creation of the world and leads to the Garden of Eden with Satan arguing with God. The Passion of the Christ depicts the creation of the world during the scene with Satan and Jesus in the Garden of Gethsemane. Satan argues with Jesus. God v. Satan depicts Satan leading Judas from the Last Supper to the Garden of Gethesmane. The Passion of the Christ begins with Satan confronting Jesus in the Garden of Gethesmane and Judas arrives later with the Chief Priests and others.
Both God v. Satan and The Passion of the Christ used the four Gospels and four trials of Jesus. Both works used English and Hebrew languages translations.
God v. Satan depicts Satan in the background applauding, while Pontius Pilate talks to the Jews on the fate of Jesus. The Passion of the Christ has Satan in the background while Pontius Pilate talks to the Jews on the fate of Jesus. Satan does not have a speaking voice in both works pertaining to the latter scene. God v. Satan depicts Jesus's death and resurrection and Satan screaming because he is defeated. The Passion of the Christ depicts Jesus's death and resurrection and Satan screaming because he is defeated.

The central and main plot of both works God v. Satan and The Passion of the Christ is the battle between God and Satan, and Jesus's victory over Satan in death and resurrection.

There is striking similarity in the mood, sequence of events, and total concept and feel of the two works in question.

David Louis Whitehead

July 28, 2005

Certificate of Service

I certify under the laws of perjury that I served a copy of the pleading on the defendant's lawyer on the 28th day of July 2005.

*[signature]*

David Louis Whitehead