**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DAVID L. WHITEHEAD,** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. 1:05-cv-01462-GK |
| | : |
| **TWENTIETH CENTURY FOX FILM CORP., INC.,** | : |
| | : |
| Defendant. | : |

**DECLARATION OF JEANETTE MELENDEZ BEAD**

Jeanette Melendez Bead, pursuant to 28 U.S.C. § 1746, declares:

1. I am an attorney with Levine Sullivan Koch & Schulz, L.L.P., counsel to defendant Twentieth Century Fox Film Corporation.

2. I submit this declaration in support of Defendant's Motion to Dismiss and to put before the Court documents relevant to the motion.

3. Attached as Exhibit 1 is a true copy of the Complaint in *Whitehead v. Twentieth Century Fox Film Corp., Inc.*, No. 05-0005034 (Superior Court of the District of Columbia – Civil Division), which action was removed to this Court on July 25, 2005.

4. Attached as Exhibit 2 is a true copy of a decision in *Whitehead v. Paramount Pictures Corp.*, reported at 145 F. Supp. 2d 3 (D.D.C. 2001).

5. Attached as Exhibit 3 is a true copy of a decision in *Whitehead v. Paramount Pictures Corp.*, reported at 53 F. Supp. 2d 38 (D.D.C. 1999).

6. Attached as Exhibit 4 is a true copy of the September 5, 2003 Order in *Whitehead v. Friedman*, No. 02-1630 (RWR) (D.D.C.).

2

7.  Attached as Exhibit 5 is a true copy of the Complaint in *Whitehead v. Wickham*, No. 05CA001405 (D.C. Super. Ct. – Civil Division).

8.  Attached as Exhibit 6 is a true copy of the March 31, 2005 Memorandum Order (Goodbread, J.) in *Whitehead v. Wickham*, No. 15207-04 (D.C. Super. Ct. – Small Claims Division).

9.  Attached as Exhibit 7 is a true copy of a letter from counsel for defendant Twentieth Century Fox Film Corporation to David L. Whitehead, dated July 21, 2005.

10. Attached as Exhibit 8 is a true copy of the decision in *Jemzura v. Mikoll*, No. 99-cv-710, 2001 WL 1217227 (Sept. 4, 2001).

11. Attached as Exhibit 9 is a true copy of the decision in *Whitehead v. Columbia Pictures Industries, Inc.*, No. 98-2398, 2001 WL 1218908 (D.D.C June 14, 2001).

I declare under penalty of perjury under the laws of the United States that the foregoing is true.

Dated: August 1, 2005

/s/
Jeanette Melendez Bead
(D.C. Bar No. 412828)