*Whitehead v. Twentieth Century Fox Film Corp., Inc.*
CIVIL ACTION NO. 1:05-cv-01462-GK

# DECLARATION OF
# JEANETTE MELENDEZ BEAD

# EXHIBIT 7

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

1050 SEVENTEENTH STREET, N.W., SUITE 800
WASHINGTON, D.C. 20036-5514

(202) 508-1100
FACSIMILE (202) 861-9888

230 PARK AVENUE, SUITE 1160, NEW YORK, NEW YORK 10169
(212) 850-6100   FACSIMILE (212) 850-6299

SETH D. BERLIN
JAY WARD BROWN
JAMES E. GROSSBERG
ASHLEY I. KISSINGER
ELIZABETH C. KOCH
LEE LEVINE
ROBERT PENCHINA*
CELESTE PHILLIPS
DAVID A. SCHULZ
GAYLE C. SPROUL**
MICHAEL D. SULLIVAN

NATHAN SIEGEL

JEANETTE MELENDEZ BEAD
CHAD R. BOWMAN
AUDREY CRITCHLEY
THOMAS CURLEY
ADAM J. RAPPAPORT
ALIA L. SMITH*

* ADMITTED IN NEW YORK ONLY
** ADMITTED IN NEW YORK, NEW JERSEY AND PENNSYLVANIA ONLY

July 21, 2005

**VIA HAND DELIVERY**
**AND FIRST-CLASS MAIL**

David L. Whitehead
9 Fourth Street, N.E.
Apartment 1
Washington, D.C. 20002

    Re:    *Whitehead v. Twentieth Century Fox Film Corp., Inc.*, No. 2005 CA 005034 B (Superior Court of the District of Columbia - Civil Division) (Judge Canan)

Dear Mr. Whitehead:

    We represent Twentieth Century Fox Film Corporation, the defendant in the above referenced action. We write to urge you to dismiss the action.

    Your Complaint makes clear that your claims, however described, arise from our client's alleged copyright infringement of your work, "God versus Satan." As you know, and as Magistrate Judge Goodbread made clear to you in his March 31, 2005 Memorandum and Order in *Whitehead v. Wickham*, No. 15207-04 (Superior Court of the District of Columbia – Civil Division) (Small Claims), a federal copyright claim filed in the Civil Division "is and always has been a nullity because *no* Division or Branch of the D.C. Superior Court may hear it under a federal statute that reserves 'original and exclusive jurisdiction' to an Article III trial court." Mem. and Order at 40 (emphasis in original). Thus, it is improper for you to pursue this action in the Superior Court.

    In addition, you are prohibited from pursuing any action in the United States District Court for the District of Columbia without first seeking leave to do so. *See* Order (Roberts, J.), in *Whitehead v. Friedman*, No. 02-1630 (D.D.C. Sept. 5, 2003). It is apparent then that you have filed this action in the Superior Court in an attempt to circumvent the significant hurdles you must overcome to pursue a copyright infringement action in the federal court here. Nevertheless, as Judge Goodbread observed, you are well aware that "such a case could not be engrafted onto a

**LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.**

David L. Whitehead
July 21, 2005
Page 2

State-level court, because it could never survive a 'removal action.'" March 31, 2005 Mem. and Order at 41.

What is more, your claims are without merit. You should expect that we will zealously represent our client's interest in this matter, and that any effort on your part to extract a nuisance settlement from our client will be unsuccessful.

We intend to remove this case to the federal court shortly. If you do not voluntarily dismiss this case by Friday, July 29, 2005, we will move to dismiss the federal action, apprise the Court of your attempts to circumvent Judge Roberts' Order, and seek appropriate sanctions for your conduct. For your convenience, we are enclosing copies of the orders referenced in this letter.

Please note that all future communications concerning this case should be directed to us.

Sincerely,

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

By _____
Elizabeth C. Koch
Jeanette Melendez Bead

Enclosures