IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID L. WHITEHEAD, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 1:05-cv-01462-GK |
| TWENTIETH CENTURY FOX FILM CORP., INC., | : | |
| Defendant. | : | |

# ORDER

AND NOW, this ____ day of _____, 2005, upon consideration of Defendant's Motion to Dismiss, the Memorandum of Points and Authorities in Support of Defendant's Motion to Dismiss, and the Declaration of Jeanette Melendez Bead, and plaintiff's response thereto, it is hereby ORDERED that defendant's Motion to Dismiss is GRANTED.

If plaintiff wishes to pursue this action, plaintiff shall submit to this Court an "Application Pursuant to Court Order Seeking Leave to File," as outlined in Judge Richard W. Roberts' Order of September 5, 2003, in *Whitehead v. Friedman*, No. 02-1630 (RWR) (D.D.C.), a copy of which is attached as Exhibit A. Defendants may, but are not required to, respond to such an application.

IT IS SO ORDERED.

_____
Judge Gladys Kessler

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID L. WHITEHEAD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 02-1630 (RWR) |
| ) | |
| PAUL L. FRIEDMAN, et al. ) | |
| ) | |
| Defendant. ) | |

### ORDER

In the show cause order accompanying this Court's December 30, 2002 Memorandum Opinion, plaintiff was given an opportunity to show cause in writing by January 15, 2003 why an attached proposed order should not be issued. In an order issued on July 22, 2003, the Court extended the deadline to August 22, 2003. Rather than comply with the July 22 order, plaintiff has filed a motion to vacate the rulings made in that order and for recusal, and a motion for more time to show cause. The motion to vacate and for recusal appears to simply rehash the frivolous arguments this Court dismissed in the July 22 order. The motion for more time provides no basis for concluding that the previous seven months that had passed was an insufficient amount of time for plaintiff to formulate a response to this Court's show cause order.

- 2 -

Plaintiff's history of vexatious litigation is well documented. See Whitehead v. Paramount Pictures Corp., 145 F. Supp. 2d 3 (D.D.C. 2001), aff'd, 2001 WL 936260 (D.C. Cir. 2001). Seeking to curb plaintiff's frivolous conduct and concluding "that neither adverse decisions, nor monetary sanctions, nor the award of attorney's fees will deter him," Judge Friedman barred plaintiff from filing anything further in Whitehead v. Paramount Pictures Corp. or any of plaintiff's other cases already disposed of by Judge Friedman unless plaintiff first obtained leave to file. Id. at 5. The present case demonstrates that a broader order is needed to protect this court from plaintiff's frivolous conduct. To the extent Judge Friedman's Order in Whitehead did not bar plaintiff from filing any new actions in this court without first obtaining leave to file, plaintiff's continued disregard for this court and the impact of his egregious conduct on the judicial system warrant issuing such an order now. Accordingly, it is hereby

ORDERED that plaintiff's motion to vacate and for recusal, and his motion for more time be, and hereby are, DENIED. It is further

ORDERED that plaintiff is barred from commencing any action in this court without first obtaining leave of the court. In

- 3 -

seeking leave of the court, plaintiff must: (1) file a motion entitled "Application Pursuant to Court Order Seeking Leave to File"; (2) attach to that motion as Exhibit 1 a copy of the July 22, 2003 Memorandum Opinion in this case; (3) attach to that motion as Exhibit 2 a copy of the opinion in <u>Whitehead v. Paramount Pictures Corp.</u>, <u>supra</u>; (4) attach to that motion as Exhibit 3 a copy of this Order; (5) attach to that motion as Exhibit 4 an affidavit certifying that the claims he wishes to present are new claims never before raised by him in any court, state or federal; (6) attach to that motion as Exhibit 5 a list delineating each lawsuit he previously has filed against each defendant against whom he seeks to bring suit; and (7) attach to that motion as Exhibit 6 a copy of each complaint and certified record of disposition of each lawsuit listed in Exhibit 5.

Failure to comply strictly with the terms of this Order will be sufficient grounds for a court to deny plaintiff leave to file.

SIGNED this <u>5th</u> day of <u>September</u>, 2003.

/s/ Richard W. Roberts
RICHARD W. ROBERTS
United States District Judge

Copies to:

David L. Whitehead
9 Fourth Street, N.E.
Apt. 1
Washington, D.C. 20002

Elizabeth C. Koch
Jeanette Melendez Bead
Levine Sullivan Koch & Schulz, L.L.P.
1050 Seventeenth Street, N.W.
Suite 800
Washington, D.C. 20036
202-508-1100
202-861-9888 (facsimile)