IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID L. WHITEHEAD,** | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 1:05-cv-01462-GK |
| **TWENTIETH CENTURY FOX FILM CORP., INC.,** | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of August, 2005, a copy of Defendant's Motion to Dismiss, the Memorandum of Points and Authorities in Support of Defendant's Motion to Dismiss, the Declaration of Jeanette Melendez Bead and a Proposed Order, were served by first-class mail, on:

> David L. Whitehead
> 9 Fourth Street, N.E.
> Apt. 1
> Washington, D.C. 20002

/s/
Jeanette Melendez Bead
LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 Seventeenth Street, N.W., Suite 800
Washington, D.C. 20036
202-508-1100