IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID L. WHITEHEAD,** | : |
| | : |
|     **Plaintiff,** | : |
| | : |
| v. | :    CIVIL ACTION NO. 1:05-cv-01462-GK |
| | : |
| **TWENTIETH CENTURY FOX FILM** | : |
| **CORP., INC.,** | : |
| | : |
|     **Defendant.** | : |

**O R D E R**

AND NOW, this ____ day of _____, 2005, upon consideration of Defendant's Motion to Strike and Memorandum of Points and Authorities, and plaintiff's response thereto, it is hereby ORDERED that defendant's Motion to Strike is GRANTED.

Plaintiff's motion for partial summary judgment, and any other motions or applications filed by plaintiff in the Superior Court of the District of Columbia or this Court to date, are hereby stricken. Defendants shall have no duty to respond to such motions or applications in this Court.

IT IS SO ORDERED.

 

_____
Judge Gladys Kessler

Copies to:

David L. Whitehead
9 Fourth Street, N.E.
Apt. 1
Washington, D.C. 20002

Elizabeth C. Koch
Jeanette Melendez Bead
Levine Sullivan Koch & Schulz, L.L.P.
1050 Seventeenth Street, N.W.
Suite 800
Washington, D.C. 20036
202-508-1100
202-861-9888 (facsimile)