## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID L. WHITEHEAD,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **v.** | :   **CIVIL ACTION NO. 1:05-cv-01462-GK** |
| | : |
| **TWENTIETH CENTURY FOX FILM** | : |
| **CORP., INC.,** | : |
| | : |
| **Defendant.** | : |

### CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of August 2005, a copy of Defendant's Motion to Strike and Memorandum of Points and Authorities and a Proposed Order were served, by first-class mail, on:

> David L. Whitehead
> 9 Fourth Street, N.E.
> Apt. 1
> Washington, D.C. 20002


_____/s/_____
Jeanette Melendez Bead
LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 Seventeenth Street, N.W., Suite 800
Washington, D.C.20036
202-508-1100