UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID L. WHITEHEAD,
      PLAINTIFF,

V.                        CASE No. 05CV-1462 (GK)

TWENTIETH CENTURY FOX FILM CORP., INC.,
      DEFENDANT.

## MOTION FOR RECUSAL

Comes Now plaintiff David L. Whitehead with his motion for recusal of G. Kessler from the above captioned case based on the following:

Opposing counsel was not available for consent to the motion.

Plaintiff requests that the court recuse herself from this matter due to matters relating to Microsoft case, in which plaintiff filed an amicus brief in *USA v. Microsoft & The New of New York v. Microsoft Inc.* 98cv1232 & 98cv1233. Judge Kessler denied a motion in the case filed by the plaintiff and the plaintiff responded that any educated person could see that their was merit to the issue. *See attached affidavit.* Noting that recently, a Yale Law Professor orally agreed with plaintiff on Judge Colleen Kotelly's participation on the Microsoft case, which her husband's John Kotelly law firm Dickstein Shapiro Moran and Oshinsky LLP represents Viacom, which had substantial Microsoft contracts on the Mission Impossible computer games videos, and Dickstein's representation of Microsoft prohibits Judge Kotelly's partication as the presiding judge. This matter is on appeal, pending plaintiff paying sanctions, which were based on fraud.

In conclusion, plaintiff prays that the court grants his motion.

Respectfully,

David L. Whitehead
9 Fourth St. N. E Apt. 1
Washington, D.C. 20002

Certificate of Service

I certify under the laws of perjury that I served a copy of the pleading on the defendant on the 2nd day of August 2005.

David L. Whitehead