UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID L. WHITEHEAD,
        PLAINTIFF,

V.                            CASE No. 05CV-1462 (GK)

TWENTIETH CENTURY FOX FILM CORP., INC.,
        DEFENDANT.

### AFFIDAVIT OF DAVID L. WHITEHEAD

I David L. Whitehead under the laws of perjury testify to the following statements:

I am a person over the age of 18 years old.

I never served any complaints on Judge Paul L. Friedman, Federal Election Commission or any other defendants in the case *David L. Whitehead v. FEC*, 02cv1630, before Judge Richard Roberts. Judge Roberts lacked jurisdiction over the case due to lack of service. I filed an amicus curiae brief in the matter *USA v. Microsoft* Inc. et al., 98cv1232 & 98cv1233, requesting Judge Colleen Kotelly to recuse herself from the Microsoft case due to the fact that her husband John Kotelly law firm Dickstein Shapiro Moran and Oshinsky, LLP was a representative of Viacom and Microsoft. Viacom has substantial contracts with Microsoft on the Mission Impossible computer games. Yale University Law Professor Bill Eskridge, Jr., orally agreed with my assessment on the recusal issue involving Judge Kotelly and the Microsoft case.

Judge Kessler issued an order denying my motion on the recusal issue. I responded by stated that any educated person could see that there was merit to the issue on recusal.

In short, Judge Kessler should recuse herself from this case due to appearance of bias or actual bias. 28 U.S.C. 455 a, b, b1.

David L. Whitehead

August 2, 2005