UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID L. WHITEHEAD,
        PLAINTIFF,

V.                                      CASE No. 05CV-1462 (GK)

TWENTIETH CENTURY FOX FILM CORP., INC.,
        DEFENDANT.

ORDER

Upon Consideration of the plaintiff David L. Whitehead's motion for recusal, it is hereby ordered that the motion is granted on the ___ day of ____ 2005.

SO ORDERED.                              _____

                                                  US DISTRICT COURT JUDGE

Copies to:

David L. Whitehead

Levine Sullivan Koch & Schulz, LLP