UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2005 AUG -2 PM 3: 10

NANCY M.
MAYER-WHITTINGTON
CLERK

DAVID L. WHITEHEAD,
          PLAINTIFF,

V.                        CASE No. 05CV-1462 (GK)

TWENTIETH CENTURY FOX FILM CORP., INC.,
          DEFENDANT.

*MOTION TO CORRECT AND MODIFY CASE FILE REMOVED FROM SUPERIOR*

*COURT, REQUESTING SANCTIONS FOR FRAUD UPON THE COURT BY*

*DEFENDANT.*

      Comes Now plaintiff David L. Whitehead with his motion to correct and modify case file of the above captioned case, which was removed from the Superior Court by the defendant. Plaintiff requests sanctions against defendant for fraud upon the court pursuant to rule 60 b as follows:

Opposing Counsel was unavailable for consent to the motion.

Defendant through their counsel removed the case *David Whitehead v. Twentieth Century Fox Film Corp, Inc.*, No. 2005 CA 005034 B to this court as Whitehead v. Twentieth Century Fox Film Corp., Inc. 05cv1462.

Defendants failed to present the court with all of the documents filed by the plaintiff in the Superior Court as follows:

- Motion for default judgment.

- Motion for Preliminary Injunctive Relief and Temporary Restraining Order.

In short, these motions were not removed from Superior Court due to fraud upon the court committed by the defendant. Plaintiff request sanctions. As a sanction, defendant motion to dismiss should be denied. Plaintiff also request that the record be corrected and/or modified.

In conclusion, plaintiff prays that his motion is granted.

Respectfully,

David L. Whitehead
9 Fourth St. N. E Apt. 1
Washington, D.C. 20002

## Certificate of Service

I certify under the laws of perjury that I served a copy of the pleading on the defendant on the 2nd day of August 2005.

David L. Whitehead