UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID L. WHITEHEAD,
PLAINTIFF,

V.                                          CASE No. 05CV-1462 (GK)

TWENTIETH CENTURY FOX FILM CORP., INC.,
DEFENDANT.


*ORDER*

Upon consideration of the plaintiff David L. Whitehead's motion to correct and modify the record and sanctions for fraud upon the court pursuant to Rule 60 b as amended, it is hereby ordered that the motion is granted on the ___ day of ____ 2005.

*SO ORDERED.*

_____
*US District Court Judge*


Copies to:

Levine Sullivan Koch & Schulz, LLP

David L. Whitehead