UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
DAVID L. WHITEHEAD,            )
                               )
    Plaintiff,                 )
                               )
    v.                         )   Civil Action No. 05-1462 (GK)
                               )
TWENTIETH CENTURY FOX          )
FILM CORP., INC.,              )
                               )
    Defendant.                 )
_____)

**O R D E R**

This matter comes before the Court upon Defendant's Motion to Dismiss. Plaintiff is proceeding pro se in this matter.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a pro se party of the consequences of failing to respond to a dispositive motion. "That notice ... should include an explanation that the failure to respond ... may result in the district court granting the motion and dismissing the case." Id. at 509.

Accordingly, it is hereby

**ORDERED** that Plaintiff respond to Defendant's Motion to Dismiss no later than **August 18, 2005**. If Plaintiff fails to respond, the Court will treat Defendant's Motion as granted and dismiss Plaintiff's Complaint.

August 3, 2005
                    /s/
                    Gladys Kessler
                    U.S. District Judge

**Copies to**: attorneys on record via ECF and

**DAVID L. WHITEHEAD**
**9 4th Street, NE**
**Apartment 1**
**Washington, D.C. 20002**