A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

David L. Whitehead,

|  |  |  |
|---|---|---|
| | ) | |
| Plaintiff(s) | ) | **APPEARANCE** |
| | ) | |
| | ) | |
| vs. | ) | CASE NUMBER    1:05-cv-01462-GK |
| Twentieth Century Fox Film Corp., Inc., | ) | |
| | ) | |
| Defendant(s) | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of   Elizabeth C. Koch _____   as counsel in this
                                 (Attorney's Name)

case for:   Twentieth Century Fox Film Corporation _____
                      (Name of party or parties)


August 3, 2005 _____
Date

412828 _____
BAR IDENTIFICATION


_Elizabeth C. Koch_ _____
Signature

Elizabeth C. Koch _____
Print Name

Levine Sullivan Koch & Schulz, L.L.P. 1050 17th Street, N.W. Suite 800
Address

Washington, D.C. 20036 _____
City            State            Zip Code

202-508-1100 _____
Phone Number