IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DAVID L. WHITEHEAD,** | : | |
| | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 1:05-cv-01462-GK |
| | : | |
| **TWENTIETH CENTURY FOX FILM CORP., INC.,** | : | |
| | : | |
|     **Defendant.** | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of August, 2005, a copy of the Notice of Appearance of Elizabeth C. Koch was served on the following by United States first-class mail:

>David L. Whitehead
>9 Fourth Street, N.E.
>Apt. 1
>Washington, D.C. 20002

>                /s/
>Jeanette Melendez Bead
>LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
>1050 Seventeenth Street, N.W., Suite 800
>Washington, D.C. 20036
>202-508-1100