UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID L. WHITEHEAD,

PLAINTIFF,

V.                              CASE No. 05CV1462 (GK)

TWENTIETH CENTURY FOX FILM CORP., INC.,

DEFENDANT

*AFFIDAVIT OF DAVID L. WHITEHEAD*

I David L. Whitehead under the laws of perjury testify that the following statements are true to the best of my ability:

1. I am a person over the age of 18 years old.

2. On August 2, 2005, I visited the district court for the District of Columbia and reviewed the court's computer system on the above captioned case.

3. I learned that the defendant through their counsel filed a motion to dismiss with a series of affidavits and attachments. Defendant certificate of service was dated August 1, 2005.

4. I have not yet received the defendant's filing (motion to dismiss and attachments).

5. On August 3, 2005, I contacted the defendant's counsel and left several messages that I have received their motion to dismiss with attachments pleading.

David L. Whitehead
August 3, 2005

Certificate of Service

I certify under the laws of perjury that I mailed a copy of the pleading to the defendant on the 3rd day of August 2005.

David L. Whitehead