UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**DAVID L. WHITEHEAD,**                   :
                                          :
      **Plaintiff,**                     :
                                          :
  v.                                      :
                                          :   **Civil Action No. 05-1462 (GK)**
**TWENTIETH CENTURY FOX FILM**            :
**CORP., INC.**                           :
                                          :
      **Defendant.**                    :
_____:

## O R D E R

On August 9, 2005, Plaintiff arrived at the courthouse and hand-delivered a copy of his Opposition to Defendant's Motion to Dismiss to one of Judge Kessler's law clerks. As Plaintiff well knows, the proper way to file his Opposition would have been to file it with the Clerk's Office. In the future, the Court expects Plaintiff to follow the proper procedure. The Clerk of the Court is hereby directed to file the attached pleading deeming it filed as of August 9, 2005.

August 10, 2005                     __/s/_____
                                    GLADYS KESSLER
                                    United States District Judge


**Copies to**: attorneys on record via ECF and

**DAVID L. WHITEHEAD**
**9 FOURTH STREET, NE**
**Apartment 1**
**Washington, DC 20002**