UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID L. WHITEHEAD,

        PLAINTIFF,



V.

20th ~~TWENIETH~~ CENTURY FOX FILMS CORP.,

        DEFENDANT.

CASE No. 05CV1462 (GK)

MOTION TO STRIKE AND TEMPORARY RESTRAINING ORDER
AGAINST UNITED STATES MARSHALS OFFICE FOR HARASSMENT

    Comes Now plaintiff with his motion to strike defendant's motion to strike plaintiff's motion for partial summary judgment and request that a temporary restraining order is issued against the United States Marshals Office for the District of Columbia due to harassment and attempts to influence the above captioned case and witness tampering based on the following discussion below:

Motion to Strike

    The pleading/motion for partial summary judgment was filed on or about July 5, 2005 in Superior Court for the District of Columbia. Defendants failed to file an answer to the complaint and failed to file a timely response to plaintiff's motion. Defendant waited even longer and filed the motion in this court. For instance, Defendant removed the case from Superior Court on or about July 25, 2005, and filing the motion on August 1, 2005. Therefore, the court should strike the defendant's motion to strike plaintiff's motion for partial summary judgment.

Temporary Restraining Order

Plaintiff was given instructions by the US District Court Office Clerk to deliver his letter to Judges Paul L. Friedman and Thomas Hogan's chambers. Plaintiff obtained a US Marshal to escort him to the chambers of Judges Friedman and Hogan. Plaintiff submitted letters to both chambers without having any problems. Plaintiff also obtained an escort to the US Court of Appeals Office for his business.

On August 9, 2005, a Hispanic/Latino US Marshal named Tony, approached plaintiff outstide of the court house questioning plaintiff (without having an attorney presence) about going to chambers to serve his letters. Later that evening, plaintiff served a copy of his opposition to dismiss of the above captioned case to the court's law clerk. The Court's law clerk was improperly questioned by Tony's supervisor about the above matter, in which the law clerk did not have any knowledge whatsoever.

Plaintiff asserts that the US Marshal Office are attempting to influence the above captioned case by approaching the judge's law clerk as a intimidation tactic. These Hispanic (2) and White Marshals (2) are attempting to intimidate the plaintiff, while an ongoing investigation of the FBI is being conducted.

Contrary to the above officer's behavior, the black US Marshals treat the plaintiff with professionalism and in a friendly manner.

In short, plaintiff request that the court issue an injunction against the US Marshals who are attempting to influence the business of the court and intimidate the plaintiff and the judges law clerks. *Plaintiff is not a threat to Judge Friedman*, and asserts that Judge Friedman, as a General Partners with White & Case Partners and former Partners and spouses in Wallpark LLC, and his finances are threats to Judge Friedman and others.

In conclusion, plaintiff prays that the court will grant his motion. Opposing Counsel was unavailable to consent to the motion.

David L. Whitehead
9 Fourth St. N.E. Apt. 1
Washington, D.C. 20002

Certificate of Service

I certify under the laws of perjury that I served a copy of the pleading on the defendants on the 10th day of August 2005.

David L. Whitehead