[EX 1]



The United States of America

DAVID WHITEHEAD

is hereby recognized with the

Exceptional Performance Award

for superior accomplishment and valuable service to the Central Intelligence Agency

Washington, D.C.
13 February 1990

William H. Webster
Director of Central Intelligence

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2005 AUG 10 PM 4: 54
NANCY M. MAYER-WHITTINGTON
CLERK



[EX 2]



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

March 30, 2005

[EX 3]

Mr. David Louis Whitehead
1717 K. St. N.W.
Washington, DC 20036

Dear Mr. Whitehead:

Your communication to the Federal Bureau of Investigation (FBI), dated March 15, 2005, concerning MUR-5237 has been received by me for reply.

I am forwarding copies of your communication to our Washington Metropolitan Field Office (WFO) for review and follow up. You may be contacted by the WFO if further information is needed. Should you wish to provide any additional information, which you believe may be of investigative interest to the FBI, please furnish the specific details directly to that office located at 601 Fourth St. NW Washington, DC 20535-0002.

Sincerely yours,

Patricia Ferrick
Unit Chief
Public Corruption/Governmental
Fraud Unit

Affidavit
I testify under perjury to the truth of the statement:
On July 12, 2005
Ronald R. Collins, Director
Office of Boards and Commissions
for Govt of the District of
Columbia Exec office,
and his asst Shelly Ford
informed me that Judge
Norma Holloway Johnson
was a member of the
DC Federal Nomination Commission
in 1993         David Whitehead    7/12/05