UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID L. WHITEHEAD,

PLAINTIFF,

V.                                            CASE No. 05CV1462 (GK)

TWENIETH CENTURY FOX FILMS CORP.,

DEFENDANT.

ORDER

Upon consideration of plaintiff David L. Whitehead's motion to strike and Temporary Restraining Order (TRO) against the US Marshal Service, it is hereby ordered that the motion is granted on the ____ day of ____ 2005.

Further, the court order that the US Marshal Office cannot talk with the plaintiff without him having counsel presence.

Further, the court order that Mr. Whitehead can file pleadings in the court without having an escort.

Further, the court order that Mr. Whitehead can mail pleadings to the Chambers. He cannot visit Chambers.

Further, the court order that US Marshal Office reframe from speaking to court law clerks about Mr. Whitehead, in any attempt to influence the above captioned case, or witness tampering.

SO ORDERS.

_____
US DISTRICT JUDGE

Copies to:
Levine Sullivan Koch & Schulz, LLP
David L. Whitehead