[ EX A ]

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA



# A GUIDE TO THE
# PASSION

## 100 QUESTIONS ABOUT
## *The Passion of The Christ*

# Experience The Passion Like Never Before.

The epic film, *THE PASSION OF THE CHRIST*, is being hailed as the most powerful portrayal of the suffering and death of Jesus ever presented. The movie has changed lives, inspired hearts, and evoked questions. *The Passion of The Christ* is more than just an extraordinary Hollywood production—it is a call to reconsider the person of Jesus Christ.

*A Guide to the Passion: 100 Questions About The Passion of The Christ* was written to help you understand the many theological and artistic elements of the movie. It presents a fascinating scene-by-scene analysis of this unforgettable film experience. By understanding the film better, we not only get into the mind of its creator, but also glimpse the mind of the Creator of all things.

## The 100 questions include:

- Why did Jesus ask the Father to "let this cup pass from Me" in the Garden of Gethsemane?
- Is the devil a real being or just an artistic representation of evil?
- Why did Judas betray Jesus?
- Who is ultimately responsible for Jesus' death?
- What did Jesus mean when He called Himself "the Bread of Life"?
- Is the scourging scene of Jesus at the pillar an accurate depiction?
- Why do Mary's eyes meet the devil's straight on during Jesus' journey to Calvary?
- What is the significance of Jesus' last words to His mother and the apostle John?
- Do Christians actually believe Jesus rose from the dead?

Written by the editors of *CatholicExchange.com*, this book is an essential resource to help you appreciate the deep riches of *The Passion of The Christ*.



Catholic Exchange
Your Faith · Your Life · Your World

Ascension Press

100% of the royalties from this book will be donated to the promotion of the film and other evangelization programs.

www.evangelization.com



CATHOLIC PASSION OUTREACH

ISBN 1-932645-42-X
9 781932 645422

# A GUIDE
## TO THE
# PASSION

*100 Questions about*
## THE PASSION OF THE CHRIST

By the editors of Catholic Exchange



ASCENSION
PRESS
West Chester, PA



Catholic Exchange
Your Faith • Your Life • Your World
Encinitas, CA



... have concluded that the materials presented
in this work are free of doctrinal or moral errors.

*Nihil obstat:*   Bernadeane Carr, STL
Censor Librorum
March 2, 2004

In accord with 1983 CIC 827 § 3, permission to
publish this work is hereby granted.

*Imprimatur:*   +Robert H. Brom
Bishop of San Diego
March 2, 2004

Copyright © 2004 Catholic Exchange
All rights reserved.

For permission to reproduce the materials contained herein, please contact
the publisher at info@ascensionpress.com or at the address below.

Ascension Press
Post Office Box 1990
West Chester, PA 19380
Orders: (888) 488-6789
www.AscensionPress.com

Scripture verses contained herein are from the Catholic Edition of the Revised
Standard Version of the Bible, copyright 1965, 1966 by the Division of Christian
Education of the National Council of the Churches of Christ in the United States
of America. Used by permission. All rights reserved.

Cover design: Kinsey Caruth

Printed in the United States of America

ISBN 1-932645-42-X

I

# Introduction

By now you have most likely seen the stunning film, *The Passion of The Christ*. It is my hope that it touched your heart as it did mine and piqued your interest in learning more about the very familiar but often misunderstood story of Jesus' suffering, death, and triumph over the grave.

The release of this movie comes some ten years into my own personal re-conversion to the Catholic faith of my upbringing. Experiencing this film has not only reaffirmed my faith but has also moved me to share what I've come to know as a Catholic who discovered the treasures of our Faith for the first time after a long period of wandering in the desert. My hope is that you might have a more direct path to the full appreciation and faithful practice of the Gospel than I did.

This film arrives not a moment too soon given our ever-deteriorating entertainment culture and its tendency to distract us from serious consideration of the Great Questions—*Who am I?*, *How did I get here?*, *What must I do?* and *Where am I going?* Jesus has been placed directly in front of us by one of our most respected filmmakers and we are compelled to take notice and decide where we stand on the question of Christ. The question He asked Simon Peter 2,000 years ago is the question He still asks us: "Who do you say I am?"

As someone involved in the distribution and marketing of the film, I noticed early on the fervor with which many Protestant communities were preparing to use the film for evangelistic purposes. Websites sprang up featuring downloadable materials about Jesus and the gospels. Marketing companies began churning out posters and flyers promoting the film and their own faith communities. Tracts poured into circulation making the case for Christ as the key to peace and happiness in life.

In terms of effecting conversions and motivating people to weed out sin from their lives—which is what meditating on the Passion of Christ is all about—our evangelical brothers and sisters have been an inspiration. But can their theology adequately mine such cinematic gems as the Last Supper flashbacks or the deeply Marian themes presented in the movie? Though the founders of some of the prominent Protestant denominations believed in Christ's real presence in the Eucharist, this fact has been lost today in huge portions of American Protestantism. And without an understanding of Mary as our model in true Christian faith, one cannot begin to understand her significant role in the film. Only the fullness of Catholic faith can help us grasp these essential elements that figure so prominently in the Scriptural record, the apostolic Tradition, and the film.

*The Passion of The Christ* quite poignantly links the sacrifice of the cross with the Eucharistic sacrifice of the Mass. In doing so, it faithfully depicts biblical and Catholic teaching. Yet the Eucharistic connections between the Passion and the Mass are not obvious to many Catholics today. Indeed, speaking out of my own experience as a clueless Catholic ten years ago, I can only say that it's highly unlikely that such connections are obvious even

to those who have been born and raised in the Church. This is not because the connections are not there, but because so many people have not received an education in the Faith that equips them to *see* those connections, which are quite real and are, in fact, delineated for us in the teaching of the Church. Therefore, we at *CatholicExchange.com* see a need for this book to provide answers to some of the many questions critical to a full understanding of authentic Christianity—questions *The Passion of The Christ* will most certainly raise.

Everyone has an awareness of God and His still, small voice on some level. It is in how we respond to the voice that we define to what degree we are truly Christian. We are often just one tragedy or one near-miss away from being shaken into a keen and urgent awareness of God and what He has created and called us to be. May this movie and a careful study of its meaning and relevance take the place of that misfortune and set us in a direction of positive change and authentic conversion. May it set us on a path toward recognizing and pursuing the specific mission God has ordained for us from the beginning of time. And may we receive the grace we need to accomplish it.

*The Passion of The Christ* is a sign of contradiction in our time. May your viewing of it be the divine surprise that sets you on course and may this book be the key that helps unlock its deeper meaning and unleash the full power of Christ in your life.

—Tom Allen
Editor and President,
*CatholicExchange.com*
February 10, 2004

and future—of the entire world, and the burden of these transgressions was so profound that He may well have sweat blood.

**10) In the Garden of Gethsemane scene, shortly before the soldiers come to arrest him, we hear Jesus say the words, "Father, if it be possible, let this cup pass from Me." What does this mean?**

In His humanity, Jesus was asking God the Father if He could avoid the cross He would soon embrace. The "cup" was the cup of bitter suffering and death. In fact, when people later argued that Jesus was not fully man, this text was brought forward to prove that He did have a human will; human beings naturally desire to avoid pain and death. Yet as God, Jesus knew that there was no turning back; there was no other way to reconcile fallen humanity with God. He had to assume a debt that mankind could never pay. As an act of supreme love, He would lay down His life for His friends—us. The Bible tells us that Jesus assented to this plan of redemption ("not as I will, but as You will") and that God the Father sent angels to console Him in His agony.

**11) Why did God the Father require Jesus to take upon Himself such tremendous physical and emotional suffering?**

God is not a harsh, overbearing Father who requires the suffering of his Son. Human beings freely created a wall between themselves and God through centuries of pride, disobedience, and selfishness beginning with Adam and Eve. Jesus *freely* came into the world to perform an act of such intense humility, obedience, and love, that it would obliterate the wall

(John 10:18). The forces of human sin and demonic fury collaborated to hurl at Jesus every possible punishment and torture to turn Him back from His mission. But in so doing, they unwittingly proved the perfection of His love and provided Jesus with the Cross, the very instrument of salvation.

**12) The movie shows three other men with Jesus in the Garden. Who are they?**

They are Peter, James, and John, the three most important apostles, based on the number of times they appear in the Bible and the number of key experiences they share with Jesus.

Peter was a fisherman by trade. Originally known as Simon, he was renamed "Rock" (*Kephas* in Aramaic, *Petros* in Greek) by Jesus. At the prompting of his brother, Andrew, and at Jesus' invitation, Peter became a follower of Christ. In Matthew 16:18, Jesus states that He will establish the Church on Peter, the "rock," giving him great authority. Catholics see in this act of Christ the establishment of Peter as head of the apostles, as the head of the Church—the first pope.

James and John were brothers, the sons of Zebedee. The Bible tells us that they too were fishermen. One of the four gospels, the Book of Revelation, and three of the New Testament letters bear John's name.

