UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

DAVID LOUIS WHITEHEAD,

      PLAINTIFF,

V.                                    CASE No. 05cv1462 (GK)

20th Century Fox Film,

      DEFENDANTS.

## NOTICE PLEADING

Comes Now plaintiff David L. Whitehead with his notice pleading stating that defendant does not consent with plaintiff requests for motion for partial summary judgment. Plaintiff's original motion filed in the Superior Court states that the defendants do not consent to the motion for partial summary judgment motion.

*David L. Whitehead*

9 Fourth St. N.E. Apt. 1

Washington, D.C. 20002

Certificate of Service

I certify under the laws of perjury that I mailed a copy of the pleading to the defendant on the 10th day of August 2005.

David L. Whitehead

Copy to:

Levine Sullivan Koch & Schulz, LLP