UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

DAVID LOUIS WHITEHEAD,

        PLAINTIFF,

V.                                    CASE No. 05cv1462 (GK)

20th Century Fox Film,

        DEFENDANTS.

ORDER

Upon consideration of plaintiff David L. Whitehead's motion for a partial summary judgment and impoundment of the defendant's merchandise "The Passion of the Christ", it is hereby ordered that the motion is granted on the ____ day of ____ 2005. FURTHER, Order defendant must show cause within 20 days why this order should not be effective and impoundment of merchandise should not be authorized.

SO ORDERED.

                                                                       District Court Judge

Copies to:

Levine Sullivan Koch & Schulz, LLP
David L. Whitehead