UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID LOUIS WHITEHEAD,

PLAINTIFF,

V.                                              CASE No. 05CV-1462 (GK)

TWENTIETH CENTURY FOX FILM CORP, INC.,

DEFENDANT.

AFFIDAVIT OF DAVID WHITEHEAD

I David L. Whitehead testify under the laws of perjury that the following statements are true to the best of my ability:

I am a person over the age of 18 years old.

I testify to the truth of the following exhibits.

Exhibit 1, second amended affidavit in support of plaintiff's motion for partial summary judgment...is a true copy.

Exhibit 2, letter from Arena Stage dated June 6, 1996 is a true copy.

Exhibit 3, Library of Congress Certificate of Regristration for The Play God v. Satan is a true copy.

Exhibit 4, Wang & Associates letter and affidavit dated March 11, 2005 is a true copy.

Exhibit 5, Notes on God v. Satan is a true copy.

Exhibit 6 & 7, Amended affidavit & motion of David L. Whitehead in 02cv1630 is a true copy.

Exhibit 8, Letter dated April 11, 2005 filed stamped to the Federal Election Commission with attachments is a true copy.

Exhibit 9, Letter to Judge Paul L. Friedman dated July 25, 2005 is a true copy.

Exhibit 10, Letter to Congressman Trent Franks dated July 18, 2005 is a true copy.

Exhibit 11, Letter and attachments to Congressman John Conyers and Sheila Jackson-Lee dated June 28, 2004 is a true copy.

Exhibit 12, Letter to Congressman F. James Sensenbrenner, Jr. is a true copy.

Exhibit 13, Pleading filed July 23, 2005 in case 92cv917 and The Daily Washington Law Reporter dated February 26, 1993 is a true copy.

Exhibit 14, Order of Judge James Robertson in Whitehead v. Wickham, et al., 06cv632 is a true copy.

Exhibit 15, Motion to Strike, with attachments in 05cv632 is a true copy.

Exhibit 16, Response to Commissioner/Magistrate Ronald Goodbread's memorandum report is a true copy.

Exhibit 17, excerpts from the book Patners in Power by Roger Morris, pages 432 is a true copy.

David Louis Whitehead

Date: August 9, 2005

2