UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
KAREN M. BECKER,              )
                              )
        Plaintiff,            )
                              )
    v.                        )    Civil Action No. 03-1668 (GK)
                              )
WEINBERG GROUP, INC. PENSION  )
TRUST et al.,                 )
                              )
        Defendants.           )
_____)
```

### O R D E R

A Status Conference was held in this case on August 12, 2005. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED** that Plaintiff's Motion for Partial Summary Judgment shall be filed by **September 15, 2005**; the opposition thereto shall be filed by **October 15, 2005**; and the reply shall be filed by **November 1, 2005**; it is further

**ORDERED** that Defendants' dispositive motion shall be filed by **October 1, 2005**; the opposition thereto shall be filed by **November 1, 2005**; and the reply shall be filed by **November 15, 2005**; it is further

**ORDERED** that all discovery in this case remains stayed.

August 12, 2005                     _____/s/_____
                                    GLADYS KESSLER
                                    U.S. District Judge

**<u>Copies to</u>: attorneys on record via ECF**