UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID L. WHITEHEAD,

    PLAINTIFF,

V.                    CASE No. 05CV1462

20TH CENTURY FOX FILM,

    DEFENDANT.

ORDER

UPON Consideration of plaintiff David L. Whitehead's second motion for partial summary judgment based on his attached affidavit and opposition brief with exhibits, it is hereby ordered that the motion is granted on the _____ day of _____ 2005.

SO ORDERED.

_____
US District Court Judge

Copies to:

David L. Whitehead

Elizabeth Koch, Esq.