UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
DAVID L. WHITEHEAD,                )
                                   )
    Plaintiff,                     )
                                   )
    v.                             )   Civil Action No. 05-1462 (GK)
                                   )
TWENTIETH CENTURY FOX FILM         )
CORP., INC.,                       )
                                   )
    Defendant.                     )
_____)

## MEMORANDUM ORDER

Plaintiff, David L. Whitehead, brings this action pro se against Defendant Twentieth Century Fox Film Corp., Inc. alleging copyright infringement in violation of 17 U.S.C. § 501.

This matter is before the Court on Plaintiff's August 2, 2005 Motion for Recusal in which Plaintiff contends that "matters relating to the Microsoft case" render this Court incapable of presiding over the instant case. Specifically, Plaintiff points to a 2003 order by this Court denying his "Writ of Mandamus" for the removal of Judge Colleen Kollar-Kotelly in United States of America v. Microsoft Corp., 87 F. Supp. 2d (D.D.C. 2000), aff'd, 253 F.3d 34, 346 (D.C. Cir. 2001)("the Microsoft case").

This Court's brief involvement with the Microsoft case came after Judge Kollar-Kotelly denied Plaintiff's motion for leave to file an amicus curiae brief in that matter. Judge Kollar-Kotelly concluded that because "both parties are well-represented and numerous amici have already been permitted to participate in the

proceedings," Plaintiff's participation "would be unhelpful to the Court and would likely impose an unacceptable burden on the Court." See Order Den. Mot. for Leave to File Br. as Amicus Curiae, United States of America v. Microsoft Corp., No. 98-1232 (D.D.C. Sept. 27, 2001). Undeterred, Plaintiff filed a motion for reconsideration, which Judge Kollar-Kotelly denied, and subsequently filed the "Writ of Mandamus" that eventually came before this Court.

In seeking Judge Kollar-Kotelly's removal from the Microsoft case, Plaintiff raised several arguments which this Court found to have no legal relevance or factual merit. See Order Den. Writ of Mandamus, United States of America v. Microsoft Corp., No. 98-1232 (D.D.C. Dec. 19, 2002).

The instant Motion again challenges the propriety of Judge Kollar-Kotelly's presiding over the Microsoft case. This time, Plaintiff argues that because Judge Kollar-Kotelly's husband is a partner in the law firm of Dickstein, Shapiro, Morin & Oshinksy L.L.P., a firm that Plaintiff alleges has "significant contracts" with Microsoft, Judge Kollar-Kotelly cannot hear the matter. See Pl.'s Mot. for Recusal at 1. Plaintiff then suggests that this Court's denial of his "Writ of Mandamus" in the Microsoft case necessitates recusal in the instant case.

Plaintiff's arguments concerning Judge Kollar-Kotelly's involvement in the Microsoft case, and this Court's brief and limited role in that matter, are neither relevant nor material to

any legitimate ground for recusal in this case.

    WHEREFORE, it is hereby

    **ORDERED** that Plaintiffs' Motion for Recusal is **denied.**

|  |  |
|---|---|
| August 24, 2005 | /s/_____<br>GLADYS KESSLER<br>DISTRICT COURT JUDGE |

**Copies to**: **attorneys on record via ECF and**

**DAVID L. WHITEHEAD**
**9 Fourth Street, N.E.**
**Apartment 1**
**Washington, DC 20002**

3