CLOSED, PROSE-NP, TYPE-L

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:02-cv-01630-RWR

WHITEHEAD et al v. FRIEDMAN  
Assigned to: Judge Richard W. Roberts  
Demand: $500000000  
Cause: 42:1983 Civil Rights Act

Date Filed: 08/19/2002  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: U.S. Government Defendant

**Plaintiff**

DAVID L. WHITEHEAD    represented by    DAVID L. WHITEHEAD  
1101 Westfield Drive  
Oxon Hill, MD 20745  
PRO SE

V.

**Defendant**

PAUL L. FRIEDMAN  
*TERMINATED: 12/30/2002*

represented by   Daria J. Zane  
UNITED STATES ATTORNEYS OFFICE  
555 Fourth Street, NW  
Room 10-118  
Washington, DC 20530  
(202) 305-4742  
Fax: (202) 514-8780  
Email: daria.zane2@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

FEDERAL COMMUNICATIONS COMMISSION

represented by   Daria J. Zane  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

FEDERAL ELECTION COMMISSION

represented by   Erin Kathleen Monaghan  
FEDERAL ELECTION COMMISSION  
Office of General Counsel  
999 E Street, NW  
Washington, DC 20463  
(202) 694-1650  
Fax: (202) 219-0260

Email: emonaghan@fec.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

CARROLL & GRAF PUBLISHERS INC.

**Defendant**

WILLIAM PEPPER

**Defendant**

JOHN DOES
*1-50*

**Defendant**

WALT DISNEY COMPANY

| Date Filed | # | Docket Text |
|---|---|---|
| 08/19/2002 | 1 | NOTICE OF REMOVAL from D.C. Superior Court, case number 02ca5310. ( Filing fee $150 ) (Attachments: # 1 Exhibit A)(nmr, ) (Entered: 08/20/2002) |
| 08/19/2002 | 2 | NOTICE OF RELATED CASE by PAUL L. FRIEDMAN. Case related to Case No. 01cv1192 (RWR). (nmr, ) (Entered: 08/20/2002) |
| 09/09/2002 | 3 | ENTERED IN ERROR.....MOTION to Dismiss *Complaint* by PAUL L. FRIEDMAN. (Zane, Daria) Modified on 9/10/2002 (nmr, ). (Entered: 09/09/2002) |
| 09/09/2002 | 4 | ENTERED IN ERROR.....MOTION Opposition to Amended Motion for Injunctive Relief by PAUL L. FRIEDMAN. (Zane, Daria) Modified on 9/10/2002 (nmr, ). (Entered: 09/09/2002) |
| 09/09/2002 | 5 | MOTION to Dismiss *Complaint* by PAUL L. FRIEDMAN. (nmr, ) (Entered: 09/10/2002) |
| 09/09/2002 | 6 | RESPONSE *in Opposition to plaintiff's Amended Motion for Injunctive Relief* by PAUL L. FRIEDMAN. (nmr, ) (Entered: 09/10/2002) |
| 09/17/2002 | 7 | ORIGINAL FILE, certified copy of transfer Order and docket sheet received from D.C. Superior Court; Other Court Case Number: 02ca5310. (nmr, ) (Entered: 09/18/2002) |
| 09/17/2002 | 8 | MOTION for Extension of Time to File *his Opposition to Defendant's Motion to Dismiss, to Amend his Complaint, to Add Parties pursuant to Rule 19, to request a Motion to Stay Proceedings Pending Congressional Report on Alleged Corruption of Judge Paul Friedman, and to Transfer the Case to the State of Maryland* by pro se DAVID L. WHITEHEAD. (nmr, ) (Entered: 09/18/2002) |

