UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID L. WHITEHEAD,

    PLAINTIFF,

V.                                    CASE No. 05CV1462 (GK)

20TH CENTURY FOX FILMS,

    DEFENDANT.

FIRST SET OF INTERROGATORIES AND PRODUCTION OF DOCUMENTS REQUESTS SERVED ON DEFENDANT.

Comes now plaintiff David L. Whitehead with his interrogatories and production of documents requests served on defendant as follows:

*Interrogatories*

1. Please explain how the development of the books and films "The Passion of the Christ" materalized and/or created.

2. Please explain the central theme and plot of the work "The Passion of the Christ" directed by Mel Gibson.

3. What role does 20th Century Fox Film have in the film project "The Passion of the Christ"?

4. Please list the total amount of money grossed from box office sales, dvds, books, video, television broadcast, and advertisements and other merchandise sales.

5. Please list names and addresses of individuals who were involved with the production, editing, publishing, writing and directing the films and books based on "The Passion of the Christ".

6. Please list all products and merchandise which were developed and sold from the works "The Passion of the Christ".

7. It is true that the character Satan appears in the following scenes in the film The Passion of the Christ:

- The Garden of Gethesmane.

- When Pontius Pilate speaks to the Jews on the Fate of Jesus.

- Near the end of the film?

8. Please list all joint projects involving 20th Century Fox, DreamWorks Pictures, Walt Disney, Mel Gibson, Debbie Allen, Steven Speilberg, Time Warner, Warner Bros, Paramount Pictures, and Jeffrey Katzenberg.

9. It is true that Satan screams and/or go into a frenzy over Jesus Christ's victory after Death in the film? Please explain.

10. Was any money involved with the production and/or development of the film The Passion of the Christ loan to Michael Moore for his film 9-11? Please explain.

11. Please explain any and all relationships involving Mel Gibson, 20th Century Fox, Bill Clinton, Jeffrey Katzenberg, Steven Speilberg, Icon Productions, Time Warner, Warner Bros, David Geffen and any other agents involving the films The Passion of the Christ, Amistad, and Hercules.

12. Please explain whether or not 20th Century Fox had previous knowledge of the writings and cases of David L. Whitehead.

13. It is true that Mel Gibson starred with Julia Roberts in the film Conspiracy Theory? If so, please explain the relationship.

14. Please list names and addresses of all advisors of the works (books and films) The Passion of the Christ.

15. Was Rev. Jesse L. Jackson an advisor to the film The Passion of the Christ.

### Production of Documents Request

A. Please produce all contracts related to the films The Passion of Christ.

B. Please produce all final scripts/screenplay, notes, films dvd, video, edited and unedited tapes of the film The Passion of The Christ.

C. Please produce transcripts and video of Mel Gibson's interview with Diane Sawyer on the film The Passion of the Christ.

D. Please produce all records, receipts on sales of the film dvds, videos, box office sales, books and other merchandise from The Passion of the Christ.

*David L. Whitehead*

9 Fourth St. N.E. Apt. 1

Washington, D.C. 20002

3

## Certificate of Service

      I certify under the laws of perjury that I served a copy of the discovery requests (interrogatories and production of documents) on the defendant on August 22, 2005.

David L. Whitehead

Cc Elizabeth Koch