IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID L. WHITEHEAD,** : | |
| : | |
|     **Plaintiff,** : | |
| : | |
| **v.** : | CIVIL ACTION NO. 1:05-cv-01462-GK |
| : | |
| **TWENTIETH CENTURY FOX FILM** : | |
| **CORP., INC.,** : | |
| : | |
|     **Defendant.** : | |

**O R D E R**

AND NOW, this ____ day of _____, 2005, upon consideration of Defendant's Motion to Stay Consideration of, and Opposition to, Plaintiff's Second Motion for Partial Summary Judgment, the Memorandum of Points and Authorities in Support of Defendant's Motion, the Declaration of Elizabeth C. Koch, and plaintiff's response thereto, it is hereby ORDERED that defendant's Motion is GRANTED.

The Court will stay consideration of Plaintiff's Second Motion for Partial Summary Judgment until the Court resolves Defendant's pending Motion to Dismiss. Should Defendant's Motion to Dismiss be denied, the Court will enter an appropriate scheduling order.
IT IS SO ORDERED.

_____
Judge Gladys Kessler

Copies to:

David L. Whitehead
9 Fourth Street, N.E.
Apt. 1
Washington, D.C. 20002

Elizabeth C. Koch
Jeanette Melendez Bead
Levine Sullivan Koch & Schulz, L.L.P.
1050 Seventeenth Street, N.W.
Suite 800
Washington, D.C. 20036
202-508-1100
202-861-9888 (facsimile)