IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID L. WHITEHEAD, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. 1:05-cv-01462-GK |
| | : |
| TWENTIETH CENTURY FOX FILM CORP., INC., | : |
| | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2005, a copy of: (1) Defendant's Motion to Stay Consideration of, and Opposition to, Plaintiff's Second Motion for Partial Summary Judgment; (2) the Memorandum of Points and Authorities in support thereof; (3) the accompanying Declaration of Elizabeth C. Koch; and (4) a Proposed Order, were served by electronic and first-class mail, on:

> David L. Whitehead
> 9 Fourth Street, N.E.
> Apt. 1
> Washington, D.C. 20002
> daoud57@hotmail.com

> _____/s/_____
> Jeanette Melendez Bead
> LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
> 1050 Seventeenth Street, N.W., Suite 800
> Washington, D.C. 20036
> 202-508-1100