UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

DAVID L. WHITEHEAD,            )
                               )
    Plaintiff,                 )
                               )
    v.                         )   Civil Action No. 05-1462 (GK)
                               )
TWENTIETH CENTURY FOX FILM     )
CORP., INC.,                   )
                               )
    Defendant.                 )
_____)

### O R D E R

Plaintiff, David L. Whitehead, brings this action pro se against Defendant, Twentieth Century Fox Film Corp., Inc. ("Twentieth Century Fox"), alleging copyright infringement in violation of 17 U.S.C. §§ 101 et seq.. This matter is before the Court on Defendant's Motion to Dismiss the Complaint. Upon consideration of the Motion, Opposition, and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion to Dismiss the Complaint is **granted**.

_____                    _/s/_____
August 29, 2005                     Gladys Kessler
                                    U.S. District Judge

**Copies to**: attorneys on record via ECF and

**DAVID L. WHITEHEAD**
**9 Fourth Street, N.E.**
**Apartment 1**
**Washington, DC 20002**