UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID L. WHITEHEAD,

    PLAINTIFF,

V.                                      CASE No. 05cv1462 (GK)

20th Century Fox Film,

    DEFENDANT,

ORDER

UPON CONSIDERATION of plaintiff David Whitehead's motion for temporary restraining order (TRO) and preliminary Injunction, it is hereby ordered that the motion is granted on the __ day of _____ 20005.

SO ORDERED.

                                                                   _____
                                                                   US DISTRICT COURT JUDGE

Copies to:

David L. Whitehead

Elizabeth Koch