UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

[EK 1]

DAVID L. WHITEHEAD,            )
                               )
    Plaintiff,                 )
                               )
v.                             )    Civil Action No. 05-1462 (GK)
                               )
TWENTIETH CENTURY FOX FILM     )
CORP., INC.,                   )
                               )
    Defendant.                 )
                               )

## MEMORANDUM OPINION

Plaintiff, David L. Whitehead, brings this action pro se against Defendant, Twentieth Century Fox Film Corp., Inc. ("Twentieth Century Fox"), alleging copyright infringement in violation of 17 U.S.C. §§ 101 et seq.. This matter is before the Court on Defendant's Motion to Dismiss the Complaint. Upon consideration of the Motion, Opposition, and the entire record herein, and for the reasons stated below, Defendant's Motion is hereby **granted**.

I.   BACKGROUND[1]

Plaintiff, an author, poet, and playwright, contends that Defendant unlawfully infringed on his copyrighted musical play "God v. Satan" in the creation and production of its motion picture THE

---

[1] For purposes of ruling on a motion to dismiss, the factual allegations of the complaint must be accepted as true and liberally construed in favor of the plaintiff. EEOC v. St. Francis Xavier Parochial School, 117 F.3d 621, 625 (D.C. Cir. 1997). Therefore, the facts set forth herein are taken from the Complaint or from the undisputed facts presented in the parties' briefs.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

[EX 2]

DAVID L. WHITEHEAD,

    Plaintiff,

v.                                                                          CIVIL ACTION NO. 1:05-cv-01462-GK

TWENTIETH CENTURY FOX FILM
CORP., INC.,

    Defendant.

## DECLARATION OF ELIZABETH C. KOCH

Elizabeth C. Koch, pursuant to 28 U.S.C. § 1746, declares:

1. I am a member of Levine Sullivan Koch & Schulz, L.L.P., counsel to defendant Twentieth Century Fox Film Corporation.

2. I submit this declaration in support of Defendant's Motion to Stay Consideration of, and Opposition to, Plaintiff's Second Motion for Summary Judgment and to put before the Court documents relevant to the motion.

3. On August 18, 2005, the plaintiff acting *pro se* and Elizabeth Koch and Jeanette Melendez Bead, counsel for the defendant, met and conferred pursuant to Fed. R. Civ. P. 26(f) and LCvR 16.3.

4. In accordance with Fed. R. Civ. P. 26(d), neither party had engaged in discovery before that date.

5. Nevertheless, at the beginning of the conference, plaintiff delivered to defendant's counsel a copy of his Second Motion for Partial Summary Judgment.

10. Attached hereto as Exhibit 2 is a true copy of *Barry v. United States Capitol Guide Board*, No. Civ. A. 04-0168 (RBW), 2005 WL 1026703 (D.D.C. May 2, 2005), which is being submitted herewith in support of Defendant's Motion.

11. Attached hereto as Exhibit 3 is a true copy of Plaintiff's "First Set of Interrogatories and Production of Document Requests Served on Defendant," which is being submitted herewith in support of Defendant's Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true.

Dated: August 29, 2005

/s/
Elizabeth C. Koch
(D.C. Bar No. 412828)