**13) There is a fifth figure in the Garden, whom I later realized represented the devil. Why is the devil present in the Garden?**

The devil is there to tempt Jesus. By putting the devil in the Garden, the director faithfully reflects the

gospel of Luke. While the other three gospels present the devil as tempting Jesus only in the desert, Luke 4:13 says (following the temptations in the desert) the devil left off tempting Jesus "until an opportune time." Luke, who actually says more about the devil's activity than any of the other gospels, doesn't mention the devil again until the Last Supper, when the devil is described as influencing Judas. In Luke, Jesus also says "the reign of darkness" has come, when He is arrested. A reasonable conclusion therefore is that the "opportune time" for the devil to resume his tempting is the Passion.

14) **The devil asks Jesus a question during this scene in the Garden, saying, "Do you really believe one man can bear the full burden of sin?" Did this actually happen?**

This questioning by the devil does not appear in the Bible, so here we have an example of the filmmaker taking some creative license. Based on the other instances in the Scriptures where Jesus is tempted by the devil, however, it is entirely plausible that such an exchange could have occurred. The devil loves such "golden opportunities" to undermine our resolve when we are experiencing intense suffering.

15) **As the film's opening line of dialogue between Christ and the devil, am I to assume that this question about "the burden of sin" is foundational to the entire plot?**

Yes, this exchange actually establishes the whole premise of the movie—the very meaning of Jesus' suffering and death, which, as God, He had the power to avoid. Jesus would offer Himself as the

spotless (i.e., sinless) Lamb to be sacrificed for the atonement of the sins of humanity.

16) **But why did Jesus have to die?**

As we have noted, death is the just consequence of our sin, because in sinning, we turn our backs on God, the Source of our life. Jesus took the consequences of our sin—death—in our place.

As horrific as Jesus' death was, we need to appreciate a fundamental truth of human existence: authentic love involves sacrifice. Love involves the total giving of self. Love can even mean "[laying] down one's life for one's friends" (John 15:13). So there is a transcendent meaning in sacrifice and suffering. If endured for the good of others, it is truly sanctifying and salvific. To a world that tries to avoid discomfort of any sort, this seems ridiculous. Instead, it is just one of countless examples of how the way of Truth runs counter to human expectations. This, by the way, has always been the case. The first people to hear the story of Jesus were just as struck as we are today at the strangeness of it. St. Paul wrote 2,000 years ago, "For the word of the cross is folly to those who are perishing, but to us who are being saved it is the power of God" (1 Corinthians 1:18).

17) **Couldn't God have chosen to simply declare humanity's relationship with Him restored? Why did He choose such an extreme and bloody means of reconciling the world to Himself?**

In suffering, we actually come to understand more about God's unfathomable love. The idea that God reveals His love for us through the Passion and

death of Christ is stated clearly in the Bible when Jesus (after His resurrection) reveals to His disciples: "Was it not necessary that the Christ should suffer these things and enter into His glory?" (Luke 24: 26). Why was suffering necessary? To restore to us what the original humans (Adam and Eve) had lost through disobedience. In their disobedience, they sinned against God's law and began to love themselves and other things more than they loved God—who should be first in every person's heart. They lost the privilege of life with God and when they lost it, they lost it for us as well.

Love involves self-giving, the sacrificing of our self-ish desires for the good of another. After the Fall, human desires became self-seeking and disordered. Christ's redemption for us—His taking on of the burden of sin—not only restored our relationship with God, but also taught us the true meaning of love: sacrifice. In short, words are cheap. It is through actions that we prove our love. To understand suffering for love is to understand God. To understand God is to understand life.

**18) Things are starting to connect for me now. Didn't the timing of the Christ's Passion have something to do with the Jewish Passover?**

Yes, and this explains much. For those of you who are familiar with the Bible (or have seen the epic film, *The Ten Commandments*), you will remember that God called Moses to lead his people out of slavery in Egypt (see Exodus 3:4-10). This event, which occurred about 1,200 years before the birth of Jesus, is key to understanding Christ's Passion, because the Passion is the fulfillment of the Jewish Passover ritual.

As Scripture tells us, the night the Hebrews were set free from slavery in Egypt, God sent the angel of death to claim the first-born of every household. The Lord promised, however, that death would "pass over" His chosen people *if* they put the blood of a lamb on their doorposts; the blood would save them (see Exodus, chapters 11 and 12). After more than 1,000 years of the Jewish people commemorating this saving event of Passover, Jesus came as the ultimate Passover offering and revealed its full meaning: by the shedding of His blood—the blood of the spotless, sinless Lamb of God—sin and death are finally conquered; they no longer have power over us.

The Passover event of Exodus is a foreshadowing of Christ's death on the cross. The blood of Jesus, the perfect "Lamb," would be sprinkled on the cross (the doorpost) for His followers. All who accept Christ and keep His commandments will be saved by His blood; death "passes over" them, for they have eternal life. That is exactly why Jesus began His own Passion by celebrating the Passover with His disciples and transforming it into the Eucharist, the meal in which we now receive His Body under the form of bread and the cup of His Blood under the form of wine, which saves us from eternal death.

**19) Is this the reason why there's so much blood in this movie?**

Yes. The blood is key to understanding the sacrifice of the Lamb—Jesus, who took away the sin of the world. Just as blood is shed by soldiers who lay down their lives for their country or by mothers in childbirth, sacrificial love often involves the shedding of blood. It is no coincidence that the

Passion of Christ took place precisely at the time of the Jewish Passover. It is one of many fulfillments of Old Testament prophecy and is fundamental to understanding God's actions throughout history to save the human race.

**20) Let's go back to the dialogue in the Garden between Jesus and the devil. The devil states that the price of saving people's souls would be too costly. What does he mean by these words?**

This is merely the devil's futile attempt to dissuade Jesus from accepting the cross and fulfilling His mission. He was saying to Jesus that the amount of suffering He would endure would be too great a price to pay.

Having rejected God, the devil surely harbors immense hatred for the Creator. We also know from Scripture that he intends to wage spiritual battle against humans, God's special creation. We read in Genesis, "I will put enmity between you and the woman, and between your seed and her seed" (Genesis 3:15). This enmity includes desiring that humans lose their salvation. Thus he did what he could to try to discourage and prevent Jesus from accomplishing His saving mission.

**21) The devil unleashes a snake in the Garden of Gethsemane and Jesus crushes it under His foot. What is the symbolism here?**

Since this action is not mentioned in the Bible, it represents another instance of the director taking some artistic license for dramatic effect. However, the *symbolism* of Jesus' action *is* rooted in the

Scriptures. In the book of Genesis, God reveals that the "seed of the woman" (representing both mankind and, ultimately, Jesus, who is the "Son of Man" and representative of all humanity) will "bruise the head" of the serpent (Genesis 3:15). Jesus is the "new Adam" (see 1 Corinthians 15:22), restoring what the first Adam had lost through sin. So Jesus' crushing of the serpent in this scene is used here as a foreshadowing of Christ's victory over the devil and over sin and death through His suffering, death, and resurrection.

**22) Is the devil character in the film meant to represent an actual spiritual being or is he merely symbolic of the "evil" in the world?**

Far from being some abstract personification of "evil," the devil is an actual spiritual being—a fallen angel (or demon). Though this idea sounds quaint or old-fashioned to modern ears, the Catholic Church has consistently taught that the devil is a real being with formidable will and intellect. Being a pure spirit, he is not subject to the laws of the physical world. His natural intellectual abilities far surpass those of human beings. Both the Bible and the Tradition of the Church teach that the devil (also called Satan—meaning "adversary," or Lucifer—"light bearer" was the most glorious of the angels, but pride and envy caused him and his followers to rebel against God. As a result of this rebellion, Satan and the other fallen angels (or demons) were cast from God's presence, a separation that will exist for all eternity.

Given the devil's rejection of God, we can reason that he is consumed with hatred towards God and

those made in God's image and likeness—humans. Satan, therefore, is surely relentless in his desire to have you and me lose our souls and be separated eternally from the God who loves us. In the movie, and particularly in the scene in the Garden, his aim is to derail Christ's mission on earth—a mission of love, truth, and salvation.

### 23) I have heard people, including some Christian teachers, explain that Satan is not real.

Believing in the devil may seem passé to the supposedly "enlightened," but this is a grave mistake. As C.S. Lewis points out in *The Screwtape Letters*, the widespread disbelief in Satan's existence is actually an ingenious move on the part of the Evil One. If he can convince men that he does not exist—that he is as "real" as the boogeyman—then we will not be on guard against him. And if we're not on guard against him, we will almost certainly fall into his traps. Because the reality is that he desperately wants your soul.