| | | |
|---|---|---|
| 09/19/2002 | 9 | MOTION for Extension of Time to File Response/Reply *to defendant's opposition for injunctive relief* by pro se DAVID L. WHITEHEAD. (mpt, ) (Entered: 09/20/2002) |
| 10/01/2002 | 10 | RESPONSE to any document *Motion for Extension of Time, to Add Parties, Requesting a Motion to Stay Proceedings and to Transfer Case* filed by PAUL L. FRIEDMAN. (Zane, Daria) (Entered: 10/01/2002) |
| 10/17/2002 | 11 | REPLY to opposition to motion re 5 *to Dismiss* filed by PAUL L. FRIEDMAN. (Zane, Daria) (Entered: 10/17/2002) |
| 10/22/2002 | 14 | MOTION for Temporary Restraining Order *against the United States Attorney for the District of Columbia* by pro se DAVID L. WHITEHEAD. (nmr, ) (Entered: 10/23/2002) |
| 10/22/2002 | 15 | MOTION to Stay *proceedings pending Congressional review of misconduct case, or in the alternative,*, MOTION to Transfer Case *to the State of Maryland* by pro se DAVID L. WHITEHEAD. (nmr, ) (Entered: 10/23/2002) |
| 10/23/2002 | 12 | ATTORNEY APPEARANCE. (Zane, Daria) (Entered: 10/23/2002) |
| 10/23/2002 | 13 | First MOTION for Extension of Time to File Answer by FCC. (Zane, Daria) Modified on 10/25/2002 (nmr, ). (Entered: 10/23/2002) |
| 10/24/2002 | 16 | Memorandum in opposition to motion re 14 *temporary restraining order* filed by PAUL L. FRIEDMAN. (Zane, Daria) (Entered: 10/24/2002) |
| 10/24/2002 | 17 | MOTION for Extension of Time to File Answer *to Amended Complaint until 11/1/02* by FEDERAL ELECTION COMMISSION. (nmr, ) (Entered: 10/25/2002) |
| 10/29/2002 | 18 | MOTION for Leave to File *a Response to Reply, and Request that Judge Paul L. Friedman is named pursuant to Rule 19, as an unnamed co-conspirator in this action, and Request an Evidenciary Hearing* by pro se DAVID L. WHITEHEAD. (nmr, ) (Entered: 10/30/2002) |
| 10/29/2002 | 19 | REPLY to opposition to motion re 14 *for Temporary Restraining Order* filed by pro se DAVID L. WHITEHEAD. (nmr, ) (Entered: 10/30/2002) |
| 11/01/2002 | 20 | Second MOTION for Extension of Time to File Answer *to the Amended Complaint (undocketed)* by FEDERAL COMMUNICATIONS COMMISSION. (Zane, Daria) (Entered: 11/01/2002) |
| 11/06/2002 | 21 | MOTION to Dismiss *Amended Complaint* by FEDERAL COMMUNICATIONS COMMISSION. (Attachments: # 1 Exhibit Plaintiff's Administrative Complaint Letter# 2 Exhibit FCC's response to administrative complaint# 3 Exhibit Plaintiff's Response to FCC's decision# 4 Exhibit Affidavit of FCC)(Zane, Daria) (Entered: 11/06/2002) |
| 11/08/2002 | 22 | Memorandum in opposition to motion re 18 *Motion for Leave to File Response to Reply* filed by FEDERAL COMMUNICATIONS COMMISSION. (Zane, Daria) (Entered: 11/08/2002) |
| | | |