Jesus refers to the devil many times in Scripture. For example, in Matthew 25:41, He condemns those who refuse to follow His will and love their neighbor with the words, "Depart from me, you cursed, into the eternal fire prepared for the devil and his angels." In these words, Jesus joins the fate of those who refuse to do His will with that of the devil—namely, hell. The apostle John makes the essential mission of Jesus clear in his first letter: "The reason the Son of God appeared was to destroy the works of the devil" (1 John 3:8).

### 24) While we're on the subject of the devil, please define "sin" for me.

Sin is any free, deliberate behavior on our part that we know offends God and breaks His law.

### 25) Why is sin such a big deal?

First of all because God, as our creator and loving Father, deserves all of our love, respect, and obedience. But He really does not need our obedience—we do. For He loves us more than we love ourselves and knows us better than we know ourselves. So every time we say "no" to Him and His will, we damage ourselves and others. Some sin, called venial or light, weakens our relationship with Him. Mortal or deadly sin ruptures our relationship with Him. This relationship is restored by turning away from sin and seeking His grace.

### 26) Why is there so much sin and opposition to God?

Because of the sin of our first parents (*original sin*), we inherit a humanity that has a natural tendency towards sin. But that is not the whole story. Satan is a master at deceitful advertising. He makes sin appear glamorous and desirable, just as he did in the Garden of Eden (Genesis 3). He tries to convince us that God forbids things not because they are harmful, but because they will make us like Him and He wants to keep us down, subservient, under His feet. So Satan markets sin as liberating while it is the exact opposite—enslaving. Our first parents fell for it, and so do we.

Pilate was profoundly disturbed—even haunted—by Jesus and truly distressed about the role he found himself playing in this drama. Nevertheless, whatever distress he felt, he still used his authority to have the innocent God-Man crucified.

**57) After Pilate proclaims that neither he nor Herod has found fault with Jesus, we are introduced to the criminal Barabbas. Why does Pilate offer to release a prisoner at that point?**

He does this simply because it was his custom to release a prisoner every year at Passover as a gesture of Roman "good will." This was the optimal time from a public relations standpoint to make such a gesture because Jerusalem was filled with pilgrims from many lands who had come to celebrate the Passover.

The release of Barabbas is troubling because he was a known murderer and political zealot—a clear danger to the Roman state. His release added insult to injury. Jesus' own people, for whom He had demonstrated great love and worked many miracles, chose to free a murderer rather than the innocent Son of God. (It is interesting to note that the name *Barabbas* literally means "son of the father." This is particularly ironic in that the true "Son of the Father"—Jesus—was standing right in front of them.)

**58) The most powerful (and, frankly, the most difficult) part of the movie to watch is the whipping of Jesus. Why did the director make this scene so violent?**

Historical records indicate that the practice of scourging was horrible and very bloody. In our own

land, the experience of African American slaves during several hundred years of bondage bears witness to this fact. Also, the evidence from the Shroud of Turin—believed by many to be the actual burial cloth of Jesus—shows that the back of the man on the shroud was severely bruised and bloodied. The director's stated intention in making *The Passion of The Christ* was to show the brutal reality of what Jesus actually experienced.

One simply needs to see the instruments of scourging to understand something of its horror. In Pierre Barbet's book, *A Doctor at Calvary*, we find this description:

> ...a distinctively Roman instrument was used; the flagrum. It had a short handle, to which were attached several long, thick thongs, usually two of them. At a little distance from the end balls of lead or the small bones of sheep were inserted...The thongs would cut the skin and the balls and the little bones would dig deep contused wounds into it. There would be a good deal of hemorrhage and considerable lowering of vital resistance.

In the movie, the devil is present at Jesus' scourging. We see Satan holding a grotesque baby demon in his arms and swirling around the action of this sequence, inciting the torturers to maximum violence and brutality. This was the devil's moment, in which he thought he was winning the battle with God.

## 59) Why is the scene so long?

Because the scourging took about that long. It was so brutal that it nearly succeeded in killing Jesus prior to His crucifixion. The scourging of Jesus is

Case 1:05-cv-01123-OK    Document 15-2    Filed 08/08/2005    Page 14 of 45

Mary, as a mother, demonstrates here more than just a maternal love of her Son; she shows her understanding of the sacredness of His blood.

**62) In the scene in which Jesus saves the woman caught in adultery from being stoned, we see Him writing in the sand. What is the significance of this act?**

This scene is taken directly from the New Testament (John 8:3-11). Some theologians and biblical scholars have speculated that Jesus was perhaps writing down the sins of the men who were about to stone her. Others note that Jesus' action recalls the One who gave the Law in the first place on Mount Sinai, for Exodus describes the Ten Commandments (including "You shall not commit adultery") being written in stone by the "finger of God." Therefore it is fitting that the One who gave the Law, now grants mercy. At any rate, it is from this incident we get the challenging words, "Let him who is without sin ... be the first to throw a stone at her" (John 8:7).

**63) Before we leave the scourging scene, please explain the meaning of the baby demon that is being held by the devil.**

This is yet another example of artistic license taken by the director. Its symbolism is both disconcerting and powerful. Here are a few likely interpretations: first, the devil wants to corrupt anything that is good and beautiful in God's creation. The image of the hideous demon child could simply be seen as a very tangible depiction of moral ugliness. A second interpretation would be to show the gift of life—a human child—in such a depraved manner. This image could very well be symbolic of our

contemporary culture's frequent disdain of children (as revealed through the widespread acceptance of abortion and the reality of child abuse). A final interpretation of this scene is the contrast between Mary's gazing on her child, Jesus, and Satan's embracing of this child. You probably also noticed the smile on the demon child's face. This sends the message to the audience that he is delighting in Jesus' suffering.

**64) Did Pilate think that, by exclaiming, "Ecce homo!", "Behold the man!"—and showing Jesus' torment, the crowd's bloodlust would be satisfied?**

Here we see a vivid contrast between a man who still has a shred of compassion left in his heart set against a seething mob whose appetites for greater spectacle can't be satiated. Sadly, this is a perceptive portrayal of the human condition: our appetites for sin and vice, once we indulge them, grow ever stronger and can never, ultimately, be satisfied.

**65) Why is a contrast established between Pilate's "washing his hands" and Jesus purifying His hands at the Last Supper?**

To "wash one's hands" of responsibility for something is a popular expression in our culture that comes directly from this historic event. Pilate "washes his hands" of Jesus' imminent crucifixion to show that, in his mind, he bears no responsibility for it (see Matthew 27:24). In this symbolic act, Pilate says that he has tried to do what is right and have Jesus released, but that the Temple authorities and the crowd would not allow him. So now he's

**86) What words are written on the sign that is nailed above Jesus' head?**

Placed on the cross by order of Pontius Pilate and written in Hebrew, Latin, and Greek, the sign reads: "Jesus of Nazareth, King of the Jews" (see John 19: 19-20). The letters usually seen on a crucifix are INRI – an abbreviation of the Latin *Iesus Nazarenus, Rex Iudaeorum*. Though not portrayed in the film, the Bible tells us that the Jewish leaders returned to Pilate and demanded that the sign be changed to read: "*This man said,* 'I am the King of the Jews'" (John 19:21). But Pilate dismissed them, saying, "What I have written, I have written" (John 19:22). The Church of the Holy Cross in Rome houses various relics of the Passion including what appears to be a piece of this sign.

**87) What is the meaning of Jesus' dramatic words from the cross, "*Eloi, Eloi, lama sabachthani*"?**

These are Aramaic words meaning "My God, my God, why have you forsaken me?" From the depths of His human nature, Jesus cries out in anguish to His Father. Some have misinterpreted these words to mean that Jesus was in despair, and had not expected the crucifixion. We must be careful here, though, not to draw an inaccurate conclusion about Jesus, namely, that He is not divine or is somehow less than God. This is not the proper understanding of His words of abandonment. Jesus, as a divine Person, knew the plan of salvation from all eternity; He shares the same nature as the Father and the Holy Spirit.

Rather, what we see here is the true humanity of Jesus. He didn't just look like us, but also felt

**96) Why does the devil react in such a frenzied manner to Christ's death on the Cross?**

It appears that the devil, in the frightening isolation this scene depicts, is expressing rage and torment at his defeat. The devil's prediction in the Garden about the inability of one man to "bear the full burden of sin" was proved false—Jesus was actually able to go through with the Passion and to accomplish His redemptive mission. The devil was completely defeated at Calvary.

**97) There seems to be a conversion of a Roman soldier at the end. What do we know of him?**

Scripture records that one of the soldiers present at the crucifixion was so moved by the way Jesus died that he declared, "Surely this was a righteous man." Another gospel writer tells us he said, "Truly this man was the Son of God!" Catholic tradition tells us that this soldier became a Christian. The book and movie *The Robe* portray this soldier as the winner of the dice toss for Jesus' robe.

**98) The heart-wrenching shot near the end of the film of Mary at the foot of the cross staring straight at us while holding her dead Son is very moving. What does it mean?**

One could argue that this scene is the cinematic equivalent of Michelangelo's "Pietà" in its beauty and poignancy. It drives home the point through Mary's wounded, loving gaze that our collective sins killed her Son, but that His death has brought hope to mankind.