| | | |
|---|---|---|
| 11/08/2002 | 23 | ENTERED IN ERROR.....MOTION for Leave to File *Opposition to Motion to Stay, etc.* by FEDERAL COMMUNICATIONS COMMISSION. (Attachments: # 1 Opposition to Motion to Stay, etc.) (Zane, Daria) Modified on 11/12/2002 (nmr, ). (Entered: 11/08/2002) |
| 11/12/2002 | 24 | MOTION for Leave to File *Opposition to Stay, et al.* by FEDERAL COMMUNICATIONS COMMISSION. (Attachments: # 1 Opposition to Stay, et al.)(Zane, Daria) (Entered: 11/12/2002) |
| 11/15/2002 | 25 | Memorandum in opposition to motion re 21 *to Dismiss Amended Complaint of Federal Communications Commission* filed by pro se DAVID L. WHITEHEAD. (nmr, ) (Entered: 11/18/2002) |
| 11/19/2002 | 26 | Memorandum in opposition to motion re 24 *for Leave to File Opposition to Motion to Stay* filed by pro se DAVID L. WHITEHEAD. (nmr, ) (Entered: 11/20/2002) |
| 11/19/2002 | 27 | REPLY in support of motion re 15 *to Stay Proceedings or to Transfer to Maryland* filed by pro se DAVID L. WHITEHEAD. (nmr, ) (Entered: 11/20/2002) |
| 11/19/2002 | 28 | REPLY to opposition to motion re 18 *for Leave to File a Response to Reply* filed by pro se DAVID L. WHITEHEAD. (nmr, ) (Entered: 11/20/2002) |
| 11/25/2002 | 29 | REPLY to opposition to motion re 24 *for leave to file Opposition to MOtion to Stay Proceedings* filed by FEDERAL COMMUNICATIONS COMMISSION. (Zane, Daria) (Entered: 11/25/2002) |
| 11/25/2002 | 30 | REPLY to opposition to motion re 21 *to Dismiss Complaint against FCC* filed by FEDERAL COMMUNICATIONS COMMISSION. (Attachments: # 1 Exhibit 1, Plaintiff's Opposition to Motion to Dismiss on behalf of Defendant Friedman)(Zane, Daria) (Entered: 11/25/2002) |
| 11/25/2002 | 33 | Memorandum in opposition to motion re 21 to Dismiss filed by DAVID L. WHITEHEAD; (Fiat) "Leave to file Granted" by Judge Roberts. (Attachments: # 1)(nmr, ) Modified on 12/18/2002 (nmr, ). (Entered: 12/18/2002) |
| 11/25/2002 | 34 | REPLY to 6 Opposition to Injunctive Relief by DAVID L. WHITEHEAD; (Fiat) "Leave to file Granted" by Judge Roberts. (nmr, ) (Entered: 12/18/2002) |
| 11/27/2002 | 31 | MOTION to Sever Judge Paul L. Friedman, Carroll & Graf and William Pepper from this Case, and Stay Proceedings Pending Congressional Review and DOJ Review Regarding the Assassination of Dr. Martin Luther King, pursuant to the (CBC) Brain Trust on who killed Dr. King, Requesting an Evidentiary Hearing, and the Court to Order a Government Investigation on Plaintiff's Statements and Allegations. by DAVID L. WHITEHEAD . (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3) (mpt, ) (Entered: 11/29/2002) |
| 12/12/2002 | 32 | Memorandum in opposition to motion re 31 *Motion to Sever* filed by FEDERAL COMMUNICATIONS COMMISSION. (Zane, Daria) |