**99) The movie closes with the Resurrection. Do Christians really believe that Jesus rose from the dead?**

Yes, we do. The Resurrection is one of the most important dogmas of the Catholic faith. St. Paul states this most eloquently in his first letter to the Corinthians: "If Christ has not been raised [from the dead], then our preaching is in vain and your faith is in vain" (1 Corinthians 15:14). It is only in His resurrection that Jesus conquers the power of death and gives us the hope that our own bodies will be raised. Our hope of eternal life, then, rests upon our belief in the resurrection of Christ.

**100) What happens after Jesus leaves the tomb?**

Read the Gospels and the Acts of the Apostles to find out!

61

# PART 2
## THE CASE FOR CHRIST



We live in a pluralistic society, one in which a wide variety of religious expressions is the norm. In such a society, many believe that all paths lead to God; that one religion is as good as another. This would be true if all "paths" were merely man-made. And, if all religions *were* created by men, it would be arrogant to claim that one path is truer than another. But what if a particular path was not of merely human origin? What if one path *was* given to us directly by God?

Both history and God's Word—the Bible and Sacred Tradition—have revealed that one person among all others was unique. His name was Jesus Christ. The main difference between Jesus and, say, Buddha, or Muhammad, or Confucius, is that they never claimed to be or showed themselves to be divine. Through His preaching and miracles, Jesus showed that He was indeed the Messiah, the eternal Word of God who, at a specific time in human history, became flesh and dwelt among us.

The best known religious figures (such as Buddha, Muhammad, and Confucius) proclaimed the truth in many real—but partial—ways. Some of them, not all, even proclaimed the truth that there is one God. In short, it is one thing to *talk* about God. Many great and good people have done so over the ages. Jesus, though, is different; He *claimed to be God.*

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2005 AUG -9 PM 3: 56

NANCY M. WHITTINGTON
CLERK

*needs Editing*

**THE PLAY**

*Mr. Johnson*

[ EX B ]

# GOD vs. SATAN
## (A Theoretical Analysis)

By: DAvid L. Whitehead

301-5678262

**Copyright 1996 by David L. Whitehead**

All rights reserved.  No part of this book may be reproduced
or tansmitted in any form or by any means, without the
permission of the publisher, except where paragraphs are
permitted by law.

Cover design by Lucey Josey.

# INTRODUCTION I

This book is dedicated to the religious community. Moreover, since several members of my immediate family have preached and continue to preach the word of God, I thought that I might touch on the subject of religion, which is powerful. What fascinates me about the subject is: God continues to demonstrate his power over Satan's power, however, Satan refuse to be defeated, knowing that he has limited powers and time. Thus he continues to roam the earth challenging the power of GOD!

*The Play is basically about Satan's struggle against the Power of God!*

# PROLOGUE

Throughout history Satan challenged the power and spirit of God. We must understand that this battle continues as the World heads towards the 21st century.

*We see Deliah cutting Sampson's hair while SATAN is laughing. Sampson rises and push the pillars, screaming God Prays*

{We hear music "Go Down Moses."}

*choir sings*

**Reader I:**

" In the beginning God created the heavens and the earth." **(Genesis 1)**

"Now the earth was formless and empty, darkness was over the surface of the deep, and the spirit of God was hovering over the waters." **Ibid. 1-2**

"And God said, "Let there be light," and there was light." **Ibid. 1-3**

"And God saw that the light was good, and he separated the light from the darkness. **Ibid. 1-4** God called the light "day" and the darkness he called "night." And there was evening, and there was morning -- the first day." **Ibid. 1-5**

" And God said, "Let there be an expanse between the waters to separate water from water." **Ibid. 1-6**

"So God made the expanse and separated the water under the expanse from the water above it. And it was so." **Ibid. 1-7**

"God called the expanse "sky". And there was evening, and there was morning -- the second day. **Ibid. 1-8**

"And God said, "Let the water under the sky be gathered to one place, and let dry ground appear." **Ibid. 1-9**

"And it was so." **Ibid.**

"God called the dry ground "land," and the gathered waters he called "seas," And God saw that it was good." **Ibid. 1-10**

"Then God said, "Let the land produce vegetation: seed-bearing plants and trees on the land that bear fruit with seed in it according to their various kinds. And it was so." **Ibid. 1-11**

"The land produced vegetation: plants bearing seed according to their kinds and trees bearing fruit with seed in it according to their kinds. And God saw that it was good." **Ibid. 1-12**

"And there was evening, and there was morning -- the third day." **Ibid. 1-13**

" And God said, "Let there be lights in the expanse of the sky to separate the day from the night, and let them serve as signs to mark seasons and days and years, **Ibid. 1-14.**

and let them be lights in the expanse of the sky to give light on the earth. And it was so." **Ibid. 1-15**

"God made two great lights -- the greater light to govern the day and the lesser light to govern the night. He also made the stars." **Ibid. 1-16**

3

" God set them in the expanse of the sky to give light on the earth, " to govern the
day and the night, and to separate light from darkness. And God saw that it was good."
**Ibid.   1-18**

"And there was evening, and there was morning -- the fourth day." Ibid.  **1-19.**
" And God said, "Let the water teem with living creatures, and let birds fly above
the earth across the expanse of the sky." **Ibid. 1-20**
" So God created the great creatures of the sea and every living and moving thing
with which the water teems, according to their kinds, and every winged bird according to
its kind.  And God saw that it was good." **Ibid. 1-21**
" God blessed them and said, "Be fruitful and increase in number and fill the water
in the seas and let the birds increase on the earth." **Ibid. 1-22**
"And there was evening, and there was morning -- the fifth day." **Ibid. 1-23**
"And God said, "Let the Land produce living creatures according to their kinds
livestock, creatures that move along the ground, and wild animals, each according to its
kind."  "And it was so." **Ibid. 1-24**
"God made the wild animals according to their kinds, the livestock according to
their kinds, and all the creatures that move along the ground according to their kinds.  And
God saw that it was good." **Ibid. 1-25**
" Then God said, Let us make man in our image, and let them rule
over the fish of the sea and the birds of the air, over the livestock,  over all the earth, and
over the creatures that move along the ground." **Ibid. 1-26**
"So God created man in his own image, in the image of God, he created him.
Male,  and female. (Adam enters, asleep) he created them." **Ibid. 1-27**
"God blessed them and said to them, (God's voice) "Be fruitful and increase in
number; fill the earth and subdue it.  Rule over the fish of the sea and the birds of the air
and over every living creature that moves on the ground." **Ibid. 1-28**
'Then God said, **(God's voice)** "I give you every seed - bearing plant on the
face of the whole earth and every tree that has fruit with seed in it.  They will be yours for
food." **Ibid. 1-29**
"And to all the beasts of the earth and all the birds of the air and all the creatures that
move on the ground - everything that has the breath of life in it - I give every green plant
for food.  And it was so." **Ibid. 1-30**
"God saw all that he had made, and it was very good.  And there was evening, and
there was morning - the sixth day."  "Thus the heavens and the earth were completed in all
their vast array." **Ibid.**
"By the seventh day God had finished the work he had been doing; so on the
seventh day he rested from all his work." **2-3**
"And God blessed the seventh day and made it holy, because on it he rested from
all the work of creating that he had done." **Ibid.**

**(Voice of God.)**

**God:**               Adam, "you are free to eat from any tree in the garden; 2-16
but you must not eat from the tree of the knowledge of good and evil, for when you eat of
it, you will surely die." **2-17  (Adam sleeping.)**
"It's not good for the man to be alone.  I will make a helper suitable for him."
**2-18  (Satan is listening.  Eve enters.  Adam awake.)**

**Adam:**    "This is now bone of my bones and flesh of my flesh; She shall be called
'Woman," for she was taken out of man." **2-23**

4

**Act I**
**Scene I**        <u>Adam, Eve, and Satan</u>

( Adam and Eve in the Garden of Eden. **We hear the voice of God.**)

**God:** Adam! Adam! Adam, are you happy that I have given you companionship?

*my body*

**Adam:** Yes, my lord! Eve is so beautiful. Did you make her out of ~~clay~~? It's good to have a woman with me, in the Garden of Eden. A beautiful place.

*yes, I made her from one of your ribs.*

**God:** Listen now Adam, "You are free to eat from any tree in the garden; but you must not eat from the tree of the knowledge of good and evil, when you eat of it you will surely die." **2-17 (Satan is listening.)**
"Of all the fruit in the Garden you can eat except of the "tree of knowledge" for the day thou eate of that tree, thou shall surely die."**(3-1)**

**Adam:** Father, will I die as a human being or in spirit?

**God:** Adam, surely you will die, if you eate of that tree in the Garden.

**Adam:** OK, Father, I will not eate of the tree in the Garden. I will never disobey you.

**(We see Eve roaming the garden. Satan enters.)**

**Satan:** Eve! Eve! What are you doing? Where's Adam?

**Eve:** I am roaming the Garden of Eden. May I ask, "Who are you?" And how did you learn my name? And how do you know about Adam?

*, one of God's beautiful angels*

**Satan:** My name is Satan. I am ~~an angel of God~~; Did he tell you and Adam about me? I saw God creating you. He did a beautiful job. You are a lovely lady.

**Eve:** No, God did not tell us about you. Are you special?

*every precious stone adorned me: ruby, onyx, emerald, corsolite and jasper, + other wi sapphire, turquoise and beryl.*

**Satan:** Yes, I am special! I cause misery. Why don't you eat the beautiful fruit of the tree. You see the nice tree in the middle of the garden. The fruit on it is good. It's delicious! And it will give you knowledge.

*my settings and mountings were made of gold.*

*EZEK. 5*

*[handwritten: beautiful]*

**Satan:** God, you can't do this to me! I am Satan, one of your angels. If you cast me from heaven, I will corrupt all of the other angels, and take them with me. We'll roam the earth causing misery throughout your new world.

*[handwritten: LALA song]*

**God:** Satan, you have no power; I can destroy you now. But Satan, go ahead, try to persuade the other angels away from the kingdom of God, called Heaven.

*[handwritten: Satan sings/hums, Coolio's a GANGSTA'S PARADISE): La La LaL La La La La La La La La attempting to gain influence.]*

(Other angels enter. We see War between the angels. Satan and other angels are cast from heaven and hurled down to earth. (We hear song by Michael Jackson's "We You Be There") (We see God talking to Adam and Eve.) *[handwritten: Will hear]*

**God:** Eve, "I will greatly increase your pains in childbearing; with pain you will give birth to children; Your desire will be for your husband, and he will rule over you." **(3-16)**

Adam, "because you listened to your wife and ate from the tree about which I commanded you, you must not eat of it, "Cursed is the ground because of you; through painful toil you will eat of it all the days of your life. **(3-17)**

**Adam:** No, my Lord, no! Please give me another chance, I love you, father!!! This woman you gave me (he cries.) She did it; she persuaded me to eat from the tree of knowledge. She has power -- Satan gave her power in the garden.

**God:** "It will produce thorns and thistles for you, and you will eat the plants of the field." **(3-18)**

**Adam:** I can't bear this pain; and the though of leaving the garden of eden, in heaven; to live on earth with Satan and his angels; there has to be a better way?

**God:** "By the sweat of your brow you will eat your food until you return to the ground, since from it dust you are and to dust you will return." **(3-19)** *[handwritten: were taken; for dust you are and]*
~~Man now understands good and evil.~~ He must not be allowed to reach out his hand and take also from the tree of life and eat, and live forever."

(God banishes Adam and Eve from the Garden of Eden. We see flashes of lightning and we hear thunder.)

*[handwritten: "The man has now become like one of us knowing good and evil.]*

8

**(3-29)** "The bride belongs to the bridegroom. The friend who attends the bridegroom waits and listens for him, and is full of joy when he hears the bridegroom's voice. That joy is mine, and it is now complete. He must become greater; I must become less." ~~3-29~~ 3-30 **(3-30)** The one who comes from above is above all; the one who is from the earth belongs to the earth, and speaks as one from the earth. The one who comes from heaven is above all. **(3-31)** He testifies to what he has seen and heard, but no one accepts his testimony. **(3-32)** The man who has accepted it has certified that God is truthful **(3-33)** For the one whom God has sent speaks the words of God, for God gives the spirit without limit. **(3-34)** The Father loves the Son and has placed everything in his hands; **(3-35)** whoever believes in the son has eternal life, but whoever rejects the son will not see life, for God's wrath remains on him." **(1-36)**

*(handwritten left margin: 3-29 / loves)*

**(Light out)**

**Scene**          **The Baptism and Temptation of Jesus**
*(handwritten: (Mark))*
*(handwritten: JOHN: It is written in Isaiah the prophet: "I will send my messenger ahead of)*
**(We see Jesus baptized by John.  An Angel appears.  We hear the voice of**
**God.  1-9)** *(handwritten: you, who will prepare your way" 1-2   a voice of one calling in the desert)*

**God:** You are my Son, whom I love; with you I am well pleased." **(1-11)**
*(handwritten: "Prepare the way for the Lord, make straight paths)*
**(John arrested and exit. Satans enter.  Jesus is tempted by Satan. We see**
**Jesus praying.)** *(handwritten: for him 1-3)*

**Jesus:** Father I have not eaten for forty days and forty nights, I am hungry.

**Satan:** Pray Jesus, pray to your God. "If you are the son of God, tell these stones to become bread." **(Matt. 4-3)**

**Jesus:** Satan, "It is written: Man does not live on bread alone, but on every word that comes from the mouth of God." **(Ibid. 4-4)**
*(handwritten: lets go to the holy city and stand on the highest point of the temple.")*
**Satan:** Jesus, ~~stand here on this temple,~~ "If you are the son of God, throw yourself down. For it is written: "He will command his angels concerning you, and they will lift you up in their hands, so that you will not strike your foot against a stone. **(Ibid. 4-6)**

**Jesus:** Satan, "It is also written:  Do not put the Lord your God to the test." **(Ibid. 4-7)**

**Satan:** Jesus let's go to the highest point of the mountain, and I will show you all the Kingdoms of the world and their splendor. **(Ibid. 4-8)**
All this I will give you, if you will bow down and worship me." **(Ibid. 4-9)**

**Jesus:** "Away from me, Satan! For it is written: 'Worship the Lord your God, and serve him only" **(Ibid. 4-10)**

**Satan:** I will return, Jesus! I will be back!  At an opportune time **(Luke 4-13)**

**(Satan exit.  Angels enter.  They attends Jesus.)**

*(handwritten: After me will come one more powerful than I, the)*

**Scene**          **Jesus Ministry and Movement**

*(handwritten: thongs of whose sandals I am not worthy to stoop down and untie, I baptize you with water, but he will baptize you with ... 1-8)*

39

**Jesus:** "If you can? "Everything is possible for him who believes."
**(Ibid.  9-23)**

**Man:** Teacher, "I do believe; help me overcome my unbelief!"
**(Ibid.  9-24)**

**(Crowd scant: Save him! Save him, Master!)**

**(Jesus praying)**

**Jesus:** "You deaf and mute spirit, I command you, come out of him
and never enter him again." 9-25
**(Satan and evil spirit leaves the child. Ibid. 9-25.  Boy
lying as dead, "Jesus took him by the hand and lifted him to
his feet and he stood up. 9-27.)**

**(Jesus talks with disciples.)**

**Disciples:** Lord, "Why couldn't we drive it out?" (9-29)   9-29

**Jesus:** "This kind can come out only by prayer." / I must tell you
something "The son of man is going to be betrayed into the hands of
men. They will kill him, and after three days he will rise." **(9-31)**   9-29

**(We see Jesus healing A Man with Leprosy.)**

**Man:** Lord, "If you are willing you can make me clean."
**(Mark  1-40)**

**(Jesus touches the man.)**

**Jesus:** "I am willing;"  "Be clean!" **(1-41)**

**Man:** I am cured! I am cured! Thank you, thank you, teacher.

"Look, your house is left to you desolate.' **(23-38)**
"For I tell you, you will not see me again until you say, 'Blessed is he who comes in the name of the Lord." **(23-39)**

Act III                      *Intermission*

*Dialogue!*

### Jesus continues to preach

**Scene**

**Jesus:** The kingdom of heaven is likened unto a man which sowed good seed in his field: But while men slept, his enemy came and sowed tares among the wheat, and went his way. But when the blade was sprung up, and brought forth fruit, then appeared the tares also. So the servants of the house-holder came and said unto him, Sir, didst not thou sow good seed in thy field? from whence then hath it tares? He said unto them, an enemy hath done this. The servant said unto him, wilt thou then that we go and gather them up? But he said, nay; lest while ye gather up the tares, ye root up also the wheat with them. Let both grow together until the harvest: and in the time of harvest I will say to the reapers, Gather ye together first the tares, and bind them in bundles to burn them: but gather the wheat into my barn. The kingdom of heaven is like unto leaven, which a woman took and hid in three measures of meal, till the whole was leavened. That it might be fulfilled which was spoken by the prophet, saying, I will open my mouth in parables; I will utter things which have been kept secret from the foundation of the world. (Jesus sent the multitude away.)
GO away! (he exit.)

*The kingdom of heaven is like to a grain of mustard seed, which a man took, and sowed in his field; which indeed is the least of all seeds: but when it is grown, it is the greatest among herbs, and becometh a tree, so that the birds of the air come and lodge in the branches thereof.*

58

**Disciples:**   Declare unto us the parable of the tares of the field.

**Jesus:**   He that soweth the good seed is the son of man; the field is the world; the good seed are the children of the kingdom; but the tares are the children of the wicked one; the enemy that sowed them is the devil; the harvest is the end of the world; and the reapers are the angels.   As therefore the tares are gathered and burned in the fire; So shall it be in the end of the world.   The son of man shall send forth his angels, and they shall gather out of his kingdom all things that offend, and them which do iniquity; And shall cast them into a furnace of fire:   there shall be wailing, furnace of fire:   there shall be wailing and gnashing of teeth.   Then shall the righteous shine forth as the sun in the kingdom of their Father. Who hath ears to hear, let him hear.   Again, the kingdom of heaven is like unto treasure hid in a field; the which when a man hath found, he hideth, and for joy thereof goeth and selleth all that he hath, and buyeth that field. Again, the kingdom of heaven is like unto a merchant man, seeking godly pearls: who, when he had found one pearl of great price, when and sold all that he had, and bought i.   Again, the kingdom of heaven is like unto a net, that was cast into the sea, and gathered of ev_ery kind:   which, when it was full, they drew to shore,   and sat down, and gathered the good into_ vessels, but cast the bad away.   So shall it be at the end of the world: the angels shall come forth, and sever the wicked from among the just, and shall cast them into the furnace of fire: there shall be wailing and gnashing of teeth. Have ye understood all these things?

**Disciples:**   Yea, Lord.

**Jesus:**   Therefore every scribe which is instructed unto the kingdom of heaven is like unto a man that is an householder, which bringeth forth out of his treasure things new and old.   (Jesus exit.   **The parables of the Sower, the mustard seed, the Tares, and the Hidden Treasure.   From the Gospel of Matthew.**)

"I tell you the truth, one of you will betray me—one who is eating with me." (14-18)

(Disciples saddened; one by one said to Jesus "Surely not I?) 14-19

Jesus: "It is one of the Twelve, one who dips bread into the bowl with me." (14-20)
"The Son of man will go just as it is written about him.  But  woe to that man who betrays the Son of Man!  IT would be better for him if he had not been born."  (14-21)

(We see Jesus breaking bread and giving thanks.)

Jesus:  "Take it, this is my body!"  (Takes cup and gave thanks.  Mark 14-23)
"This is my blood of the covenant, wich is poured out for many, (14-24)
"I tell you the truth, I will not drink again of the fruit of the vine until that day, when I drink it anew in the Kingdom of God."  (14-25)

(Looking at Disciples)

Simon Peter:  "Ask him which one he means."  (Talking to Jesus.)
"Lord, who is it?"  (John 13-25)

Jesus:  "It is the one to whom I will give this piece of bread when I have dipped it in the dish."  (13-26)

(We see Jesus "dipping the piece of bread, has gave it to Judas Iscariot, son of Simon. Ibid.  Judas takes the bread and Satan enters near him.)

Jesus:  "What you are about to do, do quickly."  Ibid.

(Satan leads Judas away.)

Jesus:  "You will all fall away, for it is written.  'I will strike the shepherd, and the sheep will be scattered.'  (Mark 14-27)

"But after I have risen, I will go ahead of you into Galilee." (14-28)

Peter: "Even if all fall away, I will not. " (14-29)

Jesus: "I tell you the truth, today - yes, tonight - before the rooster crows twice you yourself will disown me three times." (14-30)

Peter: "Even if I have to die with you, I will never disown you." (And all the others said the same.") (14-31)

others: Never! Never! We will not disown you.

Scene                    At Gethsemane
                         ( mark)

Jesus: " Sit here while I pray. " (14-32)
"My soul is overwhelmed with sorrow to the point of death." (14-34)
"Stay here and keep watch." Ibid. (He walks away and
He falls to
(On the ground, praying) 14-35

il (Abba) "Father, everything is possible for you.  Take this cup from me.  Yet not what I will, but what you will." (14-36)

(Disciples sleeping)

Jesus: "Simon, are you asleep?  Could you not keep watch for one hour?"   (14-37)
"Watch and pray so that you will not fall into temptation.  The spirit is willing, but the body is weak." (14-38)   (Continue to pray.) )
"Father, everything is possible for you.  Take this cup from me.  Yet not what I will, but what you will."  (14-39) (He left and returned)
(Disciples sleeping.) 14-40
"Are you still sleeping and resting?  Enough!  The hour has come, Look, the Son of Man is betrayed into the hands of sinners.! (14-41)
"Rise!  Let us go!  Here comes my betrayer!" (14-42)

(Judas enters, with a crowd armed with swords and clubs.) 14-43.

Judas: "The one I kiss!!! is the man;  arrest him and lead him away under guard."  (14-44)

74

(Approaching Jesus)

Judas: "Rabbi!" (Kissed him) *(mark)* 14-45
" Greetings, Rabbi!" and kissed him [ matt 26-49 ]

Jesus: "Judas, Friend, do what you come for." (Matthew 26-50)
"Judas, are you betraying the Son of Man with a kiss?"
(Luke 22-48)
"Who is it you want?" (John 18-4)

Crowd: "Jesus of Nazareth." (18-5)

Jesus: "I am he! Ibid.

(Crowd fell to ground.) 18-6

Jesus: "Who is it you want?"

Crowd: "Jesus of Nazareth." (18-7)

Jesus: "I told you that I am he, If you are looking for me, then let
these men go." (18-8)

(Simon Peter, drew the Sword, and struck the high Priest's servant,
cutting off his right ear.) John 18-10
Jesus: "NO more of this!" [Jesus touched the man's ear and healed him
Luke
(Talking to disciples) Jesus: "Put your sword back in its place, for all   22-5
who drew the sword will die by the sword. "Peter, put your sword
away! Shall I not drink the cup the Father has given me?" "Do you
think I cannot call on my Father, and he will at once put at my
disposal more than twelve legions of angels? (Matt 26-53)
"But how then would the scriptures be fulfilled that say it must
happen in this way?" (26-54)
(Talking to crowd)
"Am I leading a rebellion, that you have come out with swords and
clubs to capture me? Every day I sat in the temple courts teaching,
and you did not arrest me." (26-55)
"But this has all taken place that the writings of the prophets might
be fulfilled." (Ibid.) (( this is your hour when darkness
reigns." [Luke 22-53]

75

(Disciples exit. One young man fled naked.) Mark 14-52)

## Jesus's First trial

Scene    (Before the Sanhedrin on trial) *man: We heard him say, I will destroy these man-made temple and in three days will build*

Chief Priests:  "This fellow said, I am able to destroy the temple of *another not made by man.*

God and rebuild it in three days.  (Mat. 26-61) *mark 14-58*

High Priest:  (Talking to Jesus)  "Are you not going to answer ?  What is this testimony that these men are bringing against you?" (26-62)

(Jesus remain silent.)    26-53

High Priest:  "I charge you under Oath by the living God: Tell us if you are the christ, the Son of God. Ibid.
"Are you the Christ the Son of the Blessed One?" (Mark 14-61)

Jesus:  "I am!"  Ibid. 14-62
"Yes, it is as you say, but I say to all of you:  In the future you will see the Son of man sitting at the right hand of the mighty One and coming on the clouds of heaven." (Matt. 26-54)
"I have spoken openly to the world, I always taught in synagogues or at the temple, where all the Jews come together.  I said nothing in secret. "  (18-20)
"Why question me?  Ask those who heard me.  Surely they know what I said."   (18-21)

(Officials struck Jesus.)

Officials:  "Is this the way you answer the high priest?"   (John 18-22)

Jesus:  "If I said something wrong," "testify as to what is wrong.  But if I spoke the truth, why did you strike me?" (18-23)
"I am, And you will see the Son of Man sitting at the right hand of the mighty one and coming on the clouds of heaven."

76

(Tore Jesus clothes.)     (Mark 14-62)

High Priest:   "Why do we need any more witnesses?   (14-63)
"He has spoken blasphemy!" (Matt 26-65)
"Why do we need any more witnesses?   Look, now you have heard
the blasphemy." Ibid.
"What do you think?" (26-66)

Crowd:  "He is worthy of death."  Ibid.
 (They spit in Jesus face and struck him)
"Prophesy to us, Christ, who hit you?"
(Blind folded.)   "Prophesy!   Who hit you?"   (Luke 22-64)
Let us take him to Pilate.

Scene               TRIAL   (Herod and Pilate)

In the presence of Pilate, charges are made against Jesus.

77

... the testimony they are ( )ging against you?"    (Matt 2( )3)

"Aren't you going to answer?  Se how many things they are accusing you of."    (Mark 15-4)

**Chief Priests and teachers:**  "If he were not a criminal we would not have handed him over to you."  (John 18-30)

**Pilate:**  "Take him yourselves *and judge* him by your own law." (18-31)

**Chief Priests and teachers:**  "But we have no right to execute anyone."  Ibid.

Pilate: "Are you the King of the Jews?" 18-33

**Jesus:**  "Is that your own idea, or did others talk to you about me?" (John  18-34)

**Pilate:**  "Am I a Jew?"  "It was your people and your Chief Priests who handed you over to me.  What is it you have done?" (18-35)

**Jesus:**  "My Kingdom is not of this world.  If it were, my servants would fight to prevent my arrest by the Jews.  But now my Kingdom is from another place." (18-36)

**Pilate:**  "You are a King, then!"   (18-37)

**Jesus:**  "You are right in saying I am a King.  In fact, for this reason I was born, and for this I came into the World for to testify to the truth.  Everyone on the side of truth listens to me." **Ibid.**

**Pilate:**  "What is truth?" (18-38)   (Pause)  But it is your custom "I find no basis for a charge against him." **Ibid.** or me to release to you one prisoner at the time of the Passover. ⟶

**High Priests and teachers:**  "He stirs up the people all over Judea by his teaching.  He started in Galilee and has come all the way here." (Luke  23-5)

**Pilate:**  "If the man was a Galilean?" **Ibid.** 23-6 "He's under Herod's jurisdiction.  I am sending your King to Herod, in Jerusalem." **Ibid.** 23-7

78

*Jesus*

**Scene**          **The Trial of Herod**

**(Jesus is in the presence of Herod and the Jews)**

**Herod:** I've been waiting to see you; I heard about your work; your miracles! *23-9* What do you have to say for yourself? Let's see you perform your magic! He won't talk! Get him a robe! Dress the King of the Jews in a Robe!!!

**Chief Priests and teachers:** Caesar is our King! This man is a criminal. **Ibid. (23-10)**

**Herod: Robe him! And send him back to Pilate. (23-11)**

*Jesus Fourth Trial*

**Scene**          **The Trial of Pilate**

**(Jesus is in the presence of Pilate and the Jews)**

Pilate: "You brought me this man as one who was inciting the people to rebellion. I have examined him in your presence and have found no basis for your charges against him. **(Luke 23-14)** "Neither has Herod, for he sent him back to us; as you can see, he has done nothing to deserve death." **(23-15)** "Therefore, I will punish him and then release him." **(23-16)**

**High Priest, Teachers, and People**: "Away with this man! Release Barabbas to us!" **(23-18)**

Pilate: "I find no basis for a charge against him." **(John 18-38)** "But it is your custom for me to release to you one prisoner at the time of the Passover. Do you want me to release 'the King of the Jews?" **(John 18-39)**

**High Priest, Teachers and People:** No, not him! Give us Barabbas!" **(John 18-40)**

Scene                          Pilate's Wife dreams

(Pilate's wife in a dream, has a nightmare about Jesus)

Pilate's Wife: "Where is my servant?" Tell Pilate! Go and tell my husband, Pilate, "Don't have anything to do with aht innocent man, for I have suffered a great deal today in a dream because of him." (Matthew 27-19)

(We see man whispering to Pilate about his wife dream.)

Chief Priest and teachers: People, ask for Barabbas; ask for Barabbas! Ibid.

Pilate: "Which of the two do you want me to release to you?" (Matt 27-21)

Chief Priest, Teachers, and People: "Barabbas!"   (Repeat) Ibid.

Pilate: "What shall I do, then, with Jesus who is called Christ?" (27-22)

Chief Priest, Teachers, and People: "Crucify him!"   Crucify him! Crucify him!" (Luke 23-21)



**Pilate:** "Look, I am bringing him out to you to let you know that I find no basis for a charge against him!" **(John 19-4)**

**(Jesus enters, wearing the crown of thorns and purple robe) 19-5**

**Pilate:** "Here is the man!!!" **Ibid.**

**Chief Priests and Officials:** "Crucify ! Crucify! " **19-6**

**(We see Satan in background appauling)**

**Pilate:** "You take him and crucify him. As for me, I find no basis for a charge against him." **Ibid.**

**Jews:** "We have a law, and according to that law he must die, because he claimed to be the Son of God." **(John 19-7)**

**(Pilate talks to Jesus)**

**Pilate:** Jesus, "Where do you come from?" **(19-9)**
**(no response) Ibid.**
"Do you refuse to speak to me?" "Don't you realize I have power either to free you or to crucify you?" **(19-10)**

**Jesus:** "You would have no power over me if it were not given to you from above. Therefore, the one who handed me over to you is guilty of a greater sin." **(19-11)**

**Jews:** "If you let this man go, you are no friend of Caesar. Anyone who claims to be a King opposes Caesar." **(19-12)**

**Pilate:** "Here is your King!" **(19-14)**

**Jews:** "Take him away? Take him away! Cruify him!" **(19-15)**

**Pilate:** "Shall I cruify your King?" **Ibid.**

**Chief Priest:** "We have no King but Caesar." **Ibid.**

**(Pilate wash his hands in water) Matt 27-24.**

**Pilate:** "I am innocent of this man's blood, it is your responsibility!" **Ibid.**

**People:** "Let his blood be on us and on our children!" **(Matt 27-25)**

**Pilate:** Release Barabbas!

**(Soldiers leads Jesus away. People (Men and Women follow. Jesus turns and pray) Luke 23-28**

**(Jesus prays)**

81

**Jesus:** "Dauhters of Jerusalem, do not weep for me; weep for yourselves and for your children." **Ibid.**
"For the time will come when you will say, "Blessed are the barren women, the wombs that never bore and the breasts that never nursed!" **(Luke 23-29)**
"Then ...'they will say to the mountains. "Fall on us!" and to the hills, "cover us!" **Ibid.**
"For if men do these things when the tree is green, what will happen when it is dry?"
**(23-31)**

**Pilate:** The cross reads: Jesus of Nazareth, THE KING OF THE JEWS. **(John 19-19)**

**Chief Priests:** "Do not write 'The King of The Jews, but that this man claimed to be King of the Jews." **(19-21)**

**Pilate:** "What I have written, I have written." **(19-22)**


**Scene**                          **Judas Hangs Himself**


**Judas:** "I have sinned, for I have betrayed innocent blood." **(Matt. 27-4)**


**Chief Priests and elders:** "What is that to us?" "Thats your responsibility." **(Judas threw the money into the temple and exit)**

**(Picking up the coins)** /**Chief Priests:** "It is against the law to put this into the treasury, since it is blood money." **(27-6)**


**(Judas hangs himself) 27-5**

**(We see Peter sitting)**

(Talking to Peter) Servant Girl: "You also were with Jesus of Galilee." **(Matt. 26-69)**
"This man was with him." **(Luke 23-56)**

**Peter:** "I don't know what you're talking about." **(Matt. 26-70)**


**Second Girl:** "This fellow is one of them." **(Mark 14-69)**


**Peter:** "Woman, I don't know him." **(Luke 22-57)**


**Man:** "Surely you are one of them, for your accent gives you away."
**(Matt 26-73)**
"Certainly, this fellow was with him, for he is a Galilean."
**(Luke 22-59)**

**Peter:** "Man I am not!" **(Luke 22-58)** ".......I don't know what you're talking about!" **Ibid.**

(We hear rooster crow.)

(We see Soldiers sharing his clothes)  John 19-23

Soldier: "Let's not tear it," Let's decide by lot who will get it." (19-24)

(We see Jesus mother and mother's sister, Mary of Wife of Clopas, and Mary Magdalene)

(talking to his mother) Jesus: "Dear woman, here is your son." (19-26)

(talking to Disciples) "Here is your mother." (19-27)


(We see two other men, both criminals, also led out with him to be executed)  Luke 23-32

Jesus: "Father, forgive them, for they do not know what they are doing." Ibid. 23-24

People: "He saved others; let him save himself if he is the Christ of God, the chosen one." Ibid. 23-35

Soldiers: Do you want wine vinegar? (23-37) "If you are the King of the Jews, save yourself." Ibid. 23-37

Criminal no. 1: "Aren't you the Christ?  Save yourself and us!" (23-39)

Criminal no. 2: "Don't you fear God, since you are under the same sentence?" (23-40)
"We are punished justly, for we are getting what our deeds deserve.  But this man has done nothing wrong." (23-41)
"Jesus, remember me when you come into your kingdom." (23-42)

Jesus: "I tell you the truth, today you will be with me in paradise." (Luke 23-43)

Chief Priests, Teachers, elders: "He saved others, but he can't save himself!  He's the King of Israel!  Let him come down now from the cross, and we will believe in him." (Matt 27-42)
"He trusts in God.  Let God rescue him now if he wants him, for he said, "I am the Son of God." Ibid. 27-43
observer: "He saved others. let him save himself if he is
(Jesus crys out in a loud voice) Matt 27-46    the Christ of God, the
Chosen One.
Luke 23-35    83

*Foreign Language* (handwritten)

**Jesus:** "Eloi, Eloi, loma Sabachthani?" (Which means, "My God, My God, why have you forsaken me?" **Ibid.**

**Crowd:** *Listen!* (handwritten) "Listen, "He's calling Elijah!" **(Mark 15-35, & Matt 27-47)**

Jesus: "I am thirsty." (John 19-28)

**(Jesus lips are soaked with wine vinegar) John 19-29**

Soldier: "If you are the king of the Jews, save yourself" Luke 23-36 (handwritten)

**(After soaking Jesus's lips) Man:** "Now leave him alone. Let's see if Elijah comes to take him down." **(Mark 15-36)**

"Let's see if Elijah comes to save him." **(Matt 27-49)**

**Jesus:** "Father, into your hands I commit my spirit." **(Luke 23-46)**
"It is finished." **(John 19-30)**

**(Jesus screams and gives up the spirit) Mark 15-37**

**(We see darkness. We hear thunder and the earth shakes.)**

**Centurion:** "Surely this man was the Son of God!" **(Mark 15-39)**

**(We see Soldiers breaking legs of the first and second man; but not the legs of Jesus. Instead, one of them "pierced Jesus side with a spear, bringing a sudden flow of blood and water) John 19-35**

*Look,* (handwritten)

**Soldier:** Look, blood and water flows, from this man! Truly, he is the Messiah! *he is the Christ!* (handwritten)

[ *Jesus gives up the spirit* ] (handwritten)

**Scene**                      **Jesus Resurrection**

*Two  are* (handwritten)

**(Soldiers flee from Jesus, who has risen. An Angel is talking to Mary Magdalene as she crys at the tomb) John 20-13**

**Angels:** "Woman, why are you crying?" Ibid.

**Mary:** "They have taken my Lord away, and I don't know where they put him. (John 20-13)

**Angels:** "Do not be afraid, for I know that you are looking for Jesus; who was crucified." **(Matt 28-5)** "He is not here; he has risen, just as he said. Come and see the place where he lay." **Ibid. 28-6** "Then go quickly and tell his disciples. He has risen from the dead and is going ahead of you into Galilee. There you will see him. Now I have told you." **Ibid. 28-7**

Pilate:  Is he dead? Where is my centurion?

(Centurion enters)

     Centurion:  Yes, he is dead.

     Pilate:  He died very quickly.  Since you have
         affirmed his death, give the body to his Father
         Joseph.

    (Joseph takes the body of Jesus; wrapped it, and laid Jesus
in a tomb.) Mark 15:44-46

**(Jesus enters)**

**Jesus:** "Woman, why are you crying?" Who is it you are looking for?" **(John 20-15)**

**Mary:** "Sir, if you have carried him away, tell me where you have put him, and I will get him." Ibid.

**Jesus:** "Mary" **(20-16)**

**(turning to Jesus)**

**Mary:** "Rabboni!" **Ibid.**

**Jesus:** "Do not hold on to me, for I have not yet returned to the Father. "Go instead to my brothers and tell them, 'I am returning to my Father and your Father, to my God and your God." **(John 20-17)**

**(Jesus exit)**

**(talking to Disciples) Mary:** "I have seen the Lord!" **(20-18)**

**(We see Jesus talking to Disciples)** _meal, prayed, and broke it and_
_at table: "he took the handed it to them." Luke 24-30-34 Disciples:_
_Turn dits "The Lord has indeed risen Ibid_

**Jesus:** "Peace be with you!" **(John 20-19)**
"Peace be with you ! As the Father has sent me. I am sending you." **(20-21)**
"Receive the Holy Spirit. If you forgive anyone his sins, they are forgiven; if you do not forgive them, they are not forgiven." **(20-23)**

_(Thomas enters) (Unless I can see the holes that the nails have made in his hands and can put my finger into the holes they made_

**Scene**          **(Jews Response to Jesus's death)** .... _I refuse to believe._

_Jesus: (Put your finger here ... Give me your hand. Put it into my side. Do not be unbelieving any more but believe._

**Jews:** "Woe on our sins, the judgment and the end of Jerusalem is drawn nigh." _John 20-24_
**(Peter 7:25)**
"If at his death these exceeding great signs have come to pass, behold how righteous he was!"

**(Pilate enters)**

**Elders:** Pilate, "Give us soldiers that we may watch his sepulchre for three days, lest his disciples come and steal him away and the people suppose that he is risen from the dead, and do us harm," **(Peter 8: 28-30)**
"For it is better for us to make ourselves guilty of the greatest sin before God than to fall into the hands of the people of the Jews and be stoned." **Ibid. 11:47-49**

**(We see Soldiers and Jewish authorities enters. Awakened -- witnessing the rise of Christ. "And ... they saw....)** Peter **10:38-39**

85

**Soldiers and Jewish Authorities:** Pilate! Pilate! He has risen! "In truth he was the Son of God."

**Pilate:** "I am clean from the blood of the Son of God, upon such a thing have you decided." **Ibid. 11-45-46**

**(Pilate silences the community and the world)**

**Pilate:** What you've witnessed will be of silence. Give the order to all in Judea, and Rome, that the truth shall never be told!

**Scene**                                   **Jesus Instructions**

**Jesus:** "Simon, Simon listen! Satan has demanded to sift all of you like wheat, but I have prayed for you that your own faith may not fail; and you, when once you have turned back, strengthen your brothers." **(Luke 22-31-32)** "Because you have seen me, you have believed, blessed are those who have not seen and yet have believed." **(John 20-29)**

**Lights out.**

**Scene**                                   **God's victory** 

(We hear God's voice)

God: Satan! You have been defeated. The power of God has defeated you once again; has defeated death. Jesus has risen, and sits nexts to me in heaven.

**(We hear Satan scream)**

**Satan:** No! No! No!

**(Muhammed enters)**

**God:** Muhammed! Muhammed! Muhammed! My prophet Muhammed. I'm sending you a message through my angel Gabriel (Jibril)

**(Muhammed kneels, while praying)**

**Muhammed:** Allah Arkbar. Allah Arkbar. Allah Arkbar. God is Great. God is most Great! There is no one greater than God. I testify that there is no god except God. I

86



testify that there is no god except God. Come to Prayer! Come to Prayer. Come to success. in this life and hereafter. Come to success. God is most great. God is most Great. There is no God except God.

*[handwritten: God has no mercy on one who has no mercy for others, "none]*

**Satan:** No. No. No. No. No. No!

**(Lights out)** *[handwritten: of you truly believes until he wishes for his brother what he wishes himself." He who]*

*[handwritten: eats his fill while his neighbor goes without food is not a]*

**(We su the angels bowed a together except for (Iblis, Satan) who** *[handwritten: believer.]* **refused to be among those bowling)**

*[handwritten: "The truthful and trusty tradesman is associated with the]*

**God:** IBlis, why are you not among those who bow down on their knees? *[handwritten: prophets, the saints, and the martyrs."]*

**IBlis:** I am not going to kneel before a human being that you have made from clay, from molded mud.

**God:** Get out of here, you are an outcast. My curse will be on you until the Day of Judgment!

**IBlis:** My Lord, let me wait until the Day of Resurrection.

**God:** You shall be allowed to wait until the appointed time.

**IBlis:** My Lord, since you have led me astray I shall make things on the earth attractive to them and lead them astray, except for your sincere servants. I will way lay your servants as they walk on your straight path and spring upon them from the front and from, the rear, from their; then you shall find the greatest part of them ungrateful. I will take my toll of a goodly number of your servants. I will lead them astray, will arouse in them vain desires, will order them to slit the ears of cattle and to deface Allah's (God) creation.

**God:** Satan, "this will be a straight path to me. You shall have no authority except over those who are perverse and follow you. Hell shall be their promised place."
"If Satan tempts you seek refuge in God. 'When you recite the Quran, seek refuge in God from accursed Satan. 'Say, "Lord, I seek refuge in you from the promptings of the devils; I take refuge in you from their presence."

Sources:

1. Holy Bible, New International Version, International Bible Society (NIV) 1973, 1978, 1984.

2. Elaine Pagels, Origin of Satan, Random House, 1995.
*[handwritten: Woodward, Kenneth L.]*
3. Newsweek, "Do We Need Satan?" November 13, 1995.

4. John, The True Light, Contemporary English version 1992.

5. Holy Bible, Placed By the Gideons (Intl) 1976

87

' Powerful is not he who knocks the other down, indeed powerful
is he who controls himself in a fit of anger.'

God does not judge according to your bodies and appearnaces but
he scaps your hearts and looks into your deeds.
'A man walking along a path felt very thirsty.  Reaching a well
he descended into it, drank his fill and came up.  Then he saw a
dog with its tongue hanging out, trying to lick up mud to quench
its thirst.  The man sow that the dog was feeling the same thirst
as he had felt so he went down into the well again and filled his
shoe with water and gae the dog a drink.  God forgave his sins
for this action.

Questioner:  ' Messenger of God, are we rewarded for kindness
towards animals?"

Muhammed:  'There is a reward for kindness to every living
thing.' God is most Great!  There is not other God, except
God.....


GOD'S VICTORY over SATAN


THE END