| | | |
|---|---|---|
| | | (Entered: 12/12/2002) |
| 12/19/2002 | 35 | REPLY to opposition to motion re 31 to server and motion to stay proceedings filed by DAVID L. WHITEHEAD . (Attachments: # 1 Exhibit 1)(mpt, ) (Entered: 12/23/2002) |
| 12/30/2002 | 36 | MEMORANDUM OPINION on pending motions. Signed by Judge Richard W. Roberts on 12/30/2002. (TDR) (Entered: 12/30/2002) |
| 12/30/2002 | 37 | FINAL ORDER granting defendant's motion to dismiss 5, denying plaintiff's motion for injunctive relief 14, dismissing plaintiff's amended complaint, and denying all other pending motions as moot. Signed by Judge Richard W. Roberts on 12/30/2002. (TDR) (Entered: 12/30/2002) |
| 12/30/2002 | 38 | ORDER TO SHOW CAUSE by 1/15/2003 why the attached proposed order should not be entered. Signed by Judge Richard W. Roberts on 12/30/2002. (TDR) (Entered: 12/30/2002) |
| 12/30/2002 | 39 | AMENDED COMPLAINT against CARROLL & GRAF PUBLISHERS INC. , WILLIAM PEPPER , JOHN DOES , WALT DISNEY COMPANY , FEDERAL COMMUNICATIONS COMMISSION , FEDERAL ELECTION COMMISSION , filed by DAVID L. WHITEHEAD ; jury demand; (Fiat) "Leave to file Granted" by Judge Roberts. (Attachments: # 1)(nmr, ) (Entered: 01/02/2003) |
| 01/08/2003 | 40 | MOTION for Default Judgment as to Federal Election Commission and Federal Communication Commission , MOTION to Add Pamela Roth to this action by DAVID L. WHITEHEAD; (Fiat) "Leave to file Granted" by Judge Roberts. (nmr, ) Modified on 1/9/2003 (nmr, ). (Entered: 01/09/2003) |
| 07/22/2003 | 41 | MOTION for Extension of Time to Show Cause by DAVID L. WHITEHEAD; (Fiat) "Leave to File Granted" by Judge Roberts. (nmw, ) (Entered: 07/23/2003) |
| 07/22/2003 | 42 | MOTION for Recusal of Judge Roberts pursuant to Rule 28 USC 455A, B, and B1 by DAVID L. WHITEHEAD; (Fiat) "Leave to File Granted" by Judge Roberts. (nmw, ) (Entered: 07/23/2003) |
| 07/22/2003 | 43 | MOTION for Reconsideration re 37 Order, by DAVID L. WHITEHEAD; (Fiat) "Leave to File Granted" by Judge Roberts. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(nmw, ) (Entered: 07/23/2003) |
| 07/24/2003 | 44 | MEMORANDUM OPINION on pending motions. Signed by Judge Richard W. Roberts on 7/22/03. (TDR) (Entered: 07/24/2003) |
| 07/24/2003 | 45 | FINAL ORDER denying 42 Motion for Recusal and 43 Motion for Reconsideration. Motion for Extension of Time 41 is granted. Plaintiff shall respond in writing to the show cause order by 8/22/03. Motion for Default Judgment 40 is denied as moot. Signed by Judge Richard W. Roberts on 7/22/03. (TDR) (Entered: 07/24/2003) |
| 08/15/2003 | 46 | MOTION to Vacate 45 Order on Motion for Default Judgment,, Order on |

|  |  |  |
|---|---|---|
|  |  | Motion for Miscellaneous Relief,, Order on Motion for Extension of Time to,, Order on Motion for Recusal,, Order on Motion for Reconsideration, by DAVID L. WHITEHEAD. (Attachments: # 1 Exhibits 1-7)(nmw, ) (Entered: 08/18/2003) |
| 08/21/2003 | 47 | MOTION for Extension of Time to show cause and to notify the court that the government lawyer consented to the dismissal of the Judge Paul L Friedman who was named in the amended complaint, without prejudice by DAVID L. WHITEHEAD. (Attachments: # 1 Exhibit # 2 Text of Proposed Order)(bcs, ) (Entered: 08/25/2003) |
| 09/08/2003 | 48 | ORDER denying 46 Motion to Vacate and for recusal and 47 Motion for Extension of Time. Plaintiff is barred from commencing any action in this court with first obtaining leave of the court. Signed by Judge Richard W. Roberts on 9/5/03. (TDR) (Entered: 09/08/2003) |
| 07/08/2005 |  | Leave to File Denied: AMENDED AFFIDAVIT OF DAVID L. WHITEHEAD (fiat) JUDGE RICHARD W. ROBERTS (jf, ) (Entered: 07/12/2005) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 08/22/2005 13:08:52 ||||
| PACER Login: | ls0326 | Client Code: | 20002.049 |
| Description: | Docket Report | Search Criteria: | 1:02-cv-01630-RWR |
| Billable Pages: | 4 | Cost: | 0.32